# EXHIBIT "F"

| | |
|---|---|
| MANUEL V. FEIJOO, M.D., AND MANUEL V. FEIJOO, M.D., P.A., A/A/O CARLOS PENALVER<br>  Plaintiff,<br>Vs<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>  Defendant.<br>_____/ | IN THE COUNTY COURT IN AND FOR DADE COUNTY, FLORIDA<br>CASE NO.: 16- 005720 SP 25 (2)<br>FLORIDA BAR NO.: 876100 |

## AFFIDAVIT OF ANIELKA CASTILLO

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

My name is Anielka Castillo; I am over the age of 18 and I have personal knowledge of all matters set forth herein. I am the records custodian and corporate representative for Manuel V. Feijoo, M.D., P.A. I also have personal knowledge that Manuel V. Feijoo, M.D. is a Medical Doctor licensed to practice in the state of Florida and a copy of his license is displayed in our office. At all times material to this action, Dr. Feijoo has practiced medicine at 8370 SW 8th Street Miami, Florida 33144 (prior to that our office was located to 8326 SW 8th Street).

It is my understanding that the State of Florida does not issue medical licenses to professional associations nor to corporations. The State of Florida only issues medical licenses to duly qualified professionals like Dr. Manuel V. Feijoo, M.D. who have satisfied the educational and clinical requirements for the license. The revenues collected by a medical professional association must be generated by the efforts of a person duly licensed by the State of Florida. In our medical practice, those revenues are generated by Dr. Manuel V. Feijoo, M.D. As a sole practitioner, Dr. Manuel V. Feijoo, M.D., personally sees each and every patient that enters our office, including Mr. Carlos Penalver.

On May 22, 2014, Mr. Penalver assigned his PIP benefits to Dr. Manuel V. Feijoo, M.D. in exchange for the medical services Dr. Feijoo rendered to her on May 22, 2014. Dr. Manuel V. Feijoo, M.D. has been in practice for more than 15 years and Dr. Manuel V. Feijoo's agreement and professional arrangement with his professional association (which he owns) is that all professional fees are generated through his professional efforts as a medical doctor, including the professional fees that he earned for treating the patient in this case. Those professional fees and the right to collect those fees are then transferred by Dr. Manuel V. Feijoo to his professional association and to himself. Manuel V. Feijoo is the 100% owner of Manuel V. Feijoo, M.D., P.A., a professional association, which was created to perform billing and administrative functions necessary to efficiently run the medical office.

In accordance with Dr. Manuel V. Feijoo, M.D.'s arrangement with his professional association, it and he both jointly own the right to initiate litigation to collect unpaid medical bills. When payment is issued payable to Dr. Manuel V. Feijoo, M.D., it is also accepted as payment to his professional association. When payment is issued payable to the professional association, it is also accepted as payment to Dr. Manuel V. Feijoo, M.D. Neither Dr. Manuel V. Feijoo, M.D. nor his professional association are seeking to be paid for services which were already paid to one entity because payment to one of them is accepted as payment to both.

The professional association and its employees, are responsible for preparing bills / HCFA / CMS-1500 forms, following up with receivables from patients and their insurers, maintaining files and records, and entering into agreements with vendors, suppliers, scheduling appointments, etc. The professional association pays the salaries and pays the other expenses normally associated with running a medical office, including rent, utilities, insurance, etc. There is no written agreement between Dr. Manuel V. Feijoo, M.D. and the professional association.

Instead, there is and has always been an oral agreement and understanding between Dr. Manuel V. Feijoo, M.D. and his professional association that all professional fees he generates through his efforts as a licensed medical doctor treating patients like the patient in this case, may be collected by either Dr. Manuel V. Feijoo, M.D. or by his professional association and as a result, both Dr. Manuel V. Feijoo, M.D. and the professional association agree that both entities have the right to initiate a civil action to recover unpaid professional fees as a matter of course in the medical practice, and that payment to one entity is payment to both.

Attached is a true and correct copy of the Assignment of Benefits signed by Mr. Carlos Penalver and which is a business record maintained in our office in the ordinary course of business.

FURTHER AFFIANT SAYETH NOT

X _____
Anielka Castillo - Affiant

BEFORE ME, the undersigned authority, personally appeared Anielka Castillo, who being by me first duly sworn, deposes and says that he executed the foregoing Affidavit upon personal knowledge and that the foregoing statements are true and correct to the best of his knowledge. WITNESS my hand and official seal at Miami-Dade County, Florida, this 9th day of MAY 2017.

_____
Notary Public, State of Florida
My Commission Expires:

KENNETH B. SCHURR
Notary Public - State of Florida
Commission # GG 008395
My Comm. Expires Jul 4, 2020
Bonded through National Notary Assn