UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 18-cv-23329-RAR

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, an Illinois
corporation,

    Plaintiff,

v.

MANUEL V. FEIJOO,
MANUEL V. FEIJOO, M.D., P.A.,
a Florida professional association,

    Defendants.

## O R D E R

AND NOW, this _____ day of _____, 2019, upon consideration of Defendants' Motion in Limine, and any response thereto, it is hereby ORDERED that said Motion is GRANTED. Plaintiff is precluded from offering any testimony or documents suggesting or speculating that Medicare or Medicaid ever took any adverse position to Dr. Feijoo.

                        BY THE COURT:

                        _____
                                        J.

**UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.: 18-cv-23329-RAR**

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, an Illinois
corporation,

    Plaintiff,
v.

MANUEL V. FEIJOO,
MANUEL V. FEIJOO, M.D., P.A.,
a Florida professional association,

    Defendants.

## MOTION IN LIMINE BY DEFENDANTS TO PRECLUDE ANY REFERENCE OR SUGGESTION OF ANY ISSUE WITH MEDICARE/MEDICAID

1. In a Project Activity Log documenting the various efforts State Farm's investigators made over the course of 8 years to find any support for an accusation of wrongdoing against Dr. Feijoo, State Farm's investigator wrote that "it appears Dr. Feijoo was investigated by Medicare/caid and that he signed an agreement that he would no longer bill them and their system had him flagged."

2. This is untrue.

3. It is unknown what information or from what source that information came which led State Farm's investigator to speculate on this issue, but said speculation is irrelevant (and unfairly prejudicial).

4. "The purpose of an *in limine* motion is to aid the trial process by enabling the Court to rule in advance of trial on the relevance of certain forecasted evidence, as to issues that are definitely set for trial, without lengthy argument at, or interruption of, the trial." State

Farm Mut. Auto. Ins. Co. v. Romano, 2013 WL 12061865, at *1 (S.D. Fla. Oct. 30, 2013), *citing* Highland Capital Mgmt., L.P. v. Schneider, 551 F. Supp. 2d 173, 176 (S.D.N.Y. 2008).

5. "Any evidence, tending to make the existence of any fact of consequence more probable or less probable, is relevant and admissible, except as the Federal Rules of Evidence otherwise provide. Fed. R. Evid. 401; 402.

6. Relevant evidence "may be excluded if its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury ...." Fed. R. Evid. 403.

7. There is no evidence which supports State Farm's speculation that Dr. Feijoo ever entered into an agreement not to bill Medicare or Medicaid or that he was "flagged". Any suggestion to the contrary would irrelevant and unfairly prejudicial.

WHEREFORE, it is respectfully requested that the attached Order be entered.

**THE PIVNIK LAW FIRM**
7700 N. Kendal Drive, Suite 703
Miami, FL 33156
Tel: 305-670-0095
Email: Pivniklaw@aol.com
Cdiezpivniklaw@aol.com
By: */s/ Jerome A. Pivnik*
Jerome A. Pivnik, Esq.
Fla. Bar No.: 400408

**Andrew P. Baratta, Esq.**
Baratta, Russell & Baratta
3500 Reading Way
Huntingdon Valley, PA 19006
Tel: 215-914-2222
Email: Andrew@Barattarussell.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **June28, 2019**, I have filed the foregoing document with the Clerk of Court using the CM/ECF system and that a copy was electronically served upon the following in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing: **Kenneth P. Hazouri, Esq.**, and **Andrew S. Ballentine, Esq**., deBeaubien, Simmons, Knight, Mantzaris and Neal, LLP, 332 N,Magnolia Ave., Orlando, FL 32801, Khazouri@dsklawgroup.com, ABallentine@dsklawgroup.com, Lquesada@dsklawgroup.com, Lmorales@dsklawgroup.com.

**THE PIVNIK LAW FIRM**
7700 N. Kendal Drive, Suite 703
Miami, FL 33156
Tel: 305-670-0095
Email: Pivniklaw@aol.com
Cdiezpivniklaw@aol.com
By: */s/ Jerome A. Pivnik*
Jerome A. Pivnik, Esq.
Fla. Bar No.: 400408

**Andrew P. Baratta, Esq.**
Baratta, Russell & Baratta
3500 Reading Way
Huntingdon Valley, PA 19006
Tel: 215-914-2222
Email: Andrew@Barattarussell.com

**Kenneth B. Schurr, Esq.**
Law Offices of Kenneth B. Schurr
2030 S. Douglas Rd., Ste. 105
Coral Gables, FL 33134-4615
Tel: 305-441-9031
Email: kbsservice@schurrlaw.com