**UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No.: 18-cv-23329-RAR

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, an Illinois
corporation,

    Plaintiff,
v.

MANUEL V. FEIJOO,
MANUEL V. FEIJOO, M.D., P.A.,
a Florida professional association,

    Defendants.

**DEFENDANTS' REPLY TO STATE FARM'S ADDITIONAL MATERIAL OFFERED IN RESPONSE TO DEFENDANTS' STATEMENT OF FACTS**

61-63.  Defendants do not dispute the facts set forth in these paragraphs.

64.  Denied. Dr. Feijoo specifically testified that a permanent impairment rating is necessary if an injured patient is seeking a particular type of work it is advisable for the patient to be given an impairment rating determining how much weight the patient can lift and physical effort the patient can be capable of. [71-2, pg. 208-209].

                RESPECTFULLY SUBMITTED,

                **THE PIVNIK LAW FIRM**
                7700 N. Kendal Drive, Suite 703
                Miami, FL 33156
                Tel: 305-670-0095
                Email: Pivniklaw@aol.com
                        Cdiezpivniklaw@aol.com
                By: /s/ Jerome A. Pivnik
                Jerome A. Pivnik, Esq.
                Fla. Bar No.: 400408

**Andrew P. Baratta, Esq.**
Baratta, Russell & Baratta
3500 Reading Way
Huntingdon Valley, PA 19006
Tel: 215-914-2222
Email: Andrew@Barattarussell.com
(*pro hac vice*)

**Kenneth B. Schurr, Esq.**
Law Offices of Kenneth B. Schurr
2030 S. Douglas Rd., Ste. 105
Coral Gables, FL 33134-4615
Tel: 305-441-9031
Email: kbsservice@schurrlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 17, 2019, I have filed the foregoing document with the Clerk of Court using the CM/ECF system and that a copy was electronically served upon the following in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:  Kenneth P. Hazouri, Esq., and Andrew S. Ballentine, Esq., Mantzaris and Neal, LLP, 332 North Magnolia Avenue, Orlando, FL 32801. (Khazouri@dsklawgroup.com, ABallentine@dsklawgroup.com, Lquesada@dsklawgroup.com, Lmorales@dsklawgroup.com).

RESPECTFULLY SUBMITTED,

**THE PIVNIK LAW FIRM**
7700 N. Kendal Drive, Suite 703
Miami, FL 33156
Tel: 305-670-0095
Email: Pivniklaw@aol.com
         Cdiezpivniklaw@aol.com
By: /s/ Jerome A. Pivnik
Jerome A. Pivnik, Esq.
Fla. Bar No.: 400408

**Andrew P. Baratta, Esq.**
Baratta, Russell & Baratta
3500 Reading Way
Huntingdon Valley, PA 19006
Tel: 215-914-2222
Email: Andrew@Barattarussell.com
(*pro hac vice*)