UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CIV-23329-RAR

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,**

    Plaintiff,

v.

**MANUEL FEIJOO**, **and MANUEL V.
FEIJOO, M.D., P.A.,**

    Defendants.
    _____/

## OMNIBUS ORDER

**THIS CAUSE** is before the Court on a *sua sponte* review of the record. The Court held a Telephonic Status Conference in this matter on August 2, 2019 for case management purposes and addressed several outstanding issues. Having carefully reviewed the file, being otherwise fully advised, and for the reasons stated on the record, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Reconsideration of Chief Judge Moore's Order on Defendants' Motion to Dismiss [ECF No. 75] is **DENIED**.

2. The deadline for Plaintiff to file *Daubert* motions regarding Defendants' experts Michael Miscoe and J'Amy Kluender is **EXTENDED** through **August 16, 2019**. To that end, Defendants shall file a Response to Plaintiff's *Daubert* motions by **August 23, 2019** and Plaintiff shall file a Reply by **August 30, 2019.**

3. Defendants' *ore tenus* Motion for Leave to File a Supplement to their Motion for Summary Judgment is **GRANTED**. By **August 9, 2019**, Defendants may file a Supplement to their Motion for Summary Judgment [ECF No. 67] to address issues raised by the discovery of the

2011 Project File pursuant to Magistrate Judge Becerra's Order on Defendants' Motion to Compel [ECF No. 102].  Defendants' Supplement shall be limited to **ten (10) pages** in length.  Plaintiff may file a Response to Defendants' Supplement by **August 16, 2019**, which shall not exceed **ten (10) pages**. Defendants' may file a Reply, not to exceed **five (5) pages**, by **August 23, 2019**.

    4.  This matter is **REFERRED** for purposes of a settlement conference before **Magistrate Judge Jacqueline Becerra**.  Counsel shall confer and contact Magistrate Judge Becerra's Chambers **within seven (7) days** of this Order to schedule the settlement conference.  Except as provided under Local Rule 16.2.E, the appearance of counsel and each party, or representatives of each party with full authority to enter into a full and complete settlement, is mandatory.  Appearance shall be in person; telephonic appearance is prohibited absent court order.  All discussions, representations, and statements made at the settlement conference shall be confidential and privileged.  If the case is settled at the settlement conference, counsel shall promptly notify the Court by filing a notice of settlement signed by counsel of record within **seven (7) days** of the conference.

    **DONE AND ORDERED** in Fort Lauderdale, Florida this 3rd day of August, 2019.

    **RODOLFO RUIZ**
    **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record