UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

STATE FARM MUTUAL AUTOMOBILE　　　　　Case No.:18-CV-23329 -RAR/Becerra
INSURANCE COMPANY, an Illinois Corporation

     Plaintiff,

v.

MANUEL V. FEIJOO, MANUEL V. FEIJOO, M.D.,
P.A., a Florida Professional Association

     Defendants
_____/

**DEFENDANTS' SUPPLEMENTAL STATEMENT OF FACTS
IN SUPPORT OF DEFENDANTS' SUMMARY JUDGMENT MOTION AND IN OPPOSITION TO STATE FARM'S SUMMARY JUDGMENT MOTION**

Defendants, MANUEL V. FEIJOO, and MANUEL V. FEIJOO, M.D., P.A., and in accordance with the Court's Omnibus Order [D.E. 106] submit this Supplemental Statement of Facts in support of their Summary Judgment Motion [D.E. 67] and in Opposition to State Farm's Motion [D.E. 72] and state:

1.    Attached as Exhibit "A" is the "Project Scope Memo" of State Farm's 2011 Feijoo Project (filed under seal). This Memo confirms that *since their depositions in 2011*, Dr. Feijoo and his billing manager have been explaining truthfully to State Farm exactly how and why they apply CPT codes 99204, 99214, 99215, 76140, and 95851 to the services described in their reports

2.    Attached as Exhibit "B" is the "Multi-Claim Investigation Preliminary" report from the 2011 Project (filed under seal). This Report also confirms that *since their depositions in 2011*, Dr. Feijoo and his billing manager have been explaining truthfully to State Farm exactly how and why they apply CPT codes 99204, 99214, 99215, 76140, and 95851 to the services described in their reports.

3. Attached as Exhibit "C" is Volume 2 of the deposition of State Farm's Designee, Mr. Banahan, wherein he testified as to the unfairness to an insurance company of the law's time limits and attorney fee provisions. See pages 229-248.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **August 9, 2019**, I have filed the foregoing document with the Clerk of Court using the CM/ECF system and that a copy was electronically served upon the following in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing: **Kenneth P. Hazouri, Esq.**, and **Andrew S. Ballentine, Esq**., deBeaubien, Simmons, Knight, Mantzaris and Neal, LLP, 332 North Magnolia Avenue, Orlando, FL 32801, (Khazouri@dsklawgroup.com   ABallentine@dsklawgroup.com   Lquesada@dsklawgroup.com   Lmorales@dsklawgroup.com).

**THE PIVNIK LAW FIRM**
7700 N. Kendal Drive, Suite 703
Miami, FL 33156
Tel: 305-670-0095
Email: Pivniklaw@aol.com
           Cdiezpivniklaw@aol.com

By: */s/ Jerome A. Pivnik*
    Jerome A. Pivnik, Esq.
    Fla. Bar No.: 400408

**Andrew P. Baratta, Esq.**
Baratta, Russell & Baratta
3500 Reading Way
Huntingdon Valley, PA  19006
Tel: 215-914-2222
Email:  Andrew@Barattarussell.com

**Kenneth B. Schurr, Esq.**
Law Offices of Kenneth B. Schurr
2030 S. Douglas Rd., Ste. 105
Coral Gables, FL 33134-4615
Tel: 305-441-9031
Email:  kbsservice@schurrlaw.com