UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:18-cv-23329-RAR

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Plaintiff,

v.

MANUEL FEIJOO, and MANUEL V.
FEIJOO, M.D., P.A.,

    Defendants.
_____/

## ORDER SCHEDULING SETTLEMENT CONFERENCE

The Honorable Rodolfo Ruiz, United States District Judge, has referred this case to the undersigned to conduct a settlement conference. ECF No. [106]. Therefore, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The settlement conference in this matter is scheduled for **Wednesday, August 14, 2019 at 1:00 p.m.** before the undersigned in Courtroom 1004, 99 NE 4th ST, Miami, Florida, 33132.

2. The parties are required to submit a confidential settlement statement no later than **Monday, August 12, 2019**. The confidential settlement statement shall not exceed ten pages, and shall be submitted via email to the undersigned's chambers at chambers_becerra@flsd.uscourts.gov.

3. The settlement conference shall be attended by all parties, corporate representatives, and their counsel of record. Each side shall have a party representative(s) present with full authority to negotiate and finalize any settlement reached.

4. In the event that a monetary settlement would be payable from proceeds of an insurance policy, a claims professional/ representative(s) from the party's insurer with full and final authority to authorize payment to settle the matter up to the full limits of the party's policy(s), shall be present. Failure of a party representative with full and final authority to make and accept offers of settlement to attend this conference may result in the undersigned's *sua sponte*

recommendation to the District Judge that sanctions be entered against the offending party.

5. Telephonic attendance will not be considered without the undersigned's prior permission, and unless extraordinary circumstances exist.

6. The conference will not be continued absent compelling circumstances. However, if such circumstances exist, that party shall coordinate with the opposing party to find proposed alternative available dates within the deadline established by the District Court. If the parties cannot agree, the party seeking to change the date shall file a motion with the Court.

7. The parties shall take note that in civil actions the Court does not provide an interpreter for parties who do not speak English. In the event that a party requires an interpreter, it shall be that party's burden to provide one. The parties are further advised that the parties are not allowed to bring laptop computers or cellular phones into the Federal Courthouse, absent an Order of the Court, although counsel of record may do so.

8. The conference shall be conducted without a court reporter and will not be tape recorded. All representations and statements made at the conference shall remain confidential.

9. Counsel shall remind their clients that they must bring proper identification (for example, a driver's license). Counsel shall also remind their clients that the parties are not permitted to bring cellular phones or laptop computers into the Federal Courthouse.

10. In the event this matter settles prior to the settlement conference, the parties shall immediately advise the undersigned's chambers.

11. Each counsel is **required** to meet (either in person or by phone) with their client(s) regarding their settlement position before the date of the settlement conference.

12. Counsel **must** confer with each other (either in person or by phone) to discuss their client's latest settlement positions and to exchange updated offers, if any, before the date of the settlement conference.

**DONE AND ORDERED** in chambers at Miami, Florida on August 9, 2019.

JACQUELINE BECERRA
United States Magistrate Judge