UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CIV-23329-RAR

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,**

      Plaintiff,

v.

**MANUEL FEIJOO**, **and MANUEL V.
FEIJOO, M.D., P.A.,**

      Defendants.

_____/

**OMNIBUS ORDER**

**THIS CAUSE** is before the Court on Plaintiff's Motion to Bifurcate Trial of Counterclaim [ECF No. 100] ("Motion").  Having carefully reviewed the Motion, the Response [ECF No. 105], and the Reply [ECF No. 112], and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion to Bifurcate Trial of Counterclaim [ECF No. 100] is **DENIED**.

2. The trial in this case is **CONTINUED**.  This case is now set for trial during the Court's two-week trial period commencing on **November 12, 2019**.  The parties shall appear for Calendar Call at **11:00 AM on November 5, 2019**.

3. The discovery deadline is **EXTENDED** through **September 16, 2019** for the **limited purpose** of engaging in discovery on Defendants' counterclaim only.

4. The Parties may supplement dispositive motions to address Defendants' counterclaim by **September 30, 2019**.

4. Counsel shall confer and contact Magistrate Judge Becerra's Chambers **within fourteen (14) days** of this Order to schedule the continuation of the settlement conference held on August 14, 2019.  Except as provided under Local Rule 16.2.E, the appearance of counsel and

each party, or representatives of each party with full authority to enter into a full and complete settlement, is mandatory.  Appearance shall be in person; telephonic appearance is prohibited absent court order.  All discussions, representations, and statements made at the settlement conference shall be confidential and privileged.  If the case is settled at the settlement conference, counsel shall promptly notify the Court by filing a notice of settlement signed by counsel of record within **seven (7) days** of the conference.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 14th day of August, 2019.

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record