UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:18-cv-23329-RAR/Becerra

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Plaintiff,

v.

MANUEL V. FEIJOO; and
MANUEL V. FEIJOO, M.D., P.A.,
a Florida professional association,

      Defendants.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION TO FILE A *DAUBERT* MOTION REGARDING MICHAEL MISCOE AND RESPONSES TO DEFENDANTS' SUPPLEMENT TO MOTION FOR SUMMARY JUDGMENT AND SUPPLEMENTAL STATEMENT OF FACTS**

Plaintiff, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Plaintiff"), by counsel, hereby moves for a seven (7) day extension of its August 16, 2019, deadlines to file a *Daubert* Motion regarding Michael Miscoe and Responses to Defendants' Supplement to Motion for Summary Judgment and Supplemental Statement of Facts, and in support thereof states as follows:

1. Pursuant to this Court's August 3, 2019, Omnibus Order [Doc. 106], Plaintiff's deadline to file a *Daubert* Motion directed to Defendant's expert, Michael Miscoe, and Plaintiff's Responses to Defendants' Supplement to its Motion for Summary Judgment [Doc. 108] and Supplemental Statement of Facts [Doc. 109] is August 16, 2019.

2. Plaintiff is working diligently on its *Daubert* Motion directed to Defendants' expert, Michael Miscoe, and Plaintiff's Responses to Defendants' Supplement to its Motion for

1

Summary Judgment and Supplemental Statement of Facts. Due to the significant and substantive nature of these filings, Plaintiff needs, and is respectfully requesting, a short extension of seven (7) days to complete and file them.[1]

3. Additionally, Plaintiff deposed Mr. Miscoe on August 8, 2019, and, although the transcript was ordered on an expedited basis, the court reporter has not yet delivered it.

4. A proposed Order granting this motion is attached hereto as Exhibit "A."

5. The undersigned hereby certifies that he has conferred with Defendants' counsel, Jerry Pivnik, regarding this motion, and Mr. Pivnik has advised that Defendants do not object to the extensions requested herein.

WHEREFORE, Plaintiff, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, respectfully requests the Court to grant Plaintiff an extension up to, and including, August 23, 2019, to file a *Daubert* Motion directed to Defendants' expert, Michael Miscoe, and Responses to Defendants' Supplement to its Motion for Summary Judgment and Supplemental Statement of Facts.

Dated: August 15, 2019.

                                                                 Respectfully submitted,

                                                                  /s/ *Kenneth P. Hazouri*
                                                                  Kenneth P. Hazouri (Fla. Bar No. 019800)
                                                                  Trial Counsel
                                                                  khazouri@dsklawgroup.com
                                                                  lquezada@dsklawgroup.com
                                                                  Andrew S. Ballentine (Fla. Bar No. 118075)
                                                                  aballentine@dsklawgroup.com
                                                                  deBeaubien, Simmons, Knight,
                                                                    Mantzaris and Neal, LLP
                                                                  332 North Magnolia Avenue

---

[1] Under the Omnibus Order, Plaintiff's deadline to file a *Daubert* motion directed to Defendants' other expert, J'Amy Kluender, is also August 16, 2019. Plaintiff is not seeking an extension of this deadline and intends to file its *Daubert* motion directed to Ms. Kluender on August 16, 2019.

Orlando, Florida 32801
Telephone: (407) 422-2454
Attorneys for Plaintiff