UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-23329-RAR

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Plaintiff/Counter-Defendant,

v.

MANUEL V. FEIJOO; and
MANUEL V. FEIJOO, M.D., P.A.,
a Florida professional association,

    Defendants/Counter-Plaintiffs.
_____/

**PLAINTIFF'S RESPONSE TO DEFENDANTS' SUPPLEMENTAL STATEMENT
OF FACTS IN SUPPORT OF DEFENDANTS' SUMMARY JUDGMENT MOTION
AND IN OPPOSITION TO STATE FARM'S SUMMARY JUDGMENT MOTION**

Plaintiff, State Farm Mutual Automobile Insurance Company ("SFM"), responds to the Supplemental Statement of Facts ("Supplemental SOF") filed by Defendants, Manuel V. Feijoo, M.D. ("Dr. Feijoo") and Manuel V. Feijoo, M.D., P.A. (the "Clinic") (collectively "Defendants") on August 9, 2019 [ECF No. 109].

    1.    SFM disputes Defendants' characterization of the contents of the document referenced in paragraph 1 of Defendants' Supplemental SOF as the "Project Scope Memo of State Farm's 2011 Feijoo Project" (the "2011 Scope Memo") as inaccurate. For instance, and by way of example only, the 2011 Scope Memo:

- does not mention any deposition testimony;

- does not mention Dr. Feijoo's billing manager by either name or title;

- does not discuss "how and why" Dr. Feijoo or the Clinic applied CPT codes; and

- makes no mention whatsoever of CPT codes 76140 or 95851.

This document speaks for itself.

2. SFM disputes Defendants' characterization of the contents of the document referenced in paragraph 2 of Defendants' Supplemental SOF as the "Multi-Claim Investigation Preliminary report from the 2011 Project" (the "2011 Preliminary Report") as inaccurate. For instance, and by way of example only, the 2011 Preliminary Report makes no mention of the truthfulness or falsity of any testimony concerning "how and why [Defendants] apply CPT codes. . . . ." This document speaks for itself.

3. SFM disputes Defendants' characterization of the deposition testimony of SFM's corporate representative, Timothy Banahan, referenced in paragraph 3 of Defendants' Supplemental SOF as incomplete and inaccurate. The transcript speaks for itself.

Dated: August 23, 2019

Respectfully submitted,

/s/ *Kenneth P. Hazouri*
Kenneth P. Hazouri (Fla. Bar No. 019800)
khazouri@dsklawgroup.com
lquezada@dsklawgroup.com
Andrew S. Ballentine (Fla. Bar No. 118075)
aballentine@dsklawgroup.com
ccammarata@dsklawgroup.com
deBeaubien, Simmons, Knight,
Mantzaris and Neal, LLP
332 North Magnolia Avenue
Orlando, Florida 32801
Telephone: (407) 422-2454

and

DAVID I. SPECTOR, ESQ.
Fla. Bar No. 086540
david.spector@hklaw.com
KAYLA L. PRAGID, ESQ.
Fla. Bar No. 098738
kayla.pragid@hklaw.com
**HOLLAND & KNIGHT LLP**

222 Lakeview Avenue, Ste. 1000
West Palm Beach, Florida 33401
Telephone: (561) 833-2000
Facsimile: (561) 650-8399

*Attorneys for Plaintiff/Counter-Defendant*

3