UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CIV-23329-RAR

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Plaintiff,

v.

**MANUEL V. FEIJOO,** *et al.*,

      Defendants.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court upon a *sua sponte* review of the docket. On June 28, 2019, Defendants filed two Motions *In Limine* [ECF Nos. 68-69] ("Motions"). Pursuant to Local Rule 7.1(c)(1), Plaintiff's response to the Motions was due on July 12, 2019. However, no response appears on the docket. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff shall show cause, in writing, why the Motions should not be granted by default and why Plaintiff failed to file a timely response by **September 16, 2019**. In the event the Plaintiff does not comply with this Order, the Court shall grant the Motions by default pursuant to Local Rule 7.1(c) without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 31st day of August, 2019.

                                                          _____
                                                          **RODOLFO RUIZ**
                                                          **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record