# EXHIBIT "A"

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### Case No. 1:18-cv-23329-RAR

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Plaintiff/Counter-Defendant,

v.

MANUEL V. FEIJOO; and
MANUEL V. FEIJOO, M.D., P.A.,
a Florida professional association,

      Defendants/Counter-Plaintiffs.

_____/

### AFFIDAVIT OF TIMOTHY BANAHAN IN SUPPORT OF PLAINTIFF/COUNTER-DEFENDANT'S SUPPLEMENT TO ITS MOTION FOR SUMMARY JUDGMENT DIRECTED TO DEFENDANTS' COUNTERCLAIM

BEFORE ME, the undersigned duly authorized Notary Public, personally appeared Timothy Banahan, who after being duly sworn, deposes and says:

1.      I am over the age of eighteen and competent to testify herein.

2.      I am an SIU Claim Team Manager for State Farm Mutual Automobile Insurance Company ("SFM"), and I have personal knowledge of the facts set forth in this affidavit.

3.      Before completing this affidavit, I reviewed the following documents: a) SFM's Amended Complaint in the above-styled action [ECF No. 60], and the exhibits thereto including, but not limited to Exhibit "N" [ECF No. 60-14]; b) Answer and Affirmative Defenses and Counterclaim of Defendants/Counter-Plaintiffs, MANUEL V. FEIJOO ("Dr. Feijoo") and MANUEL V. FEIJOO, M.D., P.A. (the "Clinic"), (collectively, the "Defendants") [ECF No. 74]; and c) SFM's Answer and Affirmative Defenses to Defendants' Counterclaim [ECF No. 97].

4.      I also reviewed SFM's claim files[1] for the following claims listed on Exhibit "N" to SFM's Amended Complaint, which I understand to be at issue in Defendants' Counterclaim for PIP benefits, to determine whether SFM received a "demand letter under s. 627.736" or written notice of intent to initiate litigation pursuant to Florida Statute § 627.736(10) (hereinafter collectively referred to as "Demand Letter") for the unpaid medical bills submitted by Dr. Feijoo's Clinic for services provided to the following insureds:

        a)      59-9D39-520 (insured E.D.);

        b)      59-1307-W87 (insured S.S.);

        c)      59-1792-C92 (insureds D.M. and M.M.);

        d)      59-1801-Q94 (insured M.S.);

        e)      59-2377-J31 (insured R.S.);

        f)      59-2522-R30 (insured I.V.);

        g)      59-2696-H00 (insured D.L.C.);

        h)      59-2779-M11 (insured G.O.C.);

        i)      59-3076-N06 (insured M.R.G.); and

        j)      59-3418-Z51 (insured M.C.).

Based on my review of the claim files for these claims, I determined SFM did not receive a Demand Letter from either of the Defendants for services provided to the insureds in these claims before Defendants filed their Counterclaim against SFM on July 2, 2019.

5.      I also reviewed SFM's claim files for the following claims listed on Exhibit "N" to SFM's Amended Complaint, which I understand to be at issue in Defendants' Counterclaim for

---

[1] Electronic information regarding SFM's claims is created, stored, managed, and accessed primarily in and through the Enterprise Claims System ("ECS"), a proprietary web-based system used by SFM claims associates. When SFM refers to "claim files" it is within this context.

PIP benefits, and I confirmed SFM received Demand Letters for the unpaid medical bills submitted

by Dr. Feijoo's Clinic for services provided to the following insureds on the following dates:

  59-0885-M85 (insured J.B.) -  SFM received demand on 06/21/2019

  59-54K1-706 (insured J.S.) -  SFM received demand on 06/21/2019

  59-1538-F74 (insured J.P) -  SFM received demand on 06/24/2019

  59-1538-F74 (insured S.C.) -  SFM received demand on 06/24/2019

  59-1950-G14 (insured F.S.) -  SFM received demand on 06/21/2019

  59-2191-D27 (insured R.G.) -  SFM received demand on 06/24/2019

  59-2952-M64 (insured D.G.) -  SFM received demand on 06/21/2019

  59-3256-T55 (insured J.T.) -  SFM received demand on 06/21/2019

  59-3275-L47 (insured E.F.B.) - SFM received demand on 06/21/2019

  59-3328-H52 (insured S.L.M.) - SFM received demand on 06/24/2019

  59-3329-B00 (insured D.A.D.) - SFM received demand on 06/21/2019

  59-3404-N17 (insured T.G.C.) - SFM received demand on 06/21/2019

  59-3404-N17 (insured T.M.C.) - SFM received demand on 06/24/2019

  59-3403-X96 (insured J.E.) -  SFM received demand on 06/24/2019

  59-3677-H66 (insured L.A.) -  SFM received demand on 06/24/2019

  59-3472-Z81 (insured C.A.) -  SFM received demand on 06/24/2019

  59-3618-T05 (insured A.J.P.P.) - SFM received demand on 06/24/2019

  59-3880-J85 (insured A.R.G.P.) - SFM received demand on 06/21/2019

  59-4335-Z33 (insured Y.F.) -  SFM received demand on 06/21/2019

  6.  True and authentic copies of the Demand Letters referenced in Paragraph 5 above

with date stamps identifying the dates SFM received the Demand Letters are attached hereto as

composite "Exhibit 1."

        FURTHER AFFIANT SAYETH NAUGHT.

                                Timothy Banahan

STATE OF FLORIDA

COUNTY OF _____ Polk _____

        SWORN TO AND SUBSCRIBED before me this September 30, 2019, by Timothy

Banahan, ✓ who is personally known to me or ___ who has provided _____

as identification, and who did take an oath.

(SEAL)

                                Signature of Notary Public

             Rebecca L Hagmaier
               State of Florida
       My Commission Expires 07/04/2023
         Commission No. 1194887

# EXHIBIT 1

06/21/2019

**The Law Offices of**
# KENNETH B. SCHURR, P.A.
Attorney At Law
2030 S. Douglas Road, Suite 105
Coral Gables, Florida 33134

Telephone (305) 441-9031
Telecopier (786) 221-2720

June 17, 2019

**Via certified mail, return receipt requested**
**7017 1070 0000 9439 3366**

State Farm Insurance Co.
Attn: Paul Robichaux
P.O. Box 106140
Atlanta, GA 30348

## DEMAND LETTER UNDER FL STATUTE 627.736 (10)

| | | |
|---|---|---|
| RE: | Claimant: | J█████ A█████ B█████ |
| | Insured: | **SAME** |
| | Claim Number: | **590885M85** |
| | Policy Number: | **4068641A1059B** |
| | Date of Loss: | **July 25, 2017** |

Dear: Mr. Robichaux:

Please be advised that demand is hereby made for the payment of medical services provided to the above-named patient. Payment for these services is overdue as of this letter.
**PROVIDER:** MANUEL V. FEIJOO, M.D. AND MANUEL V. FEIJOO, M.D. P.A.
**DATE OF SERVICE: August 31, 2017**
**CPT CODES:** see copy of bills attached

| BILL | DEDUCTIBLE | CO-PAYMENT | PIP PAID | DUE |
|---|---|---|---|---|
| $575.00 | UNKNOWN | UNKNOWN | $40.50 | $419.50 |

Enclosed please find the requisite itemized statement or copies of same in the form of Health Care Finance Administration 1500 form or UB 92 forms previously submitted and specifying each exact amount, the date of treatment, service, or accommodation, and the type of benefit claimed to be due. To the extent that this demand involves an insurer's withdrawal of payment for future treatment not yet rendered, attached please find a copy of your notice withdrawing such payment and an itemized statement of the type, frequency, and duration of future treatment claimed to be reasonable and medically necessary. Also, enclosed please find a copy of the assignment of benefits executed by the patient. Pursuant to Florida Statute, demand is also hereby made for reimbursement of the postage costs totaling $    . Make checks payable as follows: Medical Benefits to the provider: **Manuel V. Feijoo, M.D., and Manuel V. Feijoo, M.D., P.A.**; and interest, postage and penalty to the **Law Offices of Kenneth B. Schurr, P.A.**

If there is additional coverage then we demand 100% of the difference between the billed

06/21/2019

amount and the amount paid. If there is a deductible or if the bills are paid at 100% please let us know.   If the insurance company is entitled to limit reimbursement based on 200% of Medicare or 80 percent of the maximum reimbursable allowance under workers' compensation, please produce a copy of the policy of insurance along with the payment.  We do not accept limitations unless your policy specifically provides for this limitation. It is our contention the charges are reasonable based on what other doctors charge and what other PIP insurers have allowed for these services.  If you have any questions about the bills at issue please compare the attached ledger to your explanation of benefits and please note we dispute each and every reduction and nonpayment.

Section 627.736(10) of the Florida Statutes requires that if payment of the overdue amount is made within thirty (30) business days of receipt of this letter, said payment must include the applicable interest and a ten (10%) percent penalty of the overdue amount paid, subject to maximum penalty of Two Hundred Fifty dollars (250). Failure to pay within the allowed period will result in the immediate institution of a civil suit for the damages, attorney's fees, and costs.

In addition, please provide the undersigned with the following:

1. An up-to-date PIP payout log for this claim. Said payout log should not be redacted so that my client is able to accurately determine what is in fact due and owing.

2. A copy of any all independent medical examination reports conducted by a physician after physical examination of the patient, a copy.

3. A copy of any and all medical examination reports created by a physician without physical examination of the patient.

4. A copy of any and all peer review medical reports created by a physician and/or billing service or by anyone else without physical examination of the patient.

5. A copy of any and all reports created by a medical bill review service who has reviewed the billing by my client for this patient/insured.

6. A copy of any document showing the scheduling and if applicable, missing of an independent medical examination by patient.

7. A copy of any document showing the scheduling and, if applicable, missing of an examination under oath.

8. Any document or correspondence detailing why there is no coverage for the patient on the date of loss.

In addition pursuant to Florida law, Florida Statutes 627.736 and 627.736(6)(d). A copy of all the Explanation of Benefits (EOBs) applicable to the above captioned medical provider's claim for the above captioned patient.

Failure to comply with these requests will force my client to file a breach of contract lawsuit and/or a declaratory lawsuit to determine what rights and benefits are in effect for my client under the applicable insurance policy.

I look forward to your prompt response.

Sincerely,

Kenneth B. Schurr, Esq.
KBS/ds





06/21/2019

STATE FARM INS
P O  BOX 106134

ATLANTA   GA 30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | PICA | | | | | | PICA | |

| 1. MEDICARE  MEDICAID  TRICARE  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|
| (Medicare#) (Medicaid#) (ID#/DoD#) (Member ID#) (ID#) (ID#) ☑(ID#) | 590885M85 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE MM DD YY   SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| B███ J█ A█ | 1966  M☐ F☑ | B███ J█ AN█ |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| ███ | Self ☑ Spouse ☐ Child ☐ Other ☐ | ███ |

| CITY | STATE | 8. RESERVED FOR NUCC USE | CITY | STATE |
|---|---|---|---|---|
| MIAMI | FL | X | MIAMI | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|
| 33196 | ( ███ | 33196 | ( ███ |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | 4068641A1059B |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) ☐YES ☑NO | a. INSURED'S DATE OF BIRTH MM DD YY   SEX M☐ F☐ |
|---|---|---|
| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? ☑YES ☐NO  PLACE (State) | b. OTHER CLAIM ID (Designated by NUCC) |
| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? ☐YES ☐NO | c. INSURANCE PLAN NAME OR PROGRAM NAME |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐YES ☐NO  If yes, complete items 9, 9a, and 9d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE   DATE  09 29 17

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY   07 25 17  QUAL. | 15. OTHER DATE QUAL.  MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY   MM DD YY  FROM   TO |
|---|---|---|
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE   STEVE HALEGUA MD | 17a. 17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY   MM DD YY  FROM   TO |
| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | | 20. OUTSIDE LAB?  ☐YES ☐NO  $ CHARGES |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)   ICD Ind. | 22. RESUBMISSION CODE  ORIGINAL REF. NO. |
|---|---|
| A. S134XXA  B. ___  C. ___  D. ___ | |
| E. ___  F. ___  G. ___  H. ___ | 23. PRIOR AUTHORIZATION NUMBER |
| I. M12552  J. ___  K. ___  L. ___ | |

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 08 31 17 | 11 | 1 | 99204 | S134XXA | 475 00 | 1 | | NPI | |
| 2 | 08 31 17 | 11 | 1 | 95851 | S134XXA | 100 00 | 1 | | NPI | |
| 3 | | | | | | | | | NPI | |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? For govt. claims, see back | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|
| 650409050  ☑ | B01186 1 | ☑YES ☐NO | $ 575 00 | $ 0 00 | 575 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)   FEIJOO  MANUEL V MD  SIGNED M363009  DATE 09 29 17 | 32. SERVICE FACILITY LOCATION INFORMATION  MANUEL V FEIJOO MD PA  8370 SW 8TH STREET  MIAMI  FL 33144  a. 1811923105  b. | 33. BILLING PROVIDER INFO & PH #  MANUEL V  FEIJOO MD PA  8370 SW 8 TH STREET  MIAMI  FL 33144  a. 1811923105  b. |
|---|---|---|

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

PLEASE INDICATE ACCOUNT NUMBER WHEN MAKING PAYMENT

014402

06/21/2019

# Manuel V. Feijoo, M.D. and Manuel V. Feijoo, M.D., P.A.
8370 SW 8 Street - Miami, Florida 33144

### ASSIGNMENT OF INSURANCE BENEFITS, POWER OF ATTORNEY & RELEASE OF INFORMATION
Insurer Please Read the Following, in its Entirety, upon Receipt:

I, the undersigned patient/insured knowingly, voluntarily and intentionally assign the benefits of insurance and any overdue interest payments under the No-Fault Policy of Automobile Insurance, also known as Personal Injury Protection (P.I.P.), or Medical Payments policy of insurance from my automobile insurer or the responsible insurer to the above described medical providers (Manuel V. Feijoo, M.D. and Manuel V. Feijoo, M.D., P.A.) for any and all services rendered to the undersigned patient/insured, including the right to bring suit in a court of law for any failure to pay PIP benefits / insurance benefits. The patient understands it is the express intention of the provider to accept this assignment of benefits in lieu of demanding full payment at the time services are rendered. The undersigned assigns any and all claims for statutory bad faith to the above medical providers. If the insurer disputes the validity of this assignment of benefits then the insurer is instructed to notify the provider in writing within five (5) days of receipt of this document. I understand this assignment will remain in full force and effect and will NOT be revoked unless the revocation is agreed to by both the medical providers and the undersigned patient or the patient's attorney. Since I have assigned my PIP benefits to the above-referenced medical provider, any prior reservation of benefits or demand for wage loss benefits is withdrawn. I am instructing the PIP carrier not to reserve any benefits and to pay all bills in the order received. This assignment applies to both past and future medical expenses and is valid even if undated. A photocopy of this assignment is to be considered as valid as the original. The undersigned patient/insured directs the insurer to pay the medical provider directly without including the patient's name on the check.

The insurer is directed by the provider and the patient/insured to not issue any checks or drafts in partial settlement of a claim that contain or are accompanied by language releasing the insurer or its insured/patient from liability unless there has been a prior written settlement agreed to by the medical provider and the insurer as to the amount payable under the insurance policy or contact. The provider hereby objects to any reductions or partial payments made at the discretion of the insurer. Any partial or reduced payment, regardless of the accompanying language, issued by the insurer and deposited by the provider shall be done so under protest, at the risk of the insurer, and the deposit shall not be deemed a waiver, accord, satisfaction, discharge, or settlement agreement by the provider to accept a reduced amount as payment in full. The insurer is hereby placed on notice that this provider reserves the right to seek the full amount of the bills submitted. Please acknowledge your acceptance of the foregoing terms by issuing a check for the services rendered by these medical providers payable to one or more of the medical provider(s) named herein, and not to the patient / claimant / insured.

In the event the subject medical benefits are disputed by the insurer for any reason, including but not limited to, medical reasonableness and/or necessity, the undersigned patient/insured hereby instructs the insurer to set aside any amount disputed (i.e. to escrow the money) and not pay the disputed amount to anyone, including myself, or any entity until the dispute is resolved. The insurer is instructed to immediately explain in writing to the above provider of any dispute. If the insurer schedules an IME or EUO the insurer is hereby requested and authorized to send a copy of said notification to this provider. The provider is not the agent of the insurer or the patient for any purpose. The undersigned patient/insured agrees to pay any applicable deductible and co-payments for services rendered.

#### Release of Information:

I hereby authorize the above named medical providers to: furnish my insurance company or companies and the patient's attorney with any and all information that may be contained in my medical records; to obtain coverage information telephonically from my insurer; to request a written non-redacted PIP payout sheet from the insurer; and to obtain copies of my medical records, including but not limited to, documents, reports, scans, notes, opinions, X-rays, and MRIs, from any other medical provider or any insurance company. The insurer is directed to keep the patient's medical records private and confidential. The insurer is NOT authorized to provide these medical records to anyone, including but not limited to, third party vendors without the patient's and the provider's prior express written permission.

I certify that I have not been solicited or promised anything in exchange for receiving medical care or that I have received any promises or guarantees from anyone as to the results that may be obtained by any medical treatment.
Caution! Please read before signing. If you do not completely understand this document please ask us to explain it to you. If you sign below we will assume you understand and agree to the terms.

Patient Signature X ▉▉▉▉

Patient Name (please print) ▉▉▉▉

Date: 08/31/2017

014399

06/21/2019



CERTIFIED MAIL

7017 1070 0000 6949 3836

$12.300
US POSTAGE
PRIORITY
FIRST CLASS
JUN 17 2019
stamps

KENNETH B. SCHURR, P.A.
Attorney At Law
2030 S. Douglas Road, Suite 105
Coral Gables, Florida 33134

State Farm Insurance Company
Attn: Chad Miller
P.O. Box 106134
Atlanta GA 30348-6134

06/21/2019

**The Law Offices of**
**KENNETH B. SCHURR, P.A.**
Attorney At Law
2030 S. Douglas Road, Suite 105
Coral Gables, Florida 33134

Telephone (305) 441-9031
Telecopier (786) 221-2720

June 17, 2019

**Via certified mail, return receipt requested**
**7017 1070 0000 9439 3366**

State Farm Insurance Co.
Attn: Paul Robichaux
P.O. Box 106140
Atlanta, GA 30348

**DEMAND LETTER UNDER FL STATUTE 627.736 (10)**

| RE: | Claimant: | J▮▮▮▮ S▮▮▮ |
|-----|-----------|------------|
| | Insured: | **SAME** |
| | Claim Number: | **5954K1706** |
| | Policy Number: | **C749948594** |
| | Date of Loss: | **August 11, 2017** |

Dear: Mr. Robichaux:

Please be advised that demand is hereby made for the payment of medical services provided to the above-named patient.   Payment for these services is overdue as of this letter.
**PROVIDER:**  MANUEL V. FEIJOO, M.D. AND MANUEL V. FEIJOO, M.D. P.A.
**DATE OF SERVICE: May 3, 2018**
**CPT CODES:** see copy of bills attached

| BILL | DEDUCTIBLE | CO-PAYMENT | PIP PAID | DUE |
|------|------------|------------|----------|-----|
| $675.00 | UNKNOWN | UNKNOWN | UNKNOWN | $540.00 |

Enclosed please find the requisite itemized statement or copies of same in the form of Health Care Finance Administration 1500 form or UB 92 forms previously submitted and specifying each exact amount, the date of treatment, service, or accommodation, and the type of benefit claimed to be due. To the extent that this demand involves an insurer's withdrawal of payment for future treatment not yet rendered, attached please find a copy of your notice withdrawing such payment and an itemized statement of the type, frequency, and duration of future treatment claimed to be reasonable and medically necessary. Also, enclosed please find a copy of the assignment of benefits executed by the patient. Pursuant to Florida Statute, demand is also hereby made for reimbursement of the postage costs totaling $      . Make checks payable as follows: Medical Benefits to the provider: **Manuel V. Feijoo, M.D., and Manuel V. Feijoo, M.D., P.A.**; and interest, postage and penalty to the **Law Offices of Kenneth B. Schurr, P.A.**

If there is additional coverage then we demand 100% of the difference between the billed

06/21/2019

amount and the amount paid. If there is a deductible or if the bills are paid at 100% please let us know.   If the insurance company is entitled to limit reimbursement based on 200% of Medicare or 80 percent of the maximum reimbursable allowance under workers' compensation, please produce a copy of the policy of insurance along with the payment.  We do not accept limitations unless your policy specifically provides for this limitation. It is our contention the charges are reasonable based on what other doctors charge and what other PIP insurers have allowed for these services.  If you have any questions about the bills at issue please compare the attached ledger to your explanation of benefits and please note we dispute each and every reduction and nonpayment.

Section 627.736(10) of the Florida Statutes requires that if payment of the overdue amount is made within thirty (30) business days of receipt of this letter, said payment must include the applicable interest and a ten (10%) percent penalty of the overdue amount paid, subject to maximum penalty of Two Hundred Fifty dollars (250). Failure to pay within the allowed period will result in the immediate institution of a civil suit for the damages, attorney's fees, and costs.

In addition, please provide the undersigned with the following:

1.      An up-to-date PIP payout log for this claim. Said payout log should not be redacted so that my client is able to accurately determine what is in fact due and owing.

2.      A copy of any all independent medical examination reports conducted by a physician after physical examination of the patient, a copy.

3.      A copy of any and all medical examination reports created by a physician without physical examination of the patient.

4.      A copy of any and all peer review medical reports created by a physician and/or billing service or by anyone else without physical examination of the patient.

5.      A copy of any and all reports created by a medical bill review service who has reviewed the billing by my client for this patient/insured.

6.      A copy of any document showing the scheduling and if applicable, missing of an independent medical examination by patient.

7.      A copy of any document showing the scheduling and, if applicable, missing of an examination under oath.

8.      Any document or correspondence detailing why there is no coverage for the patient on the date of loss.

In addition pursuant to Florida law, Florida Statutes 627.736 and 627.736(6)(d). A copy of all the Explanation of Benefits (EOBs) applicable to the above captioned medical provider's claim for the above captioned patient.

06/21/2019

Failure to comply with these requests will force my client to file a breach of contract lawsuit and/or a declaratory lawsuit to determine what rights and benefits are in effect for my client under the applicable insurance policy.

I look forward to your prompt response.

Sincerely,

Kenneth B. Schurr, Esq.
KBS/ds




**06/21/2019** ← CARRIER →

STATE FARM INS
P O  BOX 106134

ATLANTA   GA 30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

☐☐ PICA · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · PICA ☐☐

| 1. MEDICARE (Medicare#) | MEDICAID (Medicaid#) | TRICARE (ID#/DoD#) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (ID#) | FECA BLK LUNG (ID#) | OTHER (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) 5954K1706 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
S▮▮▮▮▮▮

3. PATIENT'S BIRTH DATE MM DD YY  ▮▮ ▮▮ 1969   SEX M☐ F☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
S▮▮▮▮  J▮

5. PATIENT'S ADDRESS (No., Street)
▮▮▮▮▮▮▮▮

6. PATIENT RELATIONSHIP TO INSURED
Self☐ Spouse☒ Child☐ Other☐

7. INSURED'S ADDRESS (No., Street)
▮▮▮▮▮▮▮▮

CITY MIAMI   STATE FL

8. RESERVED FOR NUCC USE   X

CITY MIAMI   STATE FL

ZIP CODE 33157   TELEPHONE (Include Area Code)

ZIP CODE 33157   TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
C749948594

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  YES☐ NO☒

a. INSURED'S DATE OF BIRTH MM DD YY   SEX M☐ F☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  YES☒ NO☐   PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  YES☐ NO☒

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES☐ NO☐   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE   DATE 07 02 18

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY 08 11 17 QUAL.

15. OTHER DATE MM DD YY QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
VALLES   ASSOCIATES

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES☐ NO☐   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind.
A. M54 16   B.   C.   D.
E.   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 03 18 | | 11 | 1 | 99204 | | M54 16 | 475 00 | 1 | | NPI | |
| 2 | 05 03 18 | | 11 | 1 | 95851 | | M54 16 | 100 00 | 1 | | NPI | |
| 3 | 05 03 18 | | 11 | 1 | 76140 | | M54 16 | 100 00 | 1 | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER 650409050   SSN☐ EIN☒

26. PATIENT'S ACCOUNT NO. S01635 1

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES☒ NO☐

28. TOTAL CHARGE $ 675 00

29. AMOUNT PAID $ 0 00

30. Rsvd for NUCC Use 675 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
FEIJOO  MANUEL V MD
SIGNED 663009  DATE 07 02 18

32. SERVICE FACILITY LOCATION INFORMATION
MANUEL V FEIJOO MD PA
8370 SW 8TH STREET
MIAMI  FL 33144
a. 1811923105  b.

33. BILLING PROVIDER INFO & PH #
MANUEL V  FEIJOO MD PA
8370 SW 8 TH STREET
MIAMI  FL 33144
a. 1811923105  b.

PLEASE INDICATE ACCOUNT NUMBER WHEN MAKING PAYMENT

013160

# Manuel V. Feijoo, M.D. & Manuel V. Feijoo, M.D., P.A.

8370 SW 8 Street - Miami, Florida 33144

### ASSIGNMENT OF INSURANCE BENEFITS, POWER OF ATTORNEY & RELEASE OF INFORMATION

I, the undersigned patient/insured knowingly, voluntarily and intentionally assign the benefits of insurance and any overdue interest payments under the No-Fault Policy of Automobile Insurance, also known as Personal Injury Protection (P.I.P.), or Medical Payments policy of insurance from my automobile insurer or the responsible insurer to the above described medical providers (Manuel V. Feijoo, M.D. and Manuel V. Feijoo, M.D., P.A.) for any and all services rendered to the undersigned patient/insured, including the right to bring suit in a court of law for any failure to pay PIP benefits / insurance benefits. The patient understands it is the express intention of the provider to accept this assignment of benefits in lieu of demanding full payment at the time services are rendered. The undersigned assigns any and all claims for statutory bad faith to the above medical providers. If the insurer disputes the validity of this assignment of benefits then the insurer is instructed to notify the provider in writing within five (5) days of receipt of this document. I understand this assignment will remain in full force and effect and will NOT be revoked unless the revocation is agreed to by both the medical providers and the undersigned patient or the patient's attorney. Since I have assigned my PIP benefits to the above-referenced medical provider, any prior reservation of benefits or demand for wage loss benefits is withdrawn. I am instructing the PIP carrier not to reserve any benefits and to pay all bills in the order received. This assignment applies to both past and future medical expenses and is valid even if undated. A photocopy of this assignment is to be considered as valid as the original. The undersigned patient/insured directs the insurer to pay the medical provider directly without including the patient's name on the check.

The insurer is directed by the provider and the patient/insured *to* not issue any checks or drafts in partial settlement of a claim that contain or are accompanied by language releasing the insurer or its insured/patient from liability unless there has been a prior written settlement agreed to by the medical provider and the insurer as to the amount payable under the insurance policy or contact. The provider hereby objects to any reductions or partial payments made at the discretion of the insurer. Any partial or reduced payment, regardless of the accompanying language, issued by the insurer and deposited by the provider shall be done so under protest, at the risk of the insurer, and the deposit shall not be deemed a waiver, accord, satisfaction, discharge, or settlement agreement by the provider to accept a reduced amount as payment in full. The insurer is hereby placed on notice that this provider reserves the right to seek the full amount of the bills submitted. Please acknowledge your acceptance of the foregoing terms by issuing a check for the services rendered by these medical providers payable to one or more of the medical provider(s) named herein, and not to the patient / claimant / insured. In the event the subject medical benefits are disputed by the insurer for any reason, including but not limited to, medical reasonableness and/or necessity, the undersigned patient/insured hereby instructs the insurer to set aside any amount disputed (i.e. to screw the money) and not pay the disputed amount to anyone, including myself, or any entity until the dispute is resolved. The insurer is instructed to immediately explain in writing to the above provider of any dispute. If the insurer schedules an IME or EUO the insurer is hereby requested and authorized to send a copy of said notification to this provider. The provider is not the agent of the insurer or the patient for any purpose. The undersigned patient / insured agrees to pay any applicable deductible and co-payments for services rendered.

#### Release of Information:

I hereby authorize the above named medical providers to: furnish my insurance company or companies and the patient's attorney with any and all information that may be contained in my medical records; to obtain coverage information telephonically from my insurer; to request a written non-redacted PIP payout sheet from the insurer; and to obtain copies of my medical records, including but not limited to, documents, reports, scans, notes, opinions, X-rays, and MRIs, from any other medical provider or any insurance company. The insurer is directed to keep the patient's medical records private and confidential. The insurer is NOT authorized to provide these medical records to anyone, including but not limited to third party vendors and/or peer review non-examining physicians without the patient's and the provider's prior express written permission.

I hereby further request that my insurer cooperate with my provider in resolving any and all billing disputes over medical services rendered to me. This includes, but is not limited to, providing my provider with a copy of my insurance policy (including any declaration pages), PIP payout logs, payout ledgers, explanations of benefits, copies of checks, as well as a copy of any and all recorded statements, transcripts of examinations under oath (EUO's), and IME reports, and any and all other documents or information requested by [provider] or its attorneys, employees or other representatives acting on behalf of [provider] Should my insurer schedule an Independent Medical Examination (IME) or Examination Under Oath (EUO) as applicable under my insurance policy. I hereby request that my insurer send a courtesy copy of any IME or EUO notifications to my provider. I hereby acknowledge that this assignment does not transfer my duties to comply with the conditions of my insurance policy to my provider. I further authorize my insurer to speak with any employee, agent, attorney or other representative of [provider] and provide them with any and all information or documents not listed in this paragraph that they may request.

I certify that I have not been solicited or promised anything in exchange for receiving medical care or that I have received any promises or guarantees from anyone as to the results that may be obtained by any medical treatment. Caution! Please read before signing. If you do not completely understand this document please ask us to explain it to you. If you sign below we will assume you understand and agree to the terms.

Patient Signature ✗

Patient Name (please print) ▨

Date: 5-3-18

06/21/2019



CERTIFIED MAIL

7017 1070 0000 9439 3361

$12.00
US POSTAGE
PRIORITY
FROM 33156
JUN 17 2019
stamps

KENNETH B. SCHURR, P.A.
Attorney At Law
2030 S. Douglas Road, Suite 105
Coral Gables, Florida 33134

State Farm Insurance Company
Attn: Chad Miller
P.O. Box 106134
Atlanta GA 30348-6134

06/24/2019

**The Law Offices of**
# KENNETH B. SCHURR, P.A.
Attorney At Law
2030 S. Douglas Road, Suite 105
Coral Gables, Florida 33134

Telephone (305) 441-9031
Telecopier (786) 221-2720

June 18, 2019

**Via certified mail, return receipt requested**
**7017 1070 0000 9439 3373**

State Farm Insurance Co.
Attn: Chad Miller
P.O. Box 106140
Atlanta, GA 30348

**DEMAND LETTER UNDER FL STATUTE 627.736 (10)**

RE:  **Claimant:**          J███████P███
     **Insured:**           SAME
     **Claim Number:**      0520268230101028
     **Policy Number:**     UNKNONWN
     **Date of Loss:**      **September 16, 2017**

Dear: Mr. Miller:

Please be advised that demand is hereby made for the payment of medical services provided to the above-named patient. Payment for these services is overdue as of this letter.
**PROVIDER:** MANUEL V. FEIJOO, M.D. AND MANUEL V. FEIJOO, M.D. P.A.
**DATE OF SERVICE: November 14, 2017**
**CPT CODES:** see copy of bills attached

| **BILL** | **DEDUCTIBLE** | **CO-PAYMENT** | **PIP PAID** | **DUE** |
|----------|----------------|----------------|--------------|---------|
| $675.00  | UNKNOWN        | UNKNOWN        | UNKNOWN      | $540.00 |

Enclosed please find the requisite itemized statement or copies of same in the form of Health Care Finance Administration 1500 form or UB 92 forms previously submitted and specifying each exact amount, the date of treatment, service, or accommodation, and the type of benefit claimed to be due. To the extent that this demand involves an insurer's withdrawal of payment for future treatment not yet rendered, attached please find a copy of your notice withdrawing such payment and an itemized statement of the type, frequency, and duration of future treatment claimed to be reasonable and medically necessary. Also, enclosed please find a copy of the assignment of benefits executed by the patient. Pursuant to Florida Statute, demand is also hereby made for reimbursement of the postage costs totaling $    . Make checks payable as follows: Medical Benefits to the provider: **Manuel V. Feijoo, M.D., and Manuel V. Feijoo, M.D., P.A.**; and interest, postage and penalty to the **Law Offices of Kenneth B. Schurr, P.A.**

If there is additional coverage then we demand 100% of the difference between the billed

06/24/2019

amount and the amount paid. If there is a deductible or if the bills are paid at 100% please let us know.  If the insurance company is entitled to limit reimbursement based on 200% of Medicare or 80 percent of the maximum reimbursable allowance under workers' compensation, please produce a copy of the policy of insurance along with the payment.  We do not accept limitations unless your policy specifically provides for this limitation. It is our contention the charges are reasonable based on what other doctors charge and what other PIP insurers have allowed for these services.  If you have any questions about the bills at issue please compare the attached ledger to your explanation of benefits and please note we dispute each and every reduction and nonpayment.

Section 627.736(10) of the Florida Statutes requires that if payment of the overdue amount is made within thirty (30) business days of receipt of this letter, said payment must include the applicable interest and a ten (10%) percent penalty of the overdue amount paid, subject to maximum penalty of Two Hundred Fifty dollars (250). Failure to pay within the allowed period will result in the immediate institution of a civil suit for the damages, attorney's fees, and costs.

In addition, please provide the undersigned with the following:

1.    An up-to-date PIP payout log for this claim. Said payout log should not be redacted so that my client is able to accurately determine what is in fact due and owing.

2.    A copy of any all independent medical examination reports conducted by a physician after physical examination of the patient, a copy.

3.    A copy of any and all medical examination reports created by a physician without physical examination of the patient.

4.    A copy of any and all peer review medical reports created by a physician and/or billing service or by anyone else without physical examination of the patient.

5.    A copy of any and all reports created by a medical bill review service who has reviewed the billing by my client for this patient/insured.

6.    A copy of any document showing the scheduling and if applicable, missing of an independent medical examination by patient.

7.    A copy of any document showing the scheduling and, if applicable, missing of an examination under oath.

8.    Any document or correspondence detailing why there is no coverage for the patient on the date of loss.

In addition pursuant to Florida law, Florida Statutes 627.736 and 627.736(6)(d). A copy of all the Explanation of Benefits (EOBs) applicable to the above captioned medical provider's claim for the above captioned patient.

06/24/2019

      Failure to comply with these requests will force my client to file a breach of contract lawsuit and/or a declaratory lawsuit to determine what rights and benefits are in effect for my client under the applicable insurance policy.

      I look forward to your prompt response.

Sincerely,

Kenneth B. Schurr, Esq.
KBS/ds

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

GEICO INS
P O BOX 9091

MACON   GA 31208

PICA | | | | PICA

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | (ID#) | 0520268230101028 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
P█████  J█

3. PATIENT'S BIRTH DATE    SEX
1959  X    F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
P█████  J█

5. PATIENT'S ADDRESS (No., Street)
█████████████

6. PATIENT RELATIONSHIP TO INSURED
Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
█████████████

CITY  TAVERNIER    STATE FL
8. RESERVED FOR NUCC USE   X
CITY  TAVERNIER    STATE FL

ZIP CODE 33070   TELEPHONE (Include Area Code) (   )
ZIP CODE 33070   TELEPHONE (Include Area Code) (   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
a. EMPLOYMENT? (Current or Previous)  ☐ YES ☒ NO
a. INSURED'S DATE OF BIRTH  MM DD YY   SEX M ☐ F ☐

b. RESERVED FOR NUCC USE
b. AUTO ACCIDENT? ☒ YES ☐ NO   PLACE (State)
b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE
c. OTHER ACCIDENT? ☐ YES ☒ NO
c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME
10d. CLAIM CODES (Designated by NUCC)
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☐ NO   If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE   I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE   DATE  12.26.17

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  09 16 17  QUAL.
15. OTHER DATE  QUAL.  MM DD YY
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE  STEVE HALEGUA MD
17a. | 17b. NPI
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)
20. OUTSIDE LAB?  ☐ YES ☐ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)   ICD Ind.
A. S134XX   B.   C.   D.
E. S233XX   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11 14 17 | 11 | | 99204 | | S134XX A | 475 00 | 1 | | | NPI |
| 2 | 11 14 17 | 11 | | 95851 | | S134XX A | 100 00 | 1 | | | NPI |
| 3 | 11 14 17 | 11 | | 76140 | | S134XX A | 100 00 | 1 | | | NPI |
| 4 | | | | | | | | | | | NPI |
| 5 | | | | | | | | | | | NPI |
| 6 | | | | | | | | | | | NPI |

25. FEDERAL TAX I.D. NUMBER  650409050  SSN ☐ EIN ☒
26. PATIENT'S ACCOUNT NO.  P01807 1
27. ACCEPT ASSIGNMENT?  ☒ YES ☐ NO
28. TOTAL CHARGE  $ 675 00
29. AMOUNT PAID  $ 0 00
30. Rsvd for NUCC Use  675 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
FEIJOO  MANUEL V MD
ME63009  12.26 17

32. SERVICE FACILITY LOCATION INFORMATION
MANUEL V FEIJOO MD PA
8370 SW 8TH STREET
MIAMI  FL 33144
a. 1811923105  b.

33. BILLING PROVIDER INFO & PH # (   )
MANUEL V FEIJOO MD PA
8370 SW 8 TH STREET
MIAMI  FL 33144
a. 1811923105  b.

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

025479

PLEASE INDICATE ACCOUNT NUMBER WHEN MAKING PAYMENT

06/24/2019



06/24/2019

## Manuel V. Feijoo, M.D. and Manuel V. Feijoo, M.D., P.A.
8370 SW 8 Street - Miami, Florida 33144

### ASSIGNMENT OF INSURANCE BENEFITS, POWER OF ATTORNEY &
### RELEASE OF INFORMATION
Insurer Please Read the Following, in its Entirety, upon Receipt:

I, the undersigned patient/insured knowingly, voluntarily and intentionally assign the benefits of insurance and any overdue interest payments under the No-Fault Policy of Automobile Insurance, also known as Personal Injury Protection (P.I.P.), or Medical Payments policy of insurance from my automobile insurer or the responsible insurer to the above described medical providers (Manuel V. Feijoo, M.D. and Manuel V. Feijoo, M.D., P.A.) for any and all services rendered to the undersigned patient/insured, including the right to bring suit in a court of law for any failure to pay PIP benefits / insurance benefits. The patient understands it is the express intention of the provider to accept this assignment of benefits in lieu of demanding full payment at the time services are rendered. The undersigned assigns any and all claims for statutory bad faith to the above medical providers. If the insurer disputes the validity of this assignment of benefits then the insurer is instructed to notify the provider in writing within five (5) days of receipt of this document. I understand this assignment will remain in full force and effect and will NOT be revoked unless the revocation is agreed to by both the medical providers and the undersigned patient or the patient's attorney. Since I have assigned my PIP benefits to the above-referenced medical provider, any prior reservation of benefits or demand for wage loss benefits is withdrawn. I am instructing the PIP carrier not to reserve any benefits and to pay all bills in the order received. This assignment applies to both past and future medical expenses and is valid even if undated. A photocopy of this assignment is to be considered as valid as the original. The undersigned patient/insured directs the insurer to pay the medical provider directly without including the patient's name on the check.

The insurer is directed by the provider and the patient/insured to not issue any checks or drafts in partial settlement of a claim that contain or are accompanied by language releasing the insurer or its insured/patient from liability unless there has been a prior written settlement agreed to by the medical provider and the insurer as to the amount payable under the insurance policy or contract. The provider hereby objects to any reductions or partial payments made at the discretion of the insurer. Any partial or reduced payment, regardless of the accompanying language, issued by the insurer and deposited by the provider shall be done so under protest, at the risk of the insurer, and the deposit shall not be deemed a waiver, accord, satisfaction, discharge, or settlement agreement by the provider to accept a reduced amount as payment in full. The insurer is hereby placed on notice that this provider reserves the right to seek the full amount of the bills submitted. Please acknowledge your acceptance of the foregoing terms by issuing a check for the services rendered by these medical providers payable to one or more of the medical provider(s) named herein, and not to the patient / claimant / insured.

In the event the subject medical benefits are disputed by the insurer for any reason, including but not limited to, medical reasonableness and/or necessity, the undersigned patient/insured hereby instructs the insurer to set aside any amount disputed (i.e. to escrow the money) and not pay the disputed amount to anyone, including myself, or any entity until the dispute is resolved. The insurer is instructed to immediately explain in writing to the above provider of any dispute. If the insurer schedules an IME or EUO the insurer is hereby requested and authorized to send a copy of said notification to this provider. The provider is not the agent of the insurer or the patient for any purpose. The undersigned patient/insured agrees to pay any applicable deductible and co-payments for services rendered.

#### Release of Information:

I hereby authorize the above named medical providers to: furnish my insurance company or companies and the patient's attorney with any and all information that may be contained in my medical records; to obtain coverage information telephonically from my insurer; to request a written non-redacted PIP payout sheet from the insurer; and to obtain copies of my medical records, including but not limited to, documents, reports, scans, notes, opinions, X-rays, and MRIs, from any other medical provider or any insurance company. The insurer is directed to keep the patient's medical records private and confidential. The insurer is NOT authorized to provide these medical records to anyone, including but not limited to, third party vendors without the patient's and the provider's prior express written permission.

I certify that I have not been solicited or promised anything in exchange for receiving medical care or that I have received any promises or guarantees from anyone as to the results that may be obtained by any medical treatment.
Caution! Please read before signing. If you do not completely understand this document please ask us to explain it to you. If you sign below we will ████████████████ agree to the terms.

Patient Signature: ████████████████              Date: 11/14/17

Patient Name (please print): ████████████████

025487

06/24/2019



06/24/2019

**The Law Offices of**
# KENNETH B. SCHURR, P.A.
Attorney At Law
2030 S. Douglas Road, Suite 105
Coral Gables, Florida 33134

Telephone (305) 441-9031
Telecopier (786) 221-2720

June 18, 2019

**Via certified mail, return receipt requested**
**7017 1070 0000 9439 3373**

State Farm Insurance Co.
Attn: Chad Miller
P.O. Box 106140
Atlanta, GA 30348

**DEMAND LETTER UNDER FL STATUTE 627.736 (10)**

| RE: | **Claimant:** | S█████ C.█████ |
|-----|---------------|------------------|
|     | **Insured:** | **SAME** |
|     | **Claim Number:** | **591538F74** |
|     | **Policy Number:** | **D22288359B** |
|     | **Date of Loss:** | **September 16, 2017** |

Dear: Mr. Miller:

Please be advised that demand is hereby made for the payment of medical services provided to the above-named patient.  Payment for these services is overdue as of this letter.
**PROVIDER:**  MANUEL V. FEIJOO, M.D. AND MANUEL V. FEIJOO, M.D. P.A.
**DATE OF SERVICE:** November 14, 2017
**CPT CODES:**  see copy of bills attached

| **BILL** | **DEDUCTIBLE** | **CO-PAYMENT** | **PIP PAID** | **DUE** |
|----------|----------------|----------------|--------------|---------|
| $675.00  | UNKNOWN        | UNKNOWN        | UNKNOWN      | $540.00 |

Enclosed please find the requisite itemized statement or copies of same in the form of Health Care Finance Administration 1500 form or UB 92 forms previously submitted and specifying each exact amount, the date of treatment, service, or accommodation, and the type of benefit claimed to be due.  To the extent that this demand involves an insurer's withdrawal of payment for future treatment not yet rendered, attached please find a copy of your notice withdrawing such payment and an itemized statement of the type, frequency, and duration of future treatment claimed to be reasonable and medically necessary.  Also, enclosed please find a copy of the assignment of benefits executed by the patient. Pursuant to Florida Statute, demand is also hereby made for reimbursement of the postage costs totaling $      . Make checks payable as follows: Medical Benefits to the provider: **Manuel V. Feijoo, M.D., and Manuel V. Feijoo, M.D., P.A.;** and interest, postage and penalty to the **Law Offices of Kenneth B. Schurr, P.A.**

If there is additional coverage then we demand 100% of the difference between the billed

06/24/2019

amount and the amount paid. If there is a deductible or if the bills are paid at 100% please let us know.   If the insurance company is entitled to limit reimbursement based on 200% of Medicare or 80 percent of the maximum reimbursable allowance under workers' compensation, please produce a copy of the policy of insurance along with the payment.  We do not accept limitations unless your policy specifically provides for this limitation. It is our contention the charges are reasonable based on what other doctors charge and what other PIP insurers have allowed for these services.  If you have any questions about the bills at issue please compare the attached ledger to your explanation of benefits and please note we dispute each and every reduction and nonpayment.

Section 627.736(10) of the Florida Statutes requires that if payment of the overdue amount is made within thirty (30) business days of receipt of this letter, said payment must include the applicable interest and a ten (10%) percent penalty of the overdue amount paid, subject to maximum penalty of Two Hundred Fifty dollars (250). Failure to pay within the allowed period will result in the immediate institution of a civil suit for the damages, attorney's fees, and costs.

In addition, please provide the undersigned with the following:

1.    An up-to-date PIP payout log for this claim. Said payout log should not be redacted so that my client is able to accurately determine what is in fact due and owing.

2.    A copy of any all independent medical examination reports conducted by a physician after physical examination of the patient, a copy.

3.    A copy of any and all medical examination reports created by a physician without physical examination of the patient.

4.    A copy of any and all peer review medical reports created by a physician and/or billing service or by anyone else without physical examination of the patient.

5.    A copy of any and all reports created by a medical bill review service who has reviewed the billing by my client for this patient/insured.

6.    A copy of any document showing the scheduling and if applicable, missing of an independent medical examination by patient.

7.    A copy of any document showing the scheduling and, if applicable, missing of an examination under oath.

8.    Any document or correspondence detailing why there is no coverage for the patient on the date of loss.

In addition pursuant to Florida law, Florida Statutes 627.736 and 627.736(6)(d). A copy of all the Explanation of Benefits (EOBs) applicable to the above captioned medical provider's claim for the above captioned patient.

06/24/2019

   Failure to comply with these requests will force my client to file a breach of contract
lawsuit and/or a declaratory lawsuit to determine what rights and benefits are in effect for my
client under the applicable insurance policy.

   I look forward to your prompt response.

   Sincerely,

Kenneth B. Schurr, Esq.
KBS/ds

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

**STATE FARM INS**
P.O. BOX 106134
ATLANTA, GA 30348

06/24/2019

| | |
|---|---|
| PICA | PICA |

1. MEDICARE ☐ (Medicare#) MEDICAID ☐ (Medicaid#) TRICARE ☐ (ID#/DoD#) CHAMPVA ☐ (Member ID#) GROUP HEALTH PLAN ☐ (ID#) FECA BLK LUNG ☐ (ID#) OTHER ☐ (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): 593538F74

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): C___ S___

3. PATIENT'S BIRTH DATE: __ __ 1961   SEX: M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial): C___ S___

5. PATIENT'S ADDRESS (No., Street): ████

6. PATIENT RELATIONSHIP TO INSURED: Self ☐ Spouse ☒ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street): ████

CITY: TAVERNIER   STATE: FL

8. RESERVED FOR NUCC USE

CITY: TAVERNIER   STATE: FL

ZIP CODE: 33070   TELEPHONE (Include Area Code): ████

ZIP CODE: 33070   TELEPHONE (Include Area Code): ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial):

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous): YES ☐ NO ☒

a. INSURED'S DATE OF BIRTH: __ __ __   SEX: M ☐ F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? YES ☒ NO ☐   PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? YES ☐ NO ☐

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☐ NO ☐  If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED: SIGNATURE ON FILE   DATE: 01 11 18

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP): 09 16 17   QUAL.

15. OTHER DATE: QUAL.   MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION: FROM ___ TO ___

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: MALAVENDA   PAUL MD   17a.   17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES: FROM ___ TO ___

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? YES ☐ NO ☐   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. Relate A-L to service line below (24E)   ICD Ind.

A. S134XX A   B.   C.   D.
E. S233XX A   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11 14 17 | 11 | 1 | 99204 | | S134XX A | 475 00 | 1 | | NPI | |
| 2 | 11 14 17 | 11 | 1 | 95851 | | S134XX A | 100 00 | 1 | | NPI | |
| 3 | 11 14 17 | 11 | 1 | 76140 | | S134XX A | 100 00 | 1 | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 650409050   SSN ☐ EIN ☒

26. PATIENT'S ACCOUNT NO.: C02369 1

27. ACCEPT ASSIGNMENT? YES ☒ NO ☐

28. TOTAL CHARGE: $ 675 00

29. AMOUNT PAID: $ 0 00

30. Rsvd for NUCC Use: 675 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
FEIJOO   MANUEL V MD
SIGNED: M63009   DATE: 01 18 18

32. SERVICE FACILITY LOCATION INFORMATION
MANUEL V FEIJOO MD PA
8370 SW 8TH STREET
MIAMI FL 33144
a. 1811923105   b.

33. BILLING PROVIDER INFO & PH #
MANUEL V FEIJOO MD PA
8370 SW 8 TH STREET
MIAMI FL 33144
a. 1811923105   b.

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

**PLEASE INDICATE ACCOUNT NUMBER WHEN MAKING PAYMENT**



06/24/2019

## Manuel V. Feijoo, M.D. and Manuel V. Feijoo, M.D., P.A.
8370 SW 8 Street - Miami, Florida 35144

ASSIGNMENT OF INSURANCE BENEFITS, POWER OF ATTORNEY &
RELEASE OF INFORMATION
Insurer Please Read the Following, in its Entirety, upon Receipt:

I, the undersigned patient/insured knowingly, voluntarily and intentionally assign the benefits of insurance and any overdue interest payments under the No-Fault Policy of Automobile Insurance, also known as Personal Injury Protection (P.I.P.), or Medical Payments policy of insurance from my automobile insurer or the responsible insurer to the above described medical providers (Manuel V. Feijoo, M.D. and Manuel V. Feijoo, M.D., P.A.) for any and all services rendered to the undersigned patient/insured, including the right to bring suit in a court of law for any failure to pay PIP benefits / insurance benefits. The patient understands it is the express intention of the provider to accept this assignment of benefits in lieu of demanding full payment at the time services are rendered. The undersigned assigns any and all claims for statutory bad faith to the above medical providers. If the insurer disputes the validity of this assignment of benefits then the insurer is instructed to notify the provider in writing within five (5) days of receipt of this document. I understand this assignment will remain in full force and effect and will NOT be revoked unless the revocation is agreed to by both the medical providers and the undersigned patient or the patient's attorney. Since I have assigned my PIP benefits to the above-referenced medical provider, any prior reservation of benefits or demand for wage loss benefits is withdrawn. I am instructing the PIP carrier not to reserve any benefits and to pay all bills in the order received. This assignment applies to both past and future medical expenses and is valid even if undated. A photocopy of this assignment is to be considered as valid as the original. The undersigned patient/insured directs the insurer to pay the medical provider directly without including the patient's name on the check.

The insurer is directed by the provider and the patient/insured to not issue any checks or drafts in partial settlement of a claim that contain or are accompanied by language releasing the insurer or its insured/patient from liability unless there has been a prior written settlement agreed to by the medical provider and the insurer as to the amount payable under the insurance policy or contact. The provider hereby objects to any reductions or partial payments made at the discretion of the insurer. Any partial or reduced payment, regardless of the accompanying language, issued by the insurer and deposited by the provider shall be done so under protest, at the risk of the insurer, and the deposit shall not be deemed a waiver, accord, satisfaction, discharge, or settlement agreement by the provider to accept a reduced amount as payment in full. The insurer is hereby placed on notice that this provider reserves the right to seek the full amount of the bills submitted. Please acknowledge your acceptance of the foregoing terms by issuing a check for the services rendered by these medical providers payable to one or more of the medical provider(s) named herein, and not to the patient / claimant / insured.

In the event the subject medical benefits are disputed by the insurer for any reason, including but not limited to, medical reasonableness and/or necessity, the undersigned patient/insured hereby instructs the insurer to set aside any amount disputed (i.e. to escrow the money) and not pay the disputed amount to anyone, including myself, or any entity until the dispute is resolved. The insurer is instructed to immediately explain in writing to the above provider of any dispute. If the insurer schedules an IME or EUO the insurer is hereby requested and authorized to send a copy of said notification to this provider. The provider is not the agent of the insurer or the patient for any purpose. The undersigned patient/insured agrees to pay any applicable deductible and co-payments for services rendered.

Release of Information:

I hereby authorize the above named medical providers to: furnish my insurance company or companies and the patient's attorney with any and all information that may be contained in my medical records; to obtain coverage information telephonically from my insurer; to request a written non-redacted PIP payout sheet from the insurer; and to obtain copies of my medical records, including but not limited to, documents, reports, scans, notes, opinions, X-rays, and MRIs, from any other medical provider or any insurance company. The insurer is directed to keep the patient's medical records private and confidential. The insurer is NOT authorized to provide these medical records to anyone, including but not limited to, third party vendors without the patient's and the provider's prior express written permission.

I certify that I have not been solicited or promised anything in exchange for receiving medical care or that I have received any promises or guarantees from anyone as to the results that may be obtained by any medical treatment.
Caution! Please read before signing. If you do not completely understand this document please ask us to explain it to you. If you sign below we will assume you understand and agree to the terms.

Patient Signature: ▆▆▆▆▆▆▆            Date: 11/14/17

Patient Name (please print): S ▆▆ C ▆▆ P ▆▆

023831

06/24/2019





06/21/2019

The Law Offices of
# KENNETH B. SCHURR, P.A.
Attorney At Law
2030 S. Douglas Road, Suite 105
Coral Gables, Florida 33134

Telephone (305) 441-9031
Telecopier (786) 221-2720

June 17, 2019

**Via certified mail, return receipt requested**
**7017 1070 0000 9439 3366**

State Farm Insurance Co.
Attn: Paul Robichaux
P.O. Box 106140
Atlanta, GA 30348

<u>**DEMAND LETTER UNDER FL STATUTE 627.736 (10)**</u>

RE:      **Claimant:**      F███ S███

           **Insured:**      **SAME**

           **Claim Number:**      **591950G14**

           **Policy Number:**      **5650367A0169H5**

           **Date of Loss:**      **November 1, 2017**

Dear: Mr. Robichaux:

       Please be advised that demand is hereby made for the payment of medical services provided to the above-named patient.   Payment for these services is overdue as of this letter.
**PROVIDER:**  MANUEL V. FEIJOO, M.D. AND MANUEL V. FEIJOO, M.D. P.A.
**DATE OF SERVICE: November 3, 2017 and November 27, 2017**
**CPT CODES:**  see copy of bills attached

| **BILL** | **DEDUCTIBLE** | **CO-PAYMENT** | **PIP PAID** | **DUE** |
|----------|----------------|----------------|--------------|---------|
| $950.00 | UNKNOWN | UNKNOWN | UNKNOWN | $760.00 |

       Enclosed please find the requisite itemized statement or copies of same in the form of Health Care Finance Administration 1500 form or UB 92 forms previously submitted and specifying each exact amount, the date of treatment, service, or accommodation, and the type of benefit claimed to be due. To the extent that this demand involves an insurer's withdrawal of payment for future treatment not yet rendered, attached please find a copy of your notice withdrawing such payment and an itemized statement of the type, frequency, and duration of future treatment claimed to be reasonable and medically necessary. Also, enclosed please find a copy of the assignment of benefits executed by the patient. Pursuant to Florida Statute, demand is also hereby made for reimbursement of the postage costs totaling $    . Make checks payable as follows: Medical Benefits to the provider: **Manuel V. Feijoo, M.D., and Manuel V. Feijoo, M.D., P.A.**; and interest, postage and penalty to the **Law Offices of Kenneth B. Schurr, P.A.**

       If there is additional coverage then we demand 100% of the difference between the billed

amount and the amount paid. If there is a deductible or if the bills are paid at 100% please let us know.  If the insurance company is entitled to limit reimbursement based on 200% of Medicare or 80 percent of the maximum reimbursable allowance under workers' compensation, please produce a copy of the policy of insurance along with the payment.  We do not accept limitations unless your policy specifically provides for this limitation. It is our contention the charges are reasonable based on what other doctors charge and what other PIP insurers have allowed for these services.  If you have any questions about the bills at issue please compare the attached ledger to your explanation of benefits and please note we dispute each and every reduction and nonpayment.

Section 627.736(10) of the Florida Statutes requires that if payment of the overdue amount is made within thirty (30) business days of receipt of this letter, said payment must include the applicable interest and a ten (10%) percent penalty of the overdue amount paid, subject to maximum penalty of Two Hundred Fifty dollars (250). Failure to pay within the allowed period will result in the immediate institution of a civil suit for the damages, attorney's fees, and costs.

In addition, please provide the undersigned with the following:

1. An up-to-date PIP payout log for this claim. Said payout log should not be redacted so that my client is able to accurately determine what is in fact due and owing.

2. A copy of any all independent medical examination reports conducted by a physician after physical examination of the patient, a copy.

3. A copy of any and all medical examination reports created by a physician without physical examination of the patient.

4. A copy of any and all peer review medical reports created by a physician and/or billing service or by anyone else without physical examination of the patient.

5. A copy of any and all reports created by a medical bill review service who has reviewed the billing by my client for this patient/insured.

6. A copy of any document showing the scheduling and if applicable, missing of an independent medical examination by patient.

7. A copy of any document showing the scheduling and, if applicable, missing of an examination under oath.

8. Any document or correspondence detailing why there is no coverage for the patient on the date of loss.

In addition pursuant to Florida law, Florida Statutes 627.736 and 627.736(6)(d). A copy of all the Explanation of Benefits (EOBs) applicable to the above captioned medical provider's claim for the above captioned patient.

Failure to comply with these requests will force my client to file a breach of contract lawsuit and/or a declaratory lawsuit to determine what rights and benefits are in effect for my client under the applicable insurance policy.

I look forward to your prompt response.

Sincerely,

Kenneth B. Schurr, Esq.
KBS/ds

06/21/2019





**STATE FARM INS**
**P O  BOX 106134**



**ATLANTA  GA 30348**

06/21/2019

CARRIER ►

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | PICA | | | | | | | | | PICA | |

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | (ID#) | 591950G14 | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE MM DD YY | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| S▮ F▮ | 1943 | F ☒ M | S▮ F▮ |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| | Self ☒ Spouse Child Other | |

| CITY | STATE | 8. RESERVED FOR NUCC USE | CITY | STATE |
|---|---|---|---|---|
| MIAMI | FL | X | MIAMI | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|
| 33135 | ( ) | 33135 | ( ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | 5650367A0169H5 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) | a. INSURED'S DATE OF BIRTH MM DD YY | SEX |
|---|---|---|---|
| | YES ☒ NO | | M F |

| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? | PLACE (State) | b. OTHER CLAIM ID (Designated by NUCC) |
|---|---|---|---|
| | ☒ YES NO | | |

| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES ☒ NO | |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | YES NO *If yes, complete items 9, 9a, and 9d.* |

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED ―SIGNATURE ON FILE―  DATE 12-26-17

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY | 15. OTHER DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY |
|---|---|---|
| 11 01 17 QUAL. | QUAL. | FROM TO |

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY |
|---|---|---|
| FIRST AA MEDICAL REH | 17b. NPI | FROM TO |

| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | 20. OUTSIDE LAB? | $ CHARGES |
|---|---|---|
| | YES NO | |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) | ICD Ind. | 22. RESUBMISSION CODE | ORIGINAL REF. NO. |
|---|---|---|---|
| A. M48 34 B. C. D. | | | |
| E. S9001XA F. G. H. | | 23. PRIOR AUTHORIZATION NUMBER | |
| I. J. K. L. | | | |

| 24. A. DATE(S) OF SERVICE | | B. PLACE OF SERVICE | C. EMG. | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | | | | | | | |
| 11 03 17 | | 11 | 1 | 99204 | M48 34 | 475 00 | 1 | | NPI | |
| 11 03 17 | | 11 | 1 | 95851 | M48 34 | 100 00 | 1 | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|---|
| 650409050 | ☒ | S01556 1 | ☒ YES NO | $ 575 00 | $ 0 00 | 575 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH # |
|---|---|---|
| FEIJOO MANUEL V MD | MANUEL V FEIJOO MD PA | MANUEL V FEIJOO MD PA |
| | 8370 SW 8TH STREET | 8370 SW 8 TH STREET |
| SIGNED M63009 DATE 12 26 17 | MIAMI FL 33144 | MIAMI FL 33144 |
| | a. 1811923105 b. | a. 1811923105 b. |

**PLEASE INDICATE ACCOUNT NUMBER WHEN MAKING PAYMENT**

015917

◄ PATIENT AND INSURED INFORMATION ────── PHYSICIAN OR SUPPLIER INFORMATION ►



# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

STATE FARM INS
P O  BOX 106134

ATLANTA  GA 30348

06/21/2019

← CARRIER →

| | | PICA | | | | | | | | | | | | | | PICA | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | (ID#) | 591950G14 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
S█ █F█

3. PATIENT'S BIRTH DATE  ██ 1949  SEX  F  X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
S█ █F█

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self X  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)

CITY  MIAMI   STATE FL

8. RESERVED FOR NUCC USE   X

CITY  MIAMI   STATE FL

ZIP CODE 33135   TELEPHONE (Include Area Code) (

ZIP CODE 33135   TELEPHONE (Include Area Code) (

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
5650367A0169H5

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES  X NO

a. INSURED'S DATE OF BIRTH  MM DD YY   SEX  M  F

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  X YES  NO   PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  YES  NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES  NO  If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED __SIGNATURE ON FILE__   DATE __12 26 17__

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED __SIGNATURE ON FILE__

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM DD YY  11 01 17  QUAL.

15. OTHER DATE  QUAL.  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  MM DD YY  FROM   TO  MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
FIRST AA MEDICAL REH

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  MM DD YY  FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES  NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind.

A. S134XX D   B.   C.   D.
E. S335XX D   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 11 27 17 | 11 | 1 | 99214 | S134XX D | 275 00 | 1 | | | NPI |
| 2 | 11 27 17 | 11 | 1 | 95851 | S134XX D | 100 00 | 1 | | | NPI |
| 3 | | | | | | | | | | NPI |
| 4 | | | | | | | | | | NPI |
| 5 | | | | | | | | | | NPI |
| 6 | | | | | | | | | | NPI |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
650409050   X

26. PATIENT'S ACCOUNT NO.
S01556 1

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
X YES  NO

28. TOTAL CHARGE
$ 375 00

29. AMOUNT PAID
$ 0 00

30. Rsvd for NUCC Use
375 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

FEIJOO  MANUEL V MD
SIGNED ME63009  DATE 12 26 17

32. SERVICE FACILITY LOCATION INFORMATION
MANUEL V FEIJOO MD PA
8370 SW 8TH STREET
MIAMI  FL 33144
a. 1811923105   b.

33. BILLING PROVIDER INFO & PH #
MANUEL V  FEIJOO MD PA
8370 SW 8 TH STREET
MIAMI  FL 33144
a. 1811923105   b.

NUCC Instruction Manual available at: www.nucc.org   **PLEASE PRINT OR TYPE**   APPROVED OMB-0938-1197 FORM 1500 (02-12)

015919

PLEASE INDICATE ACCOUNT NUMBER WHEN MAKING PAYMENT

06/21/2019

## Manuel V. Feijoo, M.D. and Manuel V. Feijoo, M.D., P.A.
8370 SW 8 Street - Miami, Florida 33144

### ASSIGNMENT OF INSURANCE BENEFITS, POWER OF ATTORNEY & RELEASE OF INFORMATION
Insurer Please Read the Following, in its Entirety, upon Receipt:

I, the undersigned patient/insured knowingly, voluntarily and intentionally assign the benefits of insurance and any overdue interest payments under the No-Fault Policy of Automobile Insurance, also known as Personal Injury Protection (P.I.P.), or Medical Payments policy of insurance from my automobile insurer or the responsible insurer to the above described medical providers (Manuel V. Feijoo, M.D. and Manuel V. Feijoo, M.D., P.A.) for any and all services rendered to the undersigned patient/insured, including the right to bring suit in a court of law for any failure to pay PIP benefits / insurance benefits. The patient understands it is the express intention of the provider to accept this assignment of benefits in lieu of demanding full payment at the time services are rendered. The undersigned assigns any and all claims for statutory bad faith to the above medical providers. If the insurer disputes the validity of this assignment of benefits then the insurer is instructed to notify the provider in writing within five (5) days of receipt of this document. I understand this assignment will remain in full force and effect and will NOT be revoked unless the revocation is agreed to by both the medical providers and the undersigned patient or the patient's attorney. Since I have assigned my PIP benefits to the above-referenced medical provider, any prior reservation of benefits or demand for wage loss benefits is withdrawn. I am instructing the PIP carrier not to reserve any benefits and to pay all bills in the order received. This assignment applies to both past and future medical expenses and is valid even if undated. A photocopy of this assignment is to be considered as valid as the original. The undersigned patient/insured directs the insurer to pay the medical provider directly without including the patient's name on the check.

The insurer is directed by the provider and the patient/insured to not issue any checks or drafts in partial settlement of a claim that contain or are accompanied by language releasing the insurer or its insured/patient from liability unless there has been a prior written settlement agreed to by the medical provider and the insurer as to the amount payable under the insurance policy or contact. The provider hereby objects to any reductions or partial payments made at the discretion of the Insurer. Any partial or reduced payment, regardless of the accompanying language, issued by the insurer and deposited by the provider shall be done so under protest, at the risk of the insurer, and the deposit shall not be deemed a waiver, accord, satisfaction, discharge, or settlement agreement by the provider to accept a reduced amount as payment in full. The insurer is hereby placed on notice that this provider reserves the right to seek the full amount of the bills submitted. Please acknowledge your acceptance of the foregoing terms by issuing a check for the services rendered by these medical providers payable to one or more of the medical provider(s) named herein, and not to the patient / claimant / insured.

In the event the subject medical benefits are disputed by the insurer for any reason, including but not limited to, medical reasonableness and/or necessity, the undersigned patient/insured hereby instructs the insurer to set aside any amount disputed (i.e to escrow the money) and not pay the disputed amount to anyone, including myself, or any entity until the dispute is resolved. The insurer is instructed to immediately explain in writing to the above provider of any dispute. If the insurer schedules an IME or EUO the insurer is hereby requested and authorized to send a copy of said notification to this provider. The provider is not the agent of the insurer or the patient for any purpose. The undersigned patient/insured agrees to pay any applicable deductible and co-payments for services rendered.

#### Release of Information:

I hereby authorize the above named medical providers to: furnish my insurance company or companies and the patient's attorney with any and all information that may be contained in my medical records; to obtain coverage information telephonically from my insurer; to request a written non-redacted PIP payout sheet from the insurer; and to obtain copies of my medical records, including but not limited to, documents, reports, scans, notes, opinions, X-rays, and MRIs, from any other medical provider or any insurance company. The insurer is directed to keep the patient's medical records private and confidential. The insurer is NOT authorized to provide these medical records to anyone, including but not limited to, third party vendors without the patient's and the provider's prior express written permission.

I certify that I have not been solicited or promised anything in exchange for receiving medical care or that I have received any promises or guarantees from anyone as to the results that may be obtained by any medical treatment.
Caution! Please read before signing. If you do not completely understand this document please ask us to explain it to you. If you sign below we will assume you understand and agree to the terms.

Patient Signature ▮▮▮▮▮▮▮▮▮▮▮▮    Date: 11|3|17

Patient Name (please print) ▮▮▮▮▮▮▮▮

06/21/2019



CERTIFIED MAIL

7017 1070 0000 9439 3366

$12.30
US POSTAGE
PRIORITY
FROM 33156
JUN 17 2019
stamps

**KENNETH B. SCHURR, P.A.**
Attorney At Law
2030 S. Douglas Road, Suite 105
Coral Gables, Florida 33134

State Farm Insurance Company
Attn: Chad Miller
P.O. Box 106134
Atlanta GA 30348-6134

06/24/2019

The Law Offices of
# KENNETH B. SCHURR, P.A.
Attorney At Law
2030 S. Douglas Road, Suite 105
Coral Gables, Florida 33134

Telephone (305) 441-9031
Telecopier (786) 221-2720

June 18, 2019

**Via certified mail, return receipt requested**
**7017 1070 0000 9439 3373**

State Farm Insurance Co.
Attn: Chad Miller
P.O. Box 106140
Atlanta, GA 30348

<u>**DEMAND LETTER UNDER FL STATUTE 627.736 (10)**</u>

| | | |
|---|---|---|
| RE: | **Claimant:** | R█████G█████ |
| | **Insured:** | **SAME** |
| | **Claim Number:** | **592191D27** |
| | **Policy Number:** | **E660968B15594** |
| | **Date of Loss:** | **November 19, 2017** |

Dear: Mr. Miller:

Please be advised that demand is hereby made for the payment of medical services provided to the above-named patient. Payment for these services is overdue as of this letter.
**PROVIDER:** <u>MANUEL V. FEIJOO, M.D. AND MANUEL V. FEIJOO, M.D. P.A.</u>
<u>**DATE OF SERVICE: November 21, 2017**</u>
<u>**CPT CODES:**</u> see copy of bills attached

| <u>**BILL**</u> | <u>**DEDUCTIBLE**</u> | <u>**CO-PAYMENT**</u> | <u>**PIP PAID**</u> | <u>**DUE**</u> |
|---|---|---|---|---|
| $575.00 | UNKNOWN | UNKNOWN | UNKNOWN | $460.00 |

Enclosed please find the requisite itemized statement or copies of same in the form of Health Care Finance Administration 1500 form or UB 92 forms previously submitted and specifying each exact amount, the date of treatment, service, or accommodation, and the type of benefit claimed to be due. To the extent that this demand involves an insurer's withdrawal of payment for future treatment not yet rendered, attached please find a copy of your notice withdrawing such payment and an itemized statement of the type, frequency, and duration of future treatment claimed to be reasonable and medically necessary. Also, enclosed please find a copy of the assignment of benefits executed by the patient. Pursuant to Florida Statute, demand is also hereby made for reimbursement of the postage costs totaling $    . Make checks payable as follows: Medical Benefits to the provider: **Manuel V. Feijoo, M.D., and Manuel V. Feijoo, M.D., P.A.**; and interest, postage and penalty to the **Law Offices of Kenneth B. Schurr, P.A.**

If there is additional coverage then we demand 100% of the difference between the billed

06/24/2019

amount and the amount paid. If there is a deductible or if the bills are paid at 100% please let us know.  If the insurance company is entitled to limit reimbursement based on 200% of Medicare or 80 percent of the maximum reimbursable allowance under workers' compensation, please produce a copy of the policy of insurance along with the payment.  We do not accept limitations unless your policy specifically provides for this limitation. It is our contention the charges are reasonable based on what other doctors charge and what other PIP insurers have allowed for these services.  If you have any questions about the bills at issue please compare the attached ledger to your explanation of benefits and please note we dispute each and every reduction and nonpayment.

Section 627.736(10) of the Florida Statutes requires that if payment of the overdue amount is made within thirty (30) business days of receipt of this letter, said payment must include the applicable interest and a ten (10%) percent penalty of the overdue amount paid, subject to maximum penalty of Two Hundred Fifty dollars (250). Failure to pay within the allowed period will result in the immediate institution of a civil suit for the damages, attorney's fees, and costs.

In addition, please provide the undersigned with the following:

1.    An up-to-date PIP payout log for this claim. Said payout log should not be redacted so that my client is able to accurately determine what is in fact due and owing.

2.    A copy of any all independent medical examination reports conducted by a physician after physical examination of the patient, a copy.

3.    A copy of any and all medical examination reports created by a physician without physical examination of the patient.

4.    A copy of any and all peer review medical reports created by a physician and/or billing service or by anyone else without physical examination of the patient.

5.    A copy of any and all reports created by a medical bill review service who has reviewed the billing by my client for this patient/insured.

6.    A copy of any document showing the scheduling and if applicable, missing of an independent medical examination by patient.

7.    A copy of any document showing the scheduling and, if applicable, missing of an examination under oath.

8.    Any document or correspondence detailing why there is no coverage for the patient on the date of loss.

In addition pursuant to Florida law, Florida Statutes 627.736 and 627.736(6)(d). A copy of all the Explanation of Benefits (EOBs) applicable to the above captioned medical provider's claim for the above captioned patient.

06/24/2019

Failure to comply with these requests will force my client to file a breach of contract lawsuit and/or a declaratory lawsuit to determine what rights and benefits are in effect for my client under the applicable insurance policy.

I look forward to your prompt response.

Sincerely,

Kenneth B. Schurr, Esq.
KBS/ds

06/24/2019

CARRIER

STATE FARM INS
P O BOX 106134
ATLANTA  GA 30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

☐ PICA | PICA ☐

| 1. MEDICARE ☐ (Medicare#) | MEDICAID ☐ (Medicaid#) | TRICARE ☐ (ID#/DoD#) | CHAMPVA ☐ (Member ID#) | GROUP HEALTH PLAN ☐ (ID#) | FECA BLK LUNG ☐ (ID#) | OTHER ☐ (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|

592191D27

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE  SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|

G████ R████ | ██ 1996 ██ M☐ F☒ | G████ R████

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|

9700 SW 165TERR | Self ☒ Spouse ☐ Child ☐ Other ☐ | ████████

CITY: MIAMI  STATE FL | 8. RESERVED FOR NUCC USE  X | CITY: MIAMI  STATE FL

ZIP CODE 33157  TELEPHONE (Include Area Code) ( ) | | ZIP CODE 33157  TELEPHONE (Include Area Code) ( )

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|

E660968B15594

a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) YES ☐ NO ☒ | a. INSURED'S DATE OF BIRTH  MM DD YY  SEX M☐ F☐

b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? YES ☒ NO ☐  PLACE (State) | b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? YES ☐ NO ☒ | c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☐ NO ☐  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE  DATE  01 11 18

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 11 19 17  QUAL. | 15. OTHER DATE  QUAL.  MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM  TO |
|---|---|---|

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE  CLINIKA | 17a. ___ 17b. NPI ___ | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM  TO |
|---|---|---|

| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | | 20. OUTSIDE LAB? YES ☐ NO ☐  $ CHARGES |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)  ICD Ind. |

A. S8002XA  B. ___  C. ___  D. ___
E. ___  F. ___  G. ___  H. ___
I. ___  J. ___  K. ___  L. ___

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From / To  MM DD YY  MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances)  CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 11 21 17 | 11 | 1 | 99204 | S8002XA | 475 00 | 1 | | NPI | |
| 2 | 11 21 17 | 11 | 1 | 95851 | S8002XA | 100 00 | 1 | | NPI | |
| 3 | | | | | | | | | NPI | |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN  650409050 ☐ ☒ | 26. PATIENT'S ACCOUNT NO.  G02210 1 | 27. ACCEPT ASSIGNMENT? YES ☒ NO ☐ | 28. TOTAL CHARGE $ 575 00 | 29. AMOUNT PAID $ 0 00 | 30. Rsvd for NUCC Use 575 00 |
|---|---|---|---|---|---|

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

FEIJOO  MANUEL V MD
SIGNED M563009  DATE 01 18 18

32. SERVICE FACILITY LOCATION INFORMATION
MANUEL V FEIJOO MD PA
8370 SW 8TH STREET
MIAMI  FL 33144
a. 1811923105  b.

33. BILLING PROVIDER INFO & PH # ( )
MANUEL V  FEIJOO MD PA
8370 SW 8 TH STREET
MIAMI  FL 33144
a. 1811923105  b.

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE  APPROVED OMB-0938-1197 FORM 1500 (02-12)
017477

PLEASE INDICATE ACCOUNT NUMBER WHEN MAKING PAYMENT

06/24/2019

## Manuel V. Feijoo, M.D. and Manuel V. Feijoo, M.D., P.A.
8370 SW 8 Street - Miami, Florida 33144

### ASSIGNMENT OF INSURANCE BENEFITS, POWER OF ATTORNEY & RELEASE OF INFORMATION
Insurer Please Read the Following, in its Entirety, upon Receipt:

I, the undersigned patient/insured knowingly, voluntarily and intentionally assign the benefits of insurance and any overdue interest payments under the No-Fault Policy of Automobile Insurance, also known as Personal Injury Protection (P.I.P.), or Medical Payments policy of insurance from my automobile insurer or the responsible insurer to the above described medical providers (Manuel V. Feijoo, M.D. and Manuel V. Feijoo, M.D., P.A.) for any and all services rendered to the undersigned patient/insured, including the right to bring suit in a court of law for any failure to pay PIP benefits / insurance benefits. The patient understands it is the express intention of the provider to accept this assignment of benefits in lieu of demanding full payment at the time services are rendered. The undersigned assigns any and all claims for statutory bad faith to the above medical providers. If the insurer disputes the validity of this assignment of benefits then the insurer is instructed to notify the provider in writing within five (5) days of receipt of this document. I understand this assignment will remain in full force and effect and will NOT be revoked unless the revocation is agreed to by both the medical providers and the undersigned patient or the patient's attorney. Since I have assigned my PIP benefits to the above-referenced medical provider, any prior reservation of benefits or demand for wage loss benefits is withdrawn. I am instructing the PIP carrier not to reserve any benefits and to pay all bills in the order received. This assignment applies to both past and future medical expenses and is valid even if undated. A photocopy of this assignment is to be considered as valid as the original. The undersigned patient/insured directs the insurer to pay the medical provider directly without including the patient's name on the check.

The insurer is directed by the provider and the patient/insured to not issue any checks or drafts in partial settlement of a claim that contain or are accompanied by language releasing the insurer or its insured/patient from liability unless there has been a prior written settlement agreed to by the medical provider and the insurer as to the amount payable under the insurance policy or contact. The provider hereby objects to any reductions or partial payments made at the discretion of the insurer. Any partial or reduced payment, regardless of the accompanying language, issued by the insurer and deposited by the provider shall be done so under protest, at the risk of the insurer, and the deposit shall not be deemed a waiver, accord, satisfaction, discharge, or settlement agreement by the provider to accept a reduced amount as payment in full. The insurer is hereby placed on notice that this provider reserves the right to seek the full amount of the bills submitted. Please acknowledge your acceptance of the foregoing terms by issuing a check for the services rendered by these medical providers payable to one or more of the medical provider(s) named herein, and not to the patient / claimant / insured.

In the event the subject medical benefits are disputed by the insurer for any reason, including but not limited to, medical reasonableness and/or necessity, the undersigned patient/insured hereby instructs the insurer to set aside any amount disputed (i.e. to escrow the money) and not pay the disputed amount to anyone, including myself, or any entity until the dispute is resolved. The insurer is instructed to immediately explain in writing to the above provider of any dispute. If the insurer schedules an IME or EUO the insurer is hereby requested and authorized to send a copy of said notification to this provider. The provider is not the agent of the insurer or the patient for any purpose. The undersigned patient/insured agrees to pay any applicable deductible and co-payments for services rendered.

### Release of Information:

I hereby authorize the above named medical providers to: furnish my insurance company or companies and the patient's attorney with any and all information that may be contained in my medical records; to obtain coverage information telephonically from my insurer; to request a written non-redacted PIP payout sheet from the insurer; and to obtain copies of my medical records, including but not limited to, documents, reports, scans, notes, opinions, X-rays, and MRIs, from any other medical provider or any insurance company. The insurer is directed to keep the patient's medical records private and confidential. The insurer is NOT authorized to provide these medical records to anyone, including but not limited to, third party vendors without the patient's and the provider's prior express written permission.

I certify that I have not been solicited or promised anything in exchange for receiving medical care or that I have received any promises or guarantees from anyone as to the results that may be obtained by any medical treatment.
Caution! Please read before signing. If you do not completely understand this document please ask us to explain it to you. If you sign below we will assume you understand and agree to the terms.

Patient Signature X ██████

Date: 1|2|17

Patient Name (please print) ██████

017476

06/24/2019



06/21/2019

The Law Offices of
## KENNETH B. SCHURR, P.A.
Attorney At Law
2030 S. Douglas Road, Suite 105
Coral Gables, Florida 33134

Telephone (305) 441-9031
Telecopier (786) 221-2720

June 17, 2019

**Via certified mail, return receipt requested**
**7017 1070 0000 9439 3366**

State Farm Insurance Co.
Attn: Paul Robichaux
P.O. Box 106140
Atlanta, GA 30348

### DEMAND LETTER UNDER FL STATUTE 627.736 (10)

|  | |  |
|---|---|---|
| RE: | **Claimant:** | D█████ G█████ |
| | **Insured:** | **SAME** |
| | **Claim Number:** | 592952M64 |
| | **Policy Number:** | 942435659G |
| | **Date of Loss:** | **January 8, 2018** |

Dear: Mr. Robichaux:

Please be advised that demand is hereby made for the payment of medical services provided to the above-named patient. Payment for these services is overdue as of this letter.
**PROVIDER:** MANUEL V. FEIJOO, M.D. AND MANUEL V. FEIJOO, M.D. P.A.
**DATE OF SERVICE: May 25, 2018 and June 5, 2018**
CPT CODES: see copy of bills attached

| BILL | DEDUCTIBLE | CO-PAYMENT | PIP PAID | DUE |
|---|---|---|---|---|
| $1,100.00 | UNKNOWN | UNKNOWN | $641.80 | $238.20 |

Enclosed please find the requisite itemized statement or copies of same in the form of Health Care Finance Administration 1500 form or UB 92 forms previously submitted and specifying each exact amount, the date of treatment, service, or accommodation, and the type of benefit claimed to be due. To the extent that this demand involves an insurer's withdrawal of payment for future treatment not yet rendered, attached please find a copy of your notice withdrawing such payment and an itemized statement of the type, frequency, and duration of future treatment claimed to be reasonable and medically necessary. Also, enclosed please find a copy of the assignment of benefits executed by the patient. Pursuant to Florida Statute, demand is also hereby made for reimbursement of the postage costs totaling $    . Make checks payable as follows: Medical Benefits to the provider: **Manuel V. Feijoo, M.D., and Manuel V. Feijoo, M.D., P.A.**; and interest, postage and penalty to the **Law Offices of Kenneth B. Schurr, P.A.**

If there is additional coverage then we demand 100% of the difference between the billed

amount and the amount paid. If there is a deductible or if the bills are paid at 100% please let us know.   If the insurance company is entitled to limit reimbursement based on 200% of Medicare or 80 percent of the maximum reimbursable allowance under workers' compensation, please produce a copy of the policy of insurance along with the payment.  We do not accept limitations unless your policy specifically provides for this limitation. It is our contention the charges are reasonable based on what other doctors charge and what other PIP insurers have allowed for these services.  If you have any questions about the bills at issue please compare the attached ledger to your explanation of benefits and please note we dispute each and every reduction and nonpayment.

Section 627.736(10) of the Florida Statutes requires that if payment of the overdue amount is made within thirty (30) business days of receipt of this letter, said payment must include the applicable interest and a ten (10%) percent penalty of the overdue amount paid, subject to maximum penalty of Two Hundred Fifty dollars (250). Failure to pay within the allowed period will result in the immediate institution of a civil suit for the damages, attorney's fees, and costs.

In addition, please provide the undersigned with the following:

1.   An up-to-date PIP payout log for this claim. Said payout log should not be redacted so that my client is able to accurately determine what is in fact due and owing.

2.   A copy of any all independent medical examination reports conducted by a physician after physical examination of the patient, a copy.

3.   A copy of any and all medical examination reports created by a physician without physical examination of the patient.

4.   A copy of any and all peer review medical reports created by a physician and/or billing service or by anyone else without physical examination of the patient.

5.   A copy of any and all reports created by a medical bill review service who has reviewed the billing by my client for this patient/insured.

6.   A copy of any document showing the scheduling and if applicable, missing of an independent medical examination by patient.

7.   A copy of any document showing the scheduling and, if applicable, missing of an examination under oath.

8.   Any document or correspondence detailing why there is no coverage for the patient on the date of loss.

In addition pursuant to Florida law, Florida Statutes 627.736 and 627.736(6)(d). A copy of all the Explanation of Benefits (EOBs) applicable to the above captioned medical provider's claim for the above captioned patient.

Failure to comply with these requests will force my client to file a breach of contract lawsuit and/or a declaratory lawsuit to determine what rights and benefits are in effect for my client under the applicable insurance policy.

I look forward to your prompt response.

Sincerely,

Kenneth B. Schurr, Esq.
KBS/ds

STATE FARM INS
P O  BOX 106134

ATLANTA  GA 30348

06/21/2019

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| PICA | | PICA |
|---|---|---|

**1.** MEDICARE ☐ (Medicare#)　MEDICAID ☐ (Medicaid#)　TRICARE ☐ (ID#/DoD#)　CHAMPVA ☐ (Member ID#)　GROUP HEALTH PLAN ☐ (ID#)　FECA BLK LUNG ☐ (ID#)　OTHER ☐ (ID#)

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)
592952M64

**2.** PATIENT'S NAME (Last Name, First Name, Middle Initial)
G███████  D█████

**3.** PATIENT'S BIRTH DATE  MM DD YY ████ 195█  SEX M ☐ F ☒

**4.** INSURED'S NAME (Last Name, First Name, Middle Initial)
G███████  D█████

**5.** PATIENT'S ADDRESS (No., Street)
███████████████

**6.** PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

**7.** INSURED'S ADDRESS (No., Street)
███████████████

CITY  PEMBROKE PINES  STATE FL

**8.** RESERVED FOR NUCC USE  X

CITY  PEMBROKE PINES  STATE FL

ZIP CODE  33025  TELEPHONE (Include Area Code)  ( ███ )

ZIP CODE  33025  TELEPHONE (Include Area Code)  ( ███ )

**9.** OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

**10.** IS PATIENT'S CONDITION RELATED TO:

**11.** INSURED'S POLICY GROUP OR FECA NUMBER
942435659G

**a.** OTHER INSURED'S POLICY OR GROUP NUMBER

**a.** EMPLOYMENT? (Current or Previous)  ☐ YES  ☒ NO

**a.** INSURED'S DATE OF BIRTH  MM DD YY  SEX M ☐ F ☐

**b.** RESERVED FOR NUCC USE

**b.** AUTO ACCIDENT?  ☒ YES  ☐ NO  PLACE (State)

**b.** OTHER CLAIM ID (Designated by NUCC)

**c.** RESERVED FOR NUCC USE

**c.** OTHER ACCIDENT?  ☐ YES  ☐ NO

**c.** INSURANCE PLAN NAME OR PROGRAM NAME

**d.** INSURANCE PLAN NAME OR PROGRAM NAME
DANAY ACEVEDO PA

**10d.** CLAIM CODES (Designated by NUCC)

**d.** IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES  ☐ NO  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

**12.** PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE  DATE  07 02 18

**13.** INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

**14.** DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM DD YY  01 08 18  QUAL.

**15.** OTHER DATE  QUAL.  MM DD YY

**16.** DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  MM DD YY  FROM  TO

**17.** NAME OF REFERRING PROVIDER OR OTHER SOURCE
DORAL MEDICAL REHAB

17a.
17b. NPI

**18.** HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  MM DD YY  FROM  TO

**19.** ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

**20.** OUTSIDE LAB?  ☐ YES  ☐ NO  $ CHARGES

**21.** DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)  ICD Ind.

A. M48 34  B.  C.  D.
E. M54 16  F.  G.  H.
I.  J.  K.  L.

**22.** RESUBMISSION CODE  ORIGINAL REF. NO.

**23.** PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 25 18 | | 11 | 1 | 99204 | | M48 34 | 475 00 | 1 | | NPI |
| 2 | 05 25 18 | | 11 | 1 | 95851 | | M48 34 | 100 00 | 1 | | NPI |
| 3 | | | | | | | | | | | NPI |
| 4 | | | | | | | | | | | NPI |
| 5 | | | | | | | | | | | NPI |
| 6 | | | | | | | | | | | NPI |

**25.** FEDERAL TAX I.D. NUMBER  SSN ☐ EIN ☒
650409050

**26.** PATIENT'S ACCOUNT NO.
G02310 1

**27.** ACCEPT ASSIGNMENT? For govt. claims, see back
☒ YES  ☐ NO

**28.** TOTAL CHARGE  $ 575 00

**29.** AMOUNT PAID  $ 0 00

**30.** Rsvd for NUCC Use  575 00

**31.** SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
FEIJOO  MANUEL V MD
SIGNED  063009  DATE  07 02 18

**32.** SERVICE FACILITY LOCATION INFORMATION
MANUEL V FEIJOO MD PA
8370 SW 8TH STREET
MIAMI  FL 33144
a. 1811923105

**33.** BILLING PROVIDER INFO & PH #
MANUEL V  FEIJOO MD PA
8370 SW 8 TH STREET
MIAMI  FL 33144
a. 1811923105

NUCC Instruction Manual available at: www.nucc.org  **PLEASE PRINT OR TYPE**  APPROVED OMB-0938-1197 FORM 1500 (02-12)

002178

PLEASE  INDICATE  ACCOUNT  NUMBER  WHEN  MAKING  PAYMENT

STATE FARM INS
P O BOX 106134

ATLANTA  GA 30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PICA | | | | | | | | | PICA |

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | (ID#) | 592952M64 | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|---|
| G▮▮▮ D▮ | MM DD YY 1958 | | F ☒ | G▮▮▮ D▮ |

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED: Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY: PEMBROKE PINES  STATE: FL

8. RESERVED FOR NUCC USE: X

CITY: PEMBROKE PINES  STATE: FL

ZIP CODE: 33025  TELEPHONE (Include Area Code)

ZIP CODE: 33025  TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: 942435659G

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  YES ☐  NO ☒

a. INSURED'S DATE OF BIRTH  MM DD YY  SEX M ☐ F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  YES ☒  NO ☐  PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  YES ☐  NO ☐

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME: DANAY ACEVEDO PA

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES ☐  NO ☐  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED: SIGNATURE ON FILE  DATE: 07-02-18

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM DD YY  01 08 18  QUAL.

15. OTHER DATE  QUAL.  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  MM DD YY  FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: DORAL MEDICAL REHAB

17a.  17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  MM DD YY  FROM  TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES ☐  NO ☐  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)  ICD Ind.

A. S134XXD  B.  C.  D.

E.  F.  G.  H.

I. S335XXD  J.  K.  L.

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From | | | To | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM | DD | YY | MM | DD | YY | | | | | | | | | | |
| 06 | 05 | 18 | | | | 11 | 1 | 99215 | | S134XXD | 425 00 | 1 | | NPI | |
| 06 | 05 | 18 | | | | 11 | 1 | 95851 | | S134XXD | 100 00 | 1 | | NPI | |
| 3 | | | | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|---|
| 650409050 | ☒ | G02310 1 | YES ☒  NO ☐ | $ 525 00 | $ 0 00 | 525 00 |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

FEIJOO  MANUEL V MD  MD63009

SIGNED  DATE 07 02 18

32. SERVICE FACILITY LOCATION INFORMATION

MANUEL V FEIJOO MD PA
8370 SW 8TH STREET
MIAMI FL 33144

b. 1811923105

33. BILLING PROVIDER INFO & PH #

MANUEL V FEIJOO MD PA
8370 SW 8 TH STREET
MIAMI FL 33144

a. 1811923105

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE

APPROVED OMB-0938-1197 FORM 1500 (02-12)

002180

PLEASE INDICATE ACCOUNT NUMBER WHEN MAKING PAYMENT

# Manuel V. Feijoo, M.D. & Manuel V. Feijoo, M.D., P.A.

8370 SW 8 Street - Miami, Florida 33144

### ASSIGNMENT OF INSURANCE BENEFITS, POWER OF ATTORNEY & RELEASE OF INFORMATION

I, the undersigned patient/insured knowingly, voluntarily and intentionally assign the benefits of insurance and any overdue interest payments under the No-Fault Policy of Automobile Insurance, also known as Personal Injury Protection (P.I.P.), or Medical Payments policy of insurance from my automobile insurer or the responsible insurer to the above described medical providers (Manuel V. Feijoo, M.D. and Manuel V. Feijoo, M.D., P.A.) for any and all services rendered to the undersigned patient/insured, including the right to bring suit in a court of law for any failure to pay PIP benefits / insurance benefits. The patient understands it is the express intention of the provider to accept this assignment of benefits in lieu of demanding full payment at the time services are rendered. The undersigned assigns any and all claims for statutory bad faith to the above medical providers. If the insurer disputes the validity of this assignment of benefits then the insurer is instructed to notify the provider in writing within five (5) days of receipt of this document. I understand this assignment will remain in full force and effect and will NOT be revoked unless the revocation is agreed to by both the medical providers and the undersigned patient or the patient's attorney. Since I have assigned my PIP benefits to the above-referenced medical provider, any prior reservation of benefits or demand for wage loss benefits is withdrawn. I am instructing the PIP carrier not to reserve any benefits and to pay all bills in the order received. This assignment applies to both past and future medical expenses and is valid even if undated. A photocopy of this assignment is to be considered as valid as the original. The undersigned patient/insured directs the insurer to pay the medical provider directly without including the patient's name on the check.

The insurer is directed by the provider and the patient/insured to not issue any checks or drafts in partial settlement of a claim that contain or are accompanied by language releasing the insurer or its insured/patient from liability unless there has been a prior written settlement agreed to by the medical provider and the insurer as to the amount payable under the insurance policy or contact. The provider hereby objects to any reductions or partial payments made at the discretion of the insurer. Any partial or reduced payment, regardless of the accompanying language, issued by the insurer and deposited by the provider shall be done so under protest, at the risk of the insurer, and the deposit shall not be deemed a waiver, accord, satisfaction, discharge, or settlement agreement by the provider to accept a reduced amount as payment in full. The insurer is hereby placed on notice that this provider reserves the right to seek the full amount of the bills submitted. Please acknowledge your acceptance of the foregoing terms by issuing a check for the services rendered by these medical providers payable to one or more of the medical provider(s) named herein, and not to the patient / claimant / insured. In the event the subject medical benefits are disputed by the insurer for any reason, including but not limited to, medical reasonableness and/or necessity, the undersigned patient/insured hereby instructs the insurer to set aside any amount disputed (i.e. to scrow the money) and not pay the disputed amount to anyone, including myself, or any entity until the dispute is resolved. The insurer is instructed to immediately explain in writing to the above provider of any dispute. If the insurer schedules an IME or EUO the insurer is hereby requested and authorized to send a copy of said notification to this provider. The provider is not the agent of the insurer or the patient for any purpose. The undersigned patient / insured agrees to pay any applicable deductible and co-payments for services rendered.

### <u>Release of Information:</u>

I hereby authorize the above named medical providers to: furnish my insurance company or companies and the patient's attorney with any and all information that may be contained in my medical records; to obtain coverage information telephonically from my insurer; to request a written non-redacted PIP payout sheet from the insurer; and to obtain copies of my medical records, including but not limited to, documents, reports, scans, notes, opinions, X-rays, and MRIs, from any other medical provider or any insurance company. The insurer is directed to keep the patient's medical records private and confidential. The insurer is NOT authorized to provide these medical records to anyone, including but not limited to third party vendors and/or peer review non-examining physicians without the patient's and the provider's prior express written permission.

I hereby further request that my insurer cooperate with my provider in resolving any and all billing disputes over medical services rendered to me. This includes, but is not limited to, providing my provider with a copy of my insurance policy (including any declaration pages), PIP payout logs, payout ledgers, explanations of benefits, copies of checks, as well as a copy of any and all recorded statements, transcripts of examinations under oath (EUO's), and IME reports, and any and all other documents or information requested by [provider] or its attorneys, employees or other representatives acting on behalf of [provider] Should my insurer schedule an Independent Medical Examination (IME) or Examination Under Oath (EUO) as applicable under my insurance policy, I hereby request that my insurer send a courtesy copy of any IME or EUO notifications to my provider. I hereby acknowledge that this assignment does not transfer my duties to comply with the conditions of my insurance policy to my provider. I further authorize my insurer to speak with any employee, agent, attorney or other representative of [provider] and provide them with any and all information or documents not listed in this paragraph that they may request.

I certify that I have not been solicited or promised anything in exchange for receiving medical care or that I have received any promises or guarantees from anyone as to the results that may be obtained by any medical treatment. Caution! Please read before signing. If you do not completely understand this document ask us to explain it to you. If you sign below we will assume you understand and agree to the terms.

Patient Signature ████████

Patient Name (please print) ████

Date: 5-25-18

06/21/2019



CERTIFIED MAIL

7017 1070 0000 4591 7866

$12.300
US POSTAGE
PRIORITY
FROM 33146
JUN 17 2019
stamps

KENNETH B. SCHURR, P.A.
Attorney At Law
2030 S. Douglas Road, Suite 105
Coral Gables, Florida 33134

State Farm Insurance Company
Attn: Chad Miller
P.O. Box 106134
Atlanta GA 30348-6134

**06/21/2019**

The Law Offices of
# KENNETH B. SCHURR, P.A.
Attorney At Law
2030 S. Douglas Road, Suite 105
Coral Gables, Florida 33134

Telephone (305) 441-9031
Telecopier (786) 221-2720

June 17, 2019

**Via certified mail, return receipt requested**
**7017 1070 0000 9439 3366**

State Farm Insurance Co.
Attn: Paul Robichaux
P.O. Box 106140
Atlanta, GA 30348

## DEMAND LETTER UNDER FL STATUTE 627.736 (10)

| | | |
|---|---|---|
| RE: | **Claimant:** | J█████ T█ |
| | **Insured:** | **SAME** |
| | **Claim Number:** | **593256T55** |
| | **Policy Number:** | **4251207A2959B4** |
| | **Date of Loss:** | **March 8, 2018** |

Dear: Mr. Robichaux:

Please be advised that demand is hereby made for the payment of medical services provided to the above-named patient.   Payment for these services is overdue as of this letter.
**PROVIDER:**  MANUEL V. FEIJOO, M.D. AND MANUEL V. FEIJOO, M.D. P.A.
**DATE OF SERVICE: March 9, 2018**
**CPT CODES:** see copy of bills attached

| **BILL** | **DEDUCTIBLE** | **CO-PAYMENT** | **PIP PAID** | **DUE** |
|---|---|---|---|---|
| $575.00 | UNKNOWN | UNKNOWN | UNKNWON | $460.00 |

Enclosed please find the requisite itemized statement or copies of same in the form of Health Care Finance Administration 1500 form or UB 92 forms previously submitted and specifying each exact amount, the date of treatment, service, or accommodation, and the type of benefit claimed to be due.  To the extent that this demand involves an insurer's withdrawal of payment for future treatment not yet rendered, attached please find a copy of your notice withdrawing such payment and an itemized statement of the type, frequency, and duration of future treatment claimed to be reasonable and medically necessary.  Also, enclosed please find a copy of the assignment of benefits executed by the patient. Pursuant to Florida Statute, demand is also hereby made for reimbursement of the postage costs totaling $      .  Make checks payable as follows: Medical Benefits to the provider: **Manuel V. Feijoo, M.D., and Manuel V. Feijoo, M.D., P.A.**; and interest, postage and penalty to the **Law Offices of Kenneth B. Schurr, P.A.**

If there is additional coverage then we demand 100% of the difference between the billed

amount and the amount paid. If there is a deductible or if the bills are paid at 100% please let us know.   If the insurance company is entitled to limit reimbursement based on 200% of Medicare or 80 percent of the maximum reimbursable allowance under workers' compensation, please produce a copy of the policy of insurance along with the payment.  We do not accept limitations unless your policy specifically provides for this limitation. It is our contention the charges are reasonable based on what other doctors charge and what other PIP insurers have allowed for these services.  If you have any questions about the bills at issue please compare the attached ledger to your explanation of benefits and please note we dispute each and every reduction and nonpayment.

Section 627.736(10) of the Florida Statutes requires that if payment of the overdue amount is made within thirty (30) business days of receipt of this letter, said payment must include the applicable interest and a ten (10%) percent penalty of the overdue amount paid, subject to maximum penalty of Two Hundred Fifty dollars (250). Failure to pay within the allowed period will result in the immediate institution of a civil suit for the damages, attorney's fees, and costs.

In addition, please provide the undersigned with the following:

1.   An up-to-date PIP payout log for this claim. Said payout log should not be redacted so that my client is able to accurately determine what is in fact due and owing.

2.   A copy of any all independent medical examination reports conducted by a physician after physical examination of the patient, a copy.

3.   A copy of any and all medical examination reports created by a physician without physical examination of the patient.

4.   A copy of any and all peer review medical reports created by a physician and/or billing service or by anyone else without physical examination of the patient.

5.   A copy of any and all reports created by a medical bill review service who has reviewed the billing by my client for this patient/insured.

6.   A copy of any document showing the scheduling and if applicable, missing of an independent medical examination by patient.

7.   A copy of any document showing the scheduling and, if applicable, missing of an examination under oath.

8.   Any document or correspondence detailing why there is no coverage for the patient on the date of loss.

In addition pursuant to Florida law, Florida Statutes 627.736 and 627.736(6)(d). A copy of all the Explanation of Benefits (EOBs) applicable to the above captioned medical provider's claim for the above captioned patient.

Failure to comply with these requests will force my client to file a breach of contract lawsuit and/or a declaratory lawsuit to determine what rights and benefits are in effect for my client under the applicable insurance policy.

I look forward to your prompt response.

Sincerely,

Kenneth B. Schurr, Esq.
KBS/ds

06/21/2019

STATE FARM INS
P O BOX 106134

ATLANTA GA 30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | PICA | | | | | | PICA | |

| 1. MEDICARE (Medicare#) | MEDICAID (Medicaid#) | TRICARE (ID#/DoD#) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (ID#) | FECA BLK LUNG (ID#) | OTHER (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) 593256T55 |

2. PATIENTS NAME (Last Name, First Name, Middle Initial)
T         J

3. PATIENT'S BIRTH DATE  MM 1976  SEX M [X]  F
4. INSURED'S NAME (Last Name, First Name, Middle Initial)
T         J

5. PATIENTS ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)

CITY  MIAMI   STATE FL
8. RESERVED FOR NUCC USE   X
CITY  MIAMI   STATE FL

ZIP CODE 33177   TELEPHONE (Include Area Code)

ZIP CODE 33177   TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
4251207A2959B4

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  YES  [X] NO

a. INSURED'S DATE OF BIRTH  MM DD YY   SEX M  F

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? [X] YES  NO  PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  YES  NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES  NO  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE  04 21 18

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM 03 DD 08 YY 18   QUAL.
15. OTHER DATE  QUAL.  MM DD YY
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY  TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
B J MEDICAL
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM MM DD YY  TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES  NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)   ICD Ind.

A. M12512   B.   C.   D.
E. M54 16   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM | DD | YY | MM | DD | YY | | | | | | | | | | |
| 1 | 03 | 09 | 18 | | | 11 | 1 | 99204 | | M12512 | 475 00 | 1 | | NPI | |
| 2 | 03 | 09 | 18 | | | 11 | 1 | 95851 | | M12512 | 100 00 | 1 | | NPI | |
| 3 | | | | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  650409050  SSN EIN [X]
26. PATIENT'S ACCOUNT NO.  T00659 1
27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES  NO
28. TOTAL CHARGE  $ 575 00
29. AMOUNT PAID  $ 0 00
30. Rsvd for NUCC Use  575 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
FEIJOO   MANUEL V MD
SIGNED ME63009   DATE 04 21 18

32. SERVICE FACILITY LOCATION INFORMATION
MANUEL V FEIJOO MD PA
8370 SW 8TH STREET
MIAMI FL 33144
a. 1811923105  b.

33. BILLING PROVIDER INFO & PH # ( )
MANUEL V FEIJOO MD PA
8370 SW 8 TH STREET
MIAMI FL 33144
a. 1811923105  b.

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

013682

PLEASE INDICATE ACCOUNT NUMBER WHEN MAKING PAYMENT

06/21/2019

# Manuel V. Feijoo, M.D. & Manuel V. Feijoo, M.D., P.A.
8370 SW 8 Street - Miami, Florida 33144
### ASSIGNMENT OF INSURANCE BENEFITS, POWER OF ATTORNEY & RELEASE OF INFORMATION

I, the undersigned patient/insured knowingly, voluntarily and intentionally assign the benefits of insurance and any overdue interest payments under the No-Fault Policy of Automobile Insurance, also known as Personal Injury Protection (P.I.P.), or Medical Payments policy of insurance from my automobile insurer or the responsible insurer to the above described medical providers (Manuel V. Feijoo, M.D. and Manuel V. Feijoo, M.D., P.A.) for any and all services rendered to the undersigned patient/insured, including the right to bring suit in a court of law for any failure to pay PIP benefits / insurance benefits. The patient understands it is the express intention of the provider to accept this assignment of benefits in lieu of demanding full payment at the time services are rendered. The undersigned assigns any and all claims for statutory bad faith to the above medical providers. If the insurer disputes the validity of this assignment of benefits then the insurer is instructed to notify the provider in writing within five (5) days of receipt of this document. I understand this assignment will remain in full force and effect and will NOT be revoked unless the revocation is agreed to by both the medical providers and the undersigned patient or the patient's attorney. Since I have assigned my PIP benefits to the above-referenced medical provider, any prior reservation of benefits or demand for wage loss benefits is withdrawn. I am instructing the PIP carrier not to reserve any benefits and to pay all bills in the order received. This assignment applies to both past and future medical expenses and is valid even if undated. A photocopy of this assignment is to be considered as valid as the original. The undersigned patient/insured directs the insurer to pay the medical provider directly without including the patient's name on the check.

The insurer is directed by the provider and the patient/insured *to* not issue any checks or drafts in partial settlement of a claim that contain or are accompanied by language releasing the insurer or its insured/patient from liability unless there has been a prior written settlement agreed to by the medical provider and the insurer as to the amount payable under the insurance policy or contact. The provider hereby objects to any reductions or partial payments made at the discretion of the insurer. Any partial or reduced payment, regardless of the accompanying language, issued by the insurer and deposited by the provider shall be done so under protest, at the risk of the insurer, and the deposit shall not be deemed a waiver, accord, satisfaction, discharge, or settlement agreement by the provider to accept a reduced amount as payment in full. The insurer is hereby placed on notice that this provider reserves the right to seek the full amount of the bills submitted. Please acknowledge your acceptance of the foregoing terms by issuing a check for the services rendered by these medical providers payable to one or more of the medical provider(s) named herein, and not to the patient / claimant / insured. In the event the subject medical benefits are disputed by the insurer for any reason, including but not limited to, medical reasonableness and/or necessity, the undersigned patient/insured hereby instructs the insurer to set aside any amount disputed (i.e. to escrow the money) and not pay the disputed amount to anyone, including myself, or any entity until the dispute is resolved. The insurer is instructed to immediately explain in writing to the above provider of any dispute. If the insurer schedules an IME or EUO the insurer is hereby requested and authorized to send a copy of said notification to this provider. The provider is not the agent of the insurer or the patient for any purpose. The undersigned patient / insured agrees to pay any applicable deductible and co-payments for services rendered.

### Release of Information:

I hereby authorize the above named medical providers to: furnish my insurance company or companies and the patient's attorney with any and all information that may be contained in my medical records; to obtain coverage information telephonically from my insurer; to request a written non-redacted PIP payout sheet from the insurer; and to obtain copies of my medical records, including but not limited to, documents, reports, scans, notes, opinions, X-rays, and MRIs, from any other medical provider or any insurance company. The insurer is directed to keep the patient's medical records private and confidential. The insurer is NOT authorized to provide these medical records to anyone, including but not limited to third party vendors and/or peer review non-examining physicians without the patient's and the provider's prior express written permission.

I hereby further request that my insurer cooperate with my provider in resolving any and all billing disputes over medical services rendered to me. This includes, but is not limited to, providing my provider with a copy of my insurance policy (including any declaration pages), PIP payout logs, payout ledgers, explanations of benefits, copies of checks, as well as a copy of any and all recorded statements, transcripts of examinations under oath (EUO's), and IME reports, and any and all other documents or information requested by [provider] or its attorneys, employees or other representatives acting on behalf of [provider] Should my insurer schedule an Independent Medical Examination (IME) or Examination Under Oath (EUO) as applicable under my insurance policy, I hereby request that my insurer send a courtesy copy of any IME or EUO notifications to my provider. I hereby acknowledge that this assignment does not transfer my duties to comply with the conditions of my insurance policy to my provider. I further authorize my insurer to speak with any employee, agent, attorney or other representative of [provider] and provide them with any and all information or documents not listed in this paragraph that they may request.

I certify that I have not been solicited or promised anything in exchange for receiving medical care or that I have received any promises or guarantees from anyone as to the results that may be obtained by any medical treatment. Caution! Please read before signing. If you do not completely understand this document please ask us to explain it to you. If you sign below we will assume you understand and agree to the terms.

Patient Signature ▓▓▓▓▓▓▓▓▓              Date: 03-09-18

Patient Name (please print) ▓▓▓▓▓▓▓

013700

06/21/2019



CERTIFIED MAIL

7017 1070 0000 9439 3366

$12.300
US POSTAGE
PRIORITY
FROM 33156
JUN 17 2019
stamps

96250009564842

KENNETH B. SCHURR, P.A.

Attorney At Law
2030 S. Douglas Road, Suite 105
Coral Gables, Florida 33134

State Farm Insurance Company
Attn: Chad Miller
P.O. Box 106134
Atlanta GA 30348-6134

06/21/2019

The Law Offices of
# KENNETH B. SCHURR, P.A.
Attorney At Law
2030 S. Douglas Road, Suite 105
Coral Gables, Florida 33134

Telephone (305) 441-9031
Telecopier (786) 221-2720

June 17, 2019

**Via certified mail, return receipt requested**
**7017 1070 0000 9439 3366**

State Farm Insurance Co.
Attn: Paul Robichaux
P.O. Box 106140
Atlanta, GA 30348

<u>**DEMAND LETTER UNDER FL STATUTE 627.736 (10)**</u>

| | | |
|---|---|---|
| RE: | **Claimant:** | E█ F█ B█ |
| | **Insured:** | **SAME** |
| | **Claim Number:** | **593275L47** |
| | **Policy Number:** | **C872478E26594** |
| | **Date of Loss:** | **March 9, 2018** |

Dear: Mr. Robichaux:

Please be advised that demand is hereby made for the payment of medical services provided to the above-named patient.  Payment for these services is overdue as of this letter.
<u>**PROVIDER:**</u>  MANUEL V. FEIJOO, M.D. AND MANUEL V. FEIJOO, M.D. P.A.
<u>**DATE OF SERVICE: March 20, 2018**</u>
<u>**CPT CODES:**</u> see copy of bills attached

| <u>**BILL**</u> | <u>**DEDUCTIBLE**</u> | <u>**CO-PAYMENT**</u> | <u>**PIP PAID**</u> | <u>**DUE**</u> |
|---|---|---|---|---|
| $575.00 | UNKNOWN | UNKNOWN | UNKNOWN | $460.00 |

Enclosed please find the requisite itemized statement or copies of same in the form of Health Care Finance Administration 1500 form or UB 92 forms previously submitted and specifying each exact amount, the date of treatment, service, or accommodation, and the type of benefit claimed to be due. To the extent that this demand involves an insurer's withdrawal of payment for future treatment not yet rendered, attached please find a copy of your notice withdrawing such payment and an itemized statement of the type, frequency, and duration of future treatment claimed to be reasonable and medically necessary. Also, enclosed please find a copy of the assignment of benefits executed by the patient. Pursuant to Florida Statute, demand is also hereby made for reimbursement of the postage costs totaling $     . Make checks payable as follows: Medical Benefits to the provider: **Manuel V. Feijoo, M.D., and Manuel V. Feijoo, M.D., P.A.**; and interest, postage and penalty to the **Law Offices of Kenneth B. Schurr, P.A.**

If there is additional coverage then we demand 100% of the difference between the billed

amount and the amount paid. If there is a deductible or if the bills are paid at 100% please let us know.   If the insurance company is entitled to limit reimbursement based on 200% of Medicare or 80 percent of the maximum reimbursable allowance under workers' compensation, please produce a copy of the policy of insurance along with the payment.  We do not accept limitations unless your policy specifically provides for this limitation. It is our contention the charges are reasonable based on what other doctors charge and what other PIP insurers have allowed for these services.  If you have any questions about the bills at issue please compare the attached ledger to your explanation of benefits and please note we dispute each and every reduction and nonpayment.

Section 627.736(10) of the Florida Statutes requires that if payment of the overdue amount is made within thirty (30) business days of receipt of this letter, said payment must include the applicable interest and a ten (10%) percent penalty of the overdue amount paid, subject to maximum penalty of Two Hundred Fifty dollars (250). Failure to pay within the allowed period will result in the immediate institution of a civil suit for the damages, attorney's fees, and costs.

In addition, please provide the undersigned with the following:

1.	An up-to-date PIP payout log for this claim. Said payout log should not be redacted so that my client is able to accurately determine what is in fact due and owing.

2.	A copy of any all independent medical examination reports conducted by a physician after physical examination of the patient, a copy.

3.	A copy of any and all medical examination reports created by a physician without physical examination of the patient.

4.	A copy of any and all peer review medical reports created by a physician and/or billing service or by anyone else without physical examination of the patient.

5.	A copy of any and all reports created by a medical bill review service who has reviewed the billing by my client for this patient/insured.

6.	A copy of any document showing the scheduling and if applicable, missing of an independent medical examination by patient.

7.	A copy of any document showing the scheduling and, if applicable, missing of an examination under oath.

8.	Any document or correspondence detailing why there is no coverage for the patient on the date of loss.

In addition pursuant to Florida law, Florida Statutes 627.736 and 627.736(6)(d). A copy of all the Explanation of Benefits (EOBs) applicable to the above captioned medical provider's claim for the above captioned patient.

Failure to comply with these requests will force my client to file a breach of contract lawsuit and/or a declaratory lawsuit to determine what rights and benefits are in effect for my client under the applicable insurance policy.

I look forward to your prompt response.

Sincerely,

Kenneth B. Schurr, Esq.
KBS/ds



STATE FARM INS
P O BOX 106134

ATLANTA GA 30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

CARRIER

06/21/2019

| | PICA | | | | | | | | | | PICA |

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | (ID#) | 593275L47 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
F■■■ B■■■ E■■■

3. PATIENT'S BIRTH DATE MM|DD|YY 1988 SEX M☐ F■

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
F■■■ B■■■ E■■■

5. PATIENT'S ADDRESS (No., Street)
■■■■■

6. PATIENT RELATIONSHIP TO INSURED
Self☐ Spouse■ Child☐ Other☐

7. INSURED'S ADDRESS (No., Street)
■■■■■

CITY HIALEAH STATE FL

8. RESERVED FOR NUCC USE X

CITY HIALEAH STATE FL

ZIP CODE 33015  TELEPHONE (Include Area Code) (■■■)

ZIP CODE 33015  TELEPHONE (Include Area Code) (■■■)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
C872478E26594

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES☐ NO■

a. INSURED'S DATE OF BIRTH MM|DD|YY  SEX M☐ F☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? YES■ NO☐ PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? YES☐ NO■

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME
MARIO SERRALTA ASS

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES☐ NO☐ If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE  DATE 04 26 18

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM|DD|YY 03 09 18 QUAL.

15. OTHER DATE QUAL. MM|DD|YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM|DD|YY FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
MONTADAS QUIROPRACTI

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM|DD|YY FROM  TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? YES☐ NO☐ $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind.
A. M48 34  B.  C.  D.
E.  F.  G.  H.
I. M54 16  J.  K.  L.

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 03 20 18 | | 11 | 1 | 99204 | | M48 34 | 475 00 | 1 | | NPI | |
| 2 | 03 20 18 | | 11 | 1 | 95851 | | M48 34 | 100 00 | 1 | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN EIN
650409050  ☐ X■

26. PATIENT'S ACCOUNT NO.
F00957 1

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES■ NO☐

28. TOTAL CHARGE $ 575 00

29. AMOUNT PAID $ 0 00

30. Rsvd for NUCC Use 575 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

FEIJOO MANUEL V MD
SIGNED 163009 04 26 18  a. 1811923105

32. SERVICE FACILITY LOCATION INFORMATION
MANUEL V FEIJOO MD PA
8370 SW 8TH STREET
MIAMI FL 33144
b.

33. BILLING PROVIDER INFO & PH #
MANUEL V FEIJOO MD PA
8370 SW 8 TH STREET
MIAMI FL 33144
a. 1811923105

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE  APPROVED OMB-0938-1197 FORM 1500 (02-12)

006562

PLEASE INDICATE ACCOUNT NUMBER WHEN MAKING PAYMENT

06/21/2019

# Manuel V. Feijoo, M.D. & Manuel V. Feijoo, M.D., P.A.

8370 SW 8 Street - Miami, Florida 33144

## ASSIGNMENT OF INSURANCE BENEFITS, POWER OF ATTORNEY & RELEASE OF INFORMATION

I, the undersigned patient/insured knowingly, voluntarily and intentionally assign the benefits of insurance and any overdue interest payments under the No-Fault Policy of Automobile Insurance, also known as Personal Injury Protection (P.I.P.), or Medical Payments policy of insurance from my automobile insurer or the responsible insurer to the above described medical providers (Manuel V. Feijoo, M.D. and Manuel V. Feijoo, M.D., P.A.) for any and all services rendered to the undersigned patient/insured, including the right to bring suit in a court of law for any failure to pay PIP benefits / insurance benefits. The patient understands it is the express intention of the provider to accept this assignment of benefits in lieu of demanding full payment at the time services are rendered. The undersigned assigns any and all claims for statutory bad faith to the above medical providers. If the insurer disputes the validity of this assignment of benefits then the insurer is instructed to notify the provider in writing within five (5) days of receipt of this document. I understand this assignment will remain in full force and effect and will NOT be revoked unless the revocation is agreed to by both the medical providers and the undersigned patient or the patient's attorney. Since I have assigned my PIP benefits to the above-referenced medical provider, any prior reservation of benefits or demand for wage loss benefits is withdrawn. I am instructing the PIP carrier not to reserve any benefits and to pay all bills in the order received. This assignment applies to both past and future medical expenses and is valid even if undated. A photocopy of this assignment is to be considered as valid as the original. The undersigned patient/insured directs the insurer to pay the medical provider directly without including the patient's name on the check.

The insurer is directed by the provider and the patient/insured *to* not issue any checks or drafts in partial settlement of a claim that contain or are accompanied by language releasing the insurer or its insured/patient from liability unless there has been a prior written settlement agreed to by the medical provider and the insurer as to the amount payable under the insurance policy or contact. The provider hereby objects to any reductions or partial payments made at the discretion of the insurer. Any partial or reduced payment, regardless of the accompanying language, issued by the insurer and deposited by the provider shall be done so under protest, at the risk of the insurer, and the deposit shall not be deemed a waiver, accord, satisfaction, discharge, or settlement agreement by the provider to accept a reduced amount as payment in full. The insurer is hereby placed on notice that this provider reserves the right to seek the full amount of the bills submitted. Please acknowledge your acceptance of the foregoing terms by issuing a check for the services rendered by these medical providers payable to one or more of the medical provider(s) named herein, and not to the patient / claimant / insured. In the event the subject medical benefits are disputed by the insurer for any reason, including but not limited to, medical reasonableness and/or necessity, the undersigned patient/insured hereby instructs the insurer to set aside any amount disputed (i.e. to screw the money) and not pay the disputed amount to anyone, including myself, or any entity until the dispute is resolved. The insurer is instructed to immediately explain in writing to the above provider of any dispute. If the insurer schedules an IME or EUO the insurer is hereby requested and authorized to send a copy of said notification to this provider. The provider is not the agent of the insurer or the patient for any purpose. The undersigned patient / insured agrees to pay any applicable deductible and co-payments for services rendered.

### Release of Information:

I hereby authorize the above named medical providers to: furnish my insurance company or companies and the patient's attorney with any and all information that may be contained in my medical records; to obtain coverage information telephonically from my insurer; to request a written non-redacted PIP payout sheet from the insurer; and to obtain copies of my medical records, including but not limited to, documents, reports, scans, notes, opinions, X-rays, and MRIs, from any other medical provider or any insurance company. The insurer is directed to keep the patient's medical records private and confidential. The insurer is NOT authorized to provide these medical records to anyone, including but not limited to third party vendors and/or peer review non-examining physicians without the patient's and the provider's prior express written permission.

I hereby further request that my insurer cooperate with my provider in resolving any and all billing disputes over medical services rendered to me. This includes, but is not limited to, providing my provider with a copy of my insurance policy (including any declaration pages), PIP payout logs, payout ledgers, explanations of benefits, copies of checks, as well as a copy of any and all recorded statements, transcripts of examinations under oath (EUO's), and IME reports, and any and all other documents or information requested by [provider] or its attorneys, employees or other representatives acting on behalf of [provider] Should my insurer schedule an Independent Medical Examination (IME) or Examination Under Oath (EUO) as applicable under my insurance policy, I hereby request that my insurer send a courtesy copy of any IME or EUO notifications to my provider. I hereby acknowledge that this assignment does not transfer my duties to comply with the conditions of my insurance policy to my provider. I further authorize my insurer to speak with any employee, agent, attorney or other representative of [provider] and provide them with any and all information or documents not listed in this paragraph that they may request.

I certify that I have not been solicited or promised anything in exchange for receiving medical care or that I have received any promises or guarantees from anyone as to the results that may be obtained by any medical treatment. Caution! Please read before signing. If you do not completely understand this doc████████████████████████████if you sign below we will assume you understand and agree to the terms.

Patient Signature ████████████████████                    Date: _3/20/18_

Patient Name (please print) _____

06/21/2019



CERTIFIED MAIL

7017 1070 0000 1434 3395

$12.30
US POSTAGE
PRIORITY
WOODYWIDE
JUN 17 2019
stamps

062S00009364842

**KENNETH B. SCHURR, P.A.**

Attorney At Law
3300 S. Douglas Road, Suite 105
Coral Gables, Florida 30134

State Farm Insurance Company
Attn: Chad Miller
P.O. Box 106134
Atlanta GA 30348-6134

06/24/2019

The Law Offices of
## KENNETH B. SCHURR, P.A.
Attorney At Law
2030 S. Douglas Road, Suite 105
Coral Gables, Florida 33134

Telephone (305) 441-9031
Telecopier (786) 221-2720

June 18, 2019

**Via certified mail, return receipt requested**
**7017 1070 0000 9439 3373**

State Farm Insurance Co.
Attn: Chad Miller
P.O. Box 106140
Atlanta, GA  30348

<u>**DEMAND LETTER UNDER FL STATUTE 627.736 (10)**</u>
RE:   **Claimant:**        S█████ M████
      **Insured:**         **SAME**
      **Claim Number:**    **593328h52**
      **Policy Number:**   **d669089c0559a4**
      **Date of Loss:**    **March 13, 2018**

Dear: Mr. Miller:

Please be advised that demand is hereby made for the payment of medical services
provided to the above-named patient.  Payment for these services is overdue as of this letter.
**PROVIDER:**  MANUEL V. FEIJOO, M.D. AND MANUEL V. FEIJOO, M.D. P.A.
**DATE OF SERVICE: April 5, 2018**
**CPT CODES:**  see copy of bills attached

| **BILL** | **DEDUCTIBLE** | **CO-PAYMENT** | **PIP PAID** | **DUE** |
|----------|----------------|----------------|--------------|---------|
| $575.00  | UNKNOWN        | UNKNOWN        | $330.32      | $129.32 |

Enclosed please find the requisite itemized statement or copies of same in the form of
Health Care Finance Administration 1500 form or UB 92 forms previously submitted and
specifying each exact amount, the date of treatment, service, or accommodation, and the type of
benefit claimed to be due.  To the extent that this demand involves an insurer's withdrawal of
payment for future treatment not yet rendered, attached please find a copy of your notice
withdrawing such payment and an itemized statement of the type, frequency, and duration of
future treatment claimed to be reasonable and medically necessary.  Also, enclosed please find a
copy of the assignment of benefits executed by the patient. Pursuant to Florida Statute, demand
is also hereby made for reimbursement of the postage costs totaling $    .  Make checks payable
as follows: Medical Benefits to the provider: **Manuel V. Feijoo, M.D., and Manuel V. Feijoo,**
**M.D., P.A.**; and interest, postage and penalty to the **Law Offices of Kenneth B. Schurr, P.A.**

If there is additional coverage then we demand 100% of the difference between the billed

06/24/2019

amount and the amount paid. If there is a deductible or if the bills are paid at 100% please let us know.   If the insurance company is entitled to limit reimbursement based on 200% of Medicare or 80 percent of the maximum reimbursable allowance under workers' compensation, please produce a copy of the policy of insurance along with the payment.  We do not accept limitations unless your policy specifically provides for this limitation. It is our contention the charges are reasonable based on what other doctors charge and what other PIP insurers have allowed for these services.  If you have any questions about the bills at issue please compare the attached ledger to your explanation of benefits and please note we dispute each and every reduction and nonpayment.

Section 627.736(10) of the Florida Statutes requires that if payment of the overdue amount is made within thirty (30) business days of receipt of this letter, said payment must include the applicable interest and a ten (10%) percent penalty of the overdue amount paid, subject to maximum penalty of Two Hundred Fifty dollars (250). Failure to pay within the allowed period will result in the immediate institution of a civil suit for the damages, attorney's fees, and costs.

In addition, please provide the undersigned with the following:

1.  An up-to-date PIP payout log for this claim. Said payout log should not be redacted so that my client is able to accurately determine what is in fact due and owing.

2.  A copy of any all independent medical examination reports conducted by a physician after physical examination of the patient, a copy.

3.  A copy of any and all medical examination reports created by a physician without physical examination of the patient.

4.  A copy of any and all peer review medical reports created by a physician and/or billing service or by anyone else without physical examination of the patient.

5.  A copy of any and all reports created by a medical bill review service who has reviewed the billing by my client for this patient/insured.

6.  A copy of any document showing the scheduling and if applicable, missing of an independent medical examination by patient.

7.  A copy of any document showing the scheduling and, if applicable, missing of an examination under oath.

8.  Any document or correspondence detailing why there is no coverage for the patient on the date of loss.

In addition pursuant to Florida law, Florida Statutes 627.736 and 627.736(6)(d). A copy of all the Explanation of Benefits (EOBs) applicable to the above captioned medical provider's claim for the above captioned patient.

06/24/2019

Failure to comply with these requests will force my client to file a breach of contract lawsuit and/or a declaratory lawsuit to determine what rights and benefits are in effect for my client under the applicable insurance policy.

I look forward to your prompt response.

Sincerely,

Kenneth B. Schurr, Esq.
KBS/ds

06/24/2019

STATE FARM INS
P O BOX 106134

ATLANTA  GA 30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| PICA | | | | | | | PICA |
|---|---|---|---|---|---|---|---|

1. MEDICARE ☐ (Medicare#)  MEDICAID ☐ (Medicaid#)  TRICARE ☐ (ID#/DoD#)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (ID#)  FECA BLK LUNG ☐ (ID#)  OTHER ☐ (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1)
593328H52

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
M█ G█ L█

3. PATIENT'S BIRTH DATE  MM DD YY  198█  SEX  M ☐  F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
M█ S█ L█

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED  Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY HIALEAH  STATE FL

8. RESERVED FOR NUCC USE  X

CITY HIALEAH  STATE FL

ZIP CODE 33010  TELEPHONE (Include Area Code)

ZIP CODE 33010  TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
D669089C0559A 4

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  YES ☐  NO ☒

a. INSURED'S DATE OF BIRTH  MM DD YY  SEX  M ☐  F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  YES ☐  NO ☒  PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  YES ☐  NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME
SCOTT BENNETT

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES ☐  NO ☐  If yes, complete items 9, 9a, and 9d.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE  DATE 05 15 18

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM DD YY  03 13 18  QUAL.

15. OTHER DATE  QUAL.  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
MITZVAH CENTER FOR H

17a.  17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES ☐  NO ☐  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)  ICD Ind. █
A. M48 34  B. █  C. █  D. █
E. █  F. █  G. █  H. █
I. M12519  J. █  K. █  L. █

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 05 18 | | 11 | 99204 | | M48 34 | 475 00 | 1 | | | NPI |
| 2 | 04 05 18 | | 11 | 95851 | | M48 34 | 100 00 | 1 | | | NPI |
| 3 | | | | | | | | | | | NPI |
| 4 | | | | | | | | | | | NPI |
| 5 | | | | | | | | | | | NPI |
| 6 | | | | | | | | | | | NPI |

25. FEDERAL TAX I.D. NUMBER  SSN ☐ EIN ☒
650499050

26. PATIENT'S ACCOUNT NO.
M02680 1

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  YES ☒  NO ☐

28. TOTAL CHARGE  $ 575 00

29. AMOUNT PAID  $

30. Rsvd for NUCC Use  575 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
FEIJOO  MANUEL V MD
SIGNED F63009  DATE 5 15 18

32. SERVICE FACILITY LOCATION INFORMATION
MANUEL V FEIJOO MD PA
8370 SW 8TH STREET
MIAMI  FL 33144
181192310 5

33. BILLING PROVIDER INFO & PH # (   )
MANUEL V FEIJOO MD PA
8370 SW 8 TH STREET
MIAMI  FL 33144
181192310 5

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE  APPROVED OMB-0938-1197 FORM 1500 (02-12)  022307

PLEASE INDICATE ACCOUNT NUMBER WHEN MAKING PAYMENT

06/24/2019

## Manuel V. Feijoo, M.D. & Manuel V. Feijoo, M.D., P.A.

8370 SW 8 Street - Miami, Florida 33144

### ASSIGNMENT OF INSURANCE BENEFITS, POWER OF ATTORNEY & RELEASE OF INFORMATION

I, the undersigned patient/insured knowingly, voluntarily and intentionally assign the benefits of insurance and any overdue interest payments under the No-Fault Policy of Automobile Insurance, also known as Personal Injury Protection (P.I.P.), or Medical Payments policy of insurance from my automobile insurer or the responsible insurer to the above described medical providers (Manuel V. Feijoo, M.D. and Manuel V. Feijoo, M.D., P.A.) for any and all services rendered to the undersigned patient/insured, including the right to bring suit in a court of law for any failure to pay PIP benefits / insurance benefits. The patient understands it is the express intention of the provider to accept this assignment of benefits in lieu of demanding full payment at the time services are rendered. The undersigned assigns any and all claims for statutory bad faith to the above medical providers. If the insurer disputes the validity of this assignment of benefits then the insurer is instructed to notify the provider in writing within five (5) days of receipt of this document. I understand this assignment will remain in full force and effect and will NOT be revoked unless the revocation is agreed to by both the medical providers and the undersigned patient or the patient's attorney. Since I have assigned my PIP benefits to the above-referenced medical provider, any prior reservation of benefits or demand for wage loss benefits is withdrawn. I am instructing the PIP carrier not to reserve any benefits and to pay all bills in the order received. This assignment applies to both past and future medical expenses and is valid even if undated. A photocopy of this assignment is to be considered as valid as the original. The undersigned patient/insured directs the insurer to pay the medical provider directly without including the patient's name on the check.

The insurer is directed by the provider and the patient/insured to not issue any checks or drafts in partial settlement of a claim that contain or are accompanied by language releasing the insurer or its insured/patient from liability unless there has been a prior written settlement agreed to by the medical provider and the insurer as to the amount payable under the insurance policy or contact. The provider hereby objects to any reductions or partial payments made at the discretion of the insurer. Any partial or reduced payment, regardless of the accompanying language, issued by the insurer and deposited by the provider shall be done so under protest, at the risk of the insurer, and the deposit shall not be deemed a waiver, accord, satisfaction, discharge, o r settlement agreement by the provider to accept a reduced amount as payment in full. The insurer is hereby placed on notice that this provider reserves the right to seek the full amount of the bills submitted. Please acknowledge your acceptance of the foregoing terms by issuing a check for the services rendered by these medical providers payable to one or more of the medical provider(s) named herein, and not to the patient / claimant / insured. In the event the subject medical benefits are disputed by the insurer for any reason, including but not limited to, medical reasonableness and/or necessity, the undersigned patient/insured hereby instructs the insurer to set aside any amount disputed (i.e. to  screw the money) and not pay the disputed amount to anyone, including myself, or any entity until the dispute is resolved. The insurer is instructed to immediately explain in writing to the above provider of any dispute. If the insurer schedules an IME or EUO the insurer is hereby requested and authorized to send a copy of said notification to this provider. The provider is not the agent of the insurer or the patient for any purpose. The undersigned patient / insured agrees to pay any applicable deductible and co-payments for services rendered.

#### Release of Information:

I hereby authorize the a bove na med medical providers to: furnish my insurance company or companies and the patient's attorney with any and all information that may be contained in my medical records; to obtain coverage information telephonically from my insurer; to request a written non-redacted PIP payout sheet from the insurer; and to obtain copies of my medical records, including but not limited to, documents, reports, scans, notes, opinions, X-rays, and MRIs, from any other medical provider or any insurance company. The insurer is directed to keep the patient's medical records private and confidential. The insurer is NOT authorized to provide these medical records to anyone, including but not limited to third party vendors and/or peer review non-examining physicians without the patient's and the provider's prior express written permission.

I hereby further request that my insurer cooperate with my provider in resolving any and all billing disputes over medical services rendered to me. This includes, but is not limited to, providing my provider with a copy of my insurance policy (including any declaration pages), PIP payout logs, payout ledgers, explanations of benefits, copies of checks, as well as a copy of any and all recorded statements, transcripts of examinations under oath (EUO's), and IME reports, and any and all other documents or information requested by [provider] or its attorneys, employees or other representatives acting on behalf of [provider] Should my insurer schedule an Independent Medical Examination (IME) or Examination Under Oath (EUO) as applicable under my insurance policy, I hereby request that my insurer send a courtesy copy of any IME or EUO notifications to my provider. I hereby acknowledge that this assignment does not transfer my duties to comply with the conditions of my insurance policy to my provider. I further authorize my insurer to speak with any employee, agent, attorney or other representative of [provider] and provide them with any and all information or documents not listed in this paragraph that they may request.

I certify that I have not been solicited or promised anything in exchange for receiving medical care or that I have received any promises or guarantees from anyone as to the results that may be obtained by any medical treatment. Caution! Please read before signing. If you do not completely understand this document please ask us to explain it to you. If you sign below we will assume you understand and agree to the terms.

Patient Signature: ███████████████    Date: _____

Patient Name (please print) _____

022320

06/24/2019



06/21/2019

**The Law Offices of**
## KENNETH B. SCHURR, P.A.
Attorney At Law
2030 S. Douglas Road, Suite 105
Coral Gables, Florida 33134

Telephone (305) 441-9031
Telecopier (786) 221-2720

June 17, 2019

**Via certified mail, return receipt requested**
**7017 1070 0000 9439 3366**

State Farm Insurance Co.
Attn: Paul Robichaux
P.O. Box 106140
Atlanta, GA 30348

<u>**DEMAND LETTER UNDER FL STATUTE 627.736 (10)**</u>

| RE: | **Claimant:** | D███A. D███ |
|---|---|---|
| | **Insured:** | **SAME** |
| | **Claim Number:** | **593329B001** |
| | **Policy Number:** | **628558C22591T5** |
| | **Date of Loss:** | **March 6, 2018** |

Dear: Mr. Robichaux:

Please be advised that demand is hereby made for the payment of medical services provided to the above-named patient.   Payment for these services is overdue as of this letter.
**PROVIDER:**  MANUEL V. FEIJOO, M.D. AND MANUEL V. FEIJOO, M.D. P.A.
<u>**DATE OF SERVICE:** March 20, 2018</u>
<u>**CPT CODES:**</u> see copy of bills attached

| <u>**BILL**</u> | <u>**DEDUCTIBLE**</u> | <u>**CO-PAYMENT**</u> | <u>**PIP PAID**</u> | <u>**DUE**</u> |
|---|---|---|---|---|
| $575.00 | UNKNOWN | UNKNOWN | UNKNOWN | $460.00 |

Enclosed please find the requisite itemized statement or copies of same in the form of Health Care Finance Administration 1500 form or UB 92 forms previously submitted and specifying each exact amount, the date of treatment, service, or accommodation, and the type of benefit claimed to be due. To the extent that this demand involves an insurer's withdrawal of payment for future treatment not yet rendered, attached please find a copy of your notice withdrawing such payment and an itemized statement of the type, frequency, and duration of future treatment claimed to be reasonable and medically necessary. Also, enclosed please find a copy of the assignment of benefits executed by the patient. Pursuant to Florida Statute, demand is also hereby made for reimbursement of the postage costs totaling $     . Make checks payable as follows: Medical Benefits to the provider: **Manuel V. Feijoo, M.D., and Manuel V. Feijoo, M.D., P.A.**; and interest, postage and penalty to the **Law Offices of Kenneth B. Schurr, P.A.**

If there is additional coverage then we demand 100% of the difference between the billed

amount and the amount paid. If there is a deductible or if the bills are paid at 100% please let us know.  If the insurance company is entitled to limit reimbursement based on 200% of Medicare or 80 percent of the maximum reimbursable allowance under workers' compensation, please produce a copy of the policy of insurance along with the payment.  We do not accept limitations unless your policy specifically provides for this limitation. It is our contention the charges are reasonable based on what other doctors charge and what other PIP insurers have allowed for these services.  If you have any questions about the bills at issue please compare the attached ledger to your explanation of benefits and please note we dispute each and every reduction and nonpayment.

Section 627.736(10) of the Florida Statutes requires that if payment of the overdue amount is made within thirty (30) business days of receipt of this letter, said payment must include the applicable interest and a ten (10%) percent penalty of the overdue amount paid, subject to maximum penalty of Two Hundred Fifty dollars (250). Failure to pay within the allowed period will result in the immediate institution of a civil suit for the damages, attorney's fees, and costs.

In addition, please provide the undersigned with the following:

1.   An up-to-date PIP payout log for this claim. Said payout log should not be redacted so that my client is able to accurately determine what is in fact due and owing.

2.   A copy of any all independent medical examination reports conducted by a physician after physical examination of the patient, a copy.

3.   A copy of any and all medical examination reports created by a physician without physical examination of the patient.

4.   A copy of any and all peer review medical reports created by a physician and/or billing service or by anyone else without physical examination of the patient.

5.   A copy of any and all reports created by a medical bill review service who has reviewed the billing by my client for this patient/insured.

6.   A copy of any document showing the scheduling and if applicable, missing of an independent medical examination by patient.

7.   A copy of any document showing the scheduling and, if applicable, missing of an examination under oath.

8.   Any document or correspondence detailing why there is no coverage for the patient on the date of loss.

In addition pursuant to Florida law, Florida Statutes 627.736 and 627.736(6)(d). A copy of all the Explanation of Benefits (EOBs) applicable to the above captioned medical provider's claim for the above captioned patient.

Failure to comply with these requests will force my client to file a breach of contract lawsuit and/or a declaratory lawsuit to determine what rights and benefits are in effect for my client under the applicable insurance policy.

I look forward to your prompt response.

Sincerely,

Kenneth B. Schurr, Esq.
KBS/ds

STATE FARM INS
P O BOX 106134

ATLANTA GA 30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | PICA | | | | | | | | | | | | | PICA | |

1. MEDICARE  MEDICAID  TRICARE  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER  **1a. INSURED'S I.D. NUMBER** (For Program in Item 1)

(Medicare#)  (Medicaid#)  (ID#/DoD#)  (Member ID#)  (ID#)  (ID#)  (ID#)  59 3329B001

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)  **3. PATIENT'S BIRTH DATE** MM DD YY  SEX  **4. INSURED'S NAME** (Last Name, First Name, Middle Initial)

D ▇▇ D ▇▇  1934  M  F X  D ▇▇ D ▇▇

5. PATIENT'S ADDRESS (No., Street)  **6. PATIENT RELATIONSHIP TO INSURED**  **7. INSURED'S ADDRESS** (No., Street)

Self  Spouse  Child  Other

CITY  STATE  **8. RESERVED FOR NUCC USE**  CITY  STATE

MIAMI B  FL  X  MIAMI B  FL

ZIP CODE  TELEPHONE (Include Area Code)  ZIP CODE  TELEPHONE (Include Area Code)

33138  ( ▇▇ )  33138  ( ▇▇ )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)  **10. IS PATIENT'S CONDITION RELATED TO:**  **11. INSURED'S POLICY GROUP OR FECA NUMBER**

628558C22591T5

a. OTHER INSURED'S POLICY OR GROUP NUMBER  **a. EMPLOYMENT?** (Current or Previous)  **a. INSURED'S DATE OF BIRTH** MM DD YY  SEX

YES  X NO  M  F

b. RESERVED FOR NUCC USE  **b. AUTO ACCIDENT?** PLACE (State)  **b. OTHER CLAIM ID** (Designated by NUCC)

X YES  NO

c. RESERVED FOR NUCC USE  **c. OTHER ACCIDENT?**  **c. INSURANCE PLAN NAME OR PROGRAM NAME**

YES  NO

d. INSURANCE PLAN NAME OR PROGRAM NAME  **10d. CLAIM CODES** (Designated by NUCC)  **d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**

YES  NO  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE  DATE  04 28 18

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY  QUAL.  03 06 18  **15. OTHER DATE** QUAL. MM DD YY  **16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** MM DD YY FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE  17a.  17b. NPI  **18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** MM DD YY FROM  TO

18. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)  **20. OUTSIDE LAB?**  $ CHARGES  YES  NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)  ICD Ind.  **22. RESUBMISSION** CODE  ORIGINAL REF. NO.

A. S134XX A  B. ____  C. S4391X A  D. ____

E. ____  F. ____  G. ____  H. ____

I. S233XX A  J. ____  K. ____

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | | | To MM DD YY | | | | | CPT/HCPCS | MODIFIER | | | | | | |
| 1 | 03 | 20 | 18 | | | 11 | 1 | 99204 | | S134XX A | 475 00 | 1 | | NPI | |
| 2 | 03 | 20 | 18 | | | 11 | 1 | 95851 | | S134XX A | 100 00 | 1 | | NPI | |
| 3 | | | | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? For govt. claims, see back | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|---|
| 650409050 | X | D01195 1 | YES  NO | $ 575 00 | $ 0 00 | 575 00 |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

FEIJOO MANUEL V MD

SKM663009  04 28 18

32. SERVICE FACILITY LOCATION INFORMATION

MANUEL V FEIJOO MD PA
8370 SW 8TH STREET
MIAMI FL 33144
a. 1811923105  b.

33. BILLING PROVIDER INFO & PH #

MANUEL V FEIJOO MD PA
8370 SW 8 TH STREET
MIAMI FL 33144
a. 1811923105  b.

NUCC Instruction Manual available at: www.nucc.org   **PLEASE PRINT OR TYPE**   APPROVED OMB-0938-1197 FORM 1500 (02-12)

005782

PLEASE INDICATE ACCOUNT NUMBER WHEN MAKING PAYMENT

06/21/2019

# Manuel V. Feijoo, M.D. & Manuel V. Feijoo, M.D., P.A.

8370 SW 8 Street - Miami, Florida 33144

### ASSIGNMENT OF INSURANCE BENEFITS, POWER OF ATTORNEY & RELEASE OF INFORMATION

I, the undersigned patient/insured knowingly, voluntarily and intentionally assign the benefits of insurance and any overdue interest payments under the No-Fault Policy of Automobile Insurance, also known as Personal Injury Protection (P.I.P.), or Medical Payments policy of insurance from my automobile insurer or the responsible insurer to the above described medical providers (Manuel V. Feijoo, M.D. and Manuel V. Feijoo, M.D., P.A.) for any and all services rendered to the undersigned patient/insured, including the right to bring suit in a court of law for any failure to pay PIP benefits / insurance benefits. The patient understands it is the express intention of the provider to accept this assignment of benefits in lieu of demanding full payment at the time services are rendered. The undersigned assigns any and all claims for statutory bad faith to the above medical providers. If the insurer disputes the validity of this assignment of benefits then the insurer is instructed to notify the provider in writing within five (5) days of receipt of this document. I understand this assignment will remain in full force and effect and will NOT be revoked unless the revocation is agreed to by both the medical providers and the undersigned patient or the patient's attorney. Since I have assigned my PIP benefits to the above-referenced medical provider, any prior reservation of benefits or demand for wage loss benefits is withdrawn. I am instructing the PIP carrier not to reserve any benefits and to pay all bills in the order received. This assignment applies to both past and future medical expenses and is valid even if undated. A photocopy of this assignment is to be considered as valid as the original. The undersigned patient/insured directs the insurer to pay the medical provider directly without including the patient's name on the check.

The insurer is directed by the provider and the patient/insured *to* not issue any checks or drafts in partial settlement of a claim that contain or are accompanied by language releasing the insurer or its insured/patient from liability unless there has been a prior written settlement agreed to by the medical provider and the insurer as to the amount payable under the insurance policy or contact. The provider hereby objects to any reductions or partial payments made at the discretion of the insurer. Any partial or reduced payment, regardless of the accompanying language, issued by the insurer and deposited by the provider shall be done so under protest, at the risk of the insurer, and the deposit shall not be deemed a waiver, accord, satisfaction, discharge, or settlement agreement by the provider to accept a reduced amount as payment in full. The insurer is hereby placed on notice that this provider reserves the right to seek the full amount of the bills submitted. Please acknowledge your acceptance of the foregoing terms by issuing a check for the services rendered by these medical providers payable to one or more of the medical provider(s) named herein, and not to the patient / claimant / insured. In the event the subject medical benefits are disputed by the insurer for any reason, including but not limited to, medical reasonableness and/or necessity, the undersigned patient/insured hereby instructs the insurer to set aside any amount disputed (i.e. to screw the money) and not pay the disputed amount to anyone, including myself, or any entity until the dispute is resolved. The insurer is instructed to immediately explain in writing to the above provider of any dispute. If the insurer schedules an IME or EUO the insurer is hereby requested and authorized to send a copy of said notification to this provider. The provider is not the agent of the insurer or the patient for any purpose. The undersigned patient / insured agrees to pay any applicable deductible and co-payments for services rendered.

### Release of Information:

I hereby authorize the above named medical providers to: furnish my insurance company or companies and the patient's attorney with any and all information that may be contained in my medical records; to obtain coverage information telephonically from my insurer; to request a written non-redacted PIP payout sheet from the insurer; and to obtain copies of my medical records, including but not limited to, documents, reports, scans, notes, opinions, X-rays, and MRIs, from any other medical provider or any insurance company. The insurer is directed to keep the patient's medical records private and confidential. The insurer is NOT authorized to provide these medical records to anyone, including but not limited to third party vendors and/or peer review non-examining physicians without the patient's and the provider's prior express written permission.

I hereby further request that my insurer cooperate with my provider in resolving any and all billing disputes over medical services rendered to me. This includes, but is not limited to, providing my provider with a copy of my insurance policy (including any declaration pages), PIP payout logs, payout ledgers, explanations of benefits, copies of checks, as well as a copy of any and all recorded statements, transcripts of examinations under oath (EUO's), and IME reports, and any and all other documents or information requested by [provider] or its attorneys, employees or other representatives acting on behalf of [provider] Should my insurer schedule an Independent Medical Examination (IME) or Examination Under Oath (EUO) as applicable under my insurance policy, I hereby request that my insurer send a courtesy copy of any IME or EUO notifications to my provider. I hereby acknowledge that this assignment does not transfer my duties to comply with the conditions of my insurance policy to my provider. I further authorize my insurer to speak with any employee, agent, attorney or other representative of [provider] and provide them with any and all information or documents not listed in this paragraph that they may request.

I certify that I have not been solicited or promised anything in exchange for receiving medical care or that I have received any promises or guarantees from anyone as to the results that may be obtained by any medical treatment. Caution! Please read before signing. If you do not completely understand this document please ask us to explain it to you. If you sign below we will assume you understand and agree to the terms.

Patient Signature [redacted]                 Date: _____

Patient Name (please print) _____

005794

06/21/2019



CERTIFIED MAIL

7017 1070 0000 9439 3366

$12.300
US POSTAGE
PRIORITY
FROM 33155
JUN 17 2019
stamps

062S0009554642

State Farm Insurance Company
Attn: Chad Miller
P.O. Box 106134
Atlanta GA 30348-6134

**KENNETH B. SCHURR, P.A.**
Attorney At Law
2600 S. Douglas Road, Suite 105
Coral Gables, Florida 33134

06/21/2019

The Law Offices of
# KENNETH B. SCHURR, P.A.
Attorney At Law.
2030 S. Douglas Road, Suite 105
Coral Gables, Florida 33134

Telephone (305) 441-9031
Telecopier (786) 221-2720

June 17, 2019

**Via certified mail, return receipt requested**
**7017 1070 0000 9439 3366**

State Farm Insurance Co.
Attn: Paul Robichaux
P.O. Box 106140
Atlanta, GA 30348

**DEMAND LETTER UNDER FL STATUTE 627.736 (10)**

| RE: | Claimant: | T█████ G█ |
|---|---|---|
| | Insured: | **SAME** |
| | Claim Number: | **593404N17** |
| | Policy Number: | **E04652259** |
| | Date of Loss: | **March 15, 2018** |

Dear: Mr. Robichaux:

Please be advised that demand is hereby made for the payment of medical services provided to the above-named patient.  Payment for these services is overdue as of this letter.
**PROVIDER:**  MANUEL V. FEIJOO, M.D. AND MANUEL V. FEIJOO, M.D. P.A.
**DATE OF SERVICE: MAY 1, 2018**
**CPT CODES:**  see copy of bills attached

| BILL | DEDUCTIBLE | CO-PAYMENT | PIP PAID | DUE |
|---|---|---|---|---|
| $575.00 | UNKNOWN | UNKNOWN | $250.00 | $210.00 |

Enclosed please find the requisite itemized statement or copies of same in the form of Health Care Finance Administration 1500 form or UB 92 forms previously submitted and specifying each exact amount, the date of treatment, service, or accommodation, and the type of benefit claimed to be due. To the extent that this demand involves an insurer's withdrawal of payment for future treatment not yet rendered, attached please find a copy of your notice withdrawing such payment and an itemized statement of the type, frequency, and duration of future treatment claimed to be reasonable and medically necessary. Also, enclosed please find a copy of the assignment of benefits executed by the patient. Pursuant to Florida Statute, demand is also hereby made for reimbursement of the postage costs totaling $      .  Make checks payable as follows: Medical Benefits to the provider: **Manuel V. Feijoo, M.D., and Manuel V. Feijoo, M.D., P.A.**; and interest, postage and penalty to the **Law Offices of Kenneth B. Schurr, P.A.**

If there is additional coverage then we demand 100% of the difference between the billed

06/21/2019

amount and the amount paid. If there is a deductible or if the bills are paid at 100% please let us know.  If the insurance company is entitled to limit reimbursement based on 200% of Medicare or 80 percent of the maximum reimbursable allowance under workers' compensation, please produce a copy of the policy of insurance along with the payment.  We do not accept limitations unless your policy specifically provides for this limitation. It is our contention the charges are reasonable based on what other doctors charge and what other PIP insurers have allowed for these services.  If you have any questions about the bills at issue please compare the attached ledger to your explanation of benefits and please note we dispute each and every reduction and nonpayment.

Section 627.736(10) of the Florida Statutes requires that if payment of the overdue amount is made within thirty (30) business days of receipt of this letter, said payment must include the applicable interest and a ten (10%) percent penalty of the overdue amount paid, subject to maximum penalty of Two Hundred Fifty dollars (250). Failure to pay within the allowed period will result in the immediate institution of a civil suit for the damages, attorney's fees, and costs.

In addition, please provide the undersigned with the following:

1. An up-to-date PIP payout log for this claim. Said payout log should not be redacted so that my client is able to accurately determine what is in fact due and owing.

2. A copy of any all independent medical examination reports conducted by a physician after physical examination of the patient, a copy.

3. A copy of any and all medical examination reports created by a physician without physical examination of the patient.

4. A copy of any and all peer review medical reports created by a physician and/or billing service or by anyone else without physical examination of the patient.

5. A copy of any and all reports created by a medical bill review service who has reviewed the billing by my client for this patient/insured.

6. A copy of any document showing the scheduling and if applicable, missing of an independent medical examination by patient.

7. A copy of any document showing the scheduling and, if applicable, missing of an examination under oath.

8. Any document or correspondence detailing why there is no coverage for the patient on the date of loss.

In addition pursuant to Florida law, Florida Statutes 627.736 and 627.736(6)(d). A copy of all the Explanation of Benefits (EOBs) applicable to the above captioned medical provider's claim for the above captioned patient.

Failure to comply with these requests will force my client to file a breach of contract lawsuit and/or a declaratory lawsuit to determine what rights and benefits are in effect for my client under the applicable insurance policy.

I look forward to your prompt response.

Sincerely,

Kenneth B. Schurr, Esq.
KBS/ds

06/21/2019

STATE FARM INS
P O BOX 106134

ATLANTA GA 30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| PICA | | | | | | | | PICA |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1. MEDICARE (Medicare#) | MEDICAID (Medicaid#) | TRICARE (ID#/DoD#) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (ID#) | FECA BLK LUNG (ID#) | OTHER (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) 593404N17 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
G▇▇ T▇▇

3. PATIENT'S BIRTH DATE MM DD YY 1999  SEX M  F X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
G▇▇ T▇▇

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self X  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)

CITY: MIAMI  STATE: FL

8. RESERVED FOR NUCC USE  X

CITY: MIAMI  STATE: FL

ZIP CODE: 33142  TELEPHONE (Include Area Code) (▇▇

ZIP CODE: 33142  TELEPHONE (Include Area Code) (▇▇

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  YES  NO X

a. INSURED'S DATE OF BIRTH MM DD YY  SEX M  F

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  YES X  NO  PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  YES  NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME
ROBERT RUBENSTEIN

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES  NO  If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE  DATE  05 29 18

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY  03 15 18  QUAL.

15. OTHER DATE QUAL.  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY  FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
STEVE HALEGUA MD  17a.  17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY  FROM  TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES  NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)  ICD Ind.
A. M48.34  B.  C.  D.
E.  F.  G.  H.
I. M54.16  J.  K.  L.

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 01 18 | | 11 | 1 | 99204 | | M48 34 | 475 00 | 1 | | NPI |
| 2 | 05 01 18 | | 11 | 1 | 95851 | | M48 34 | 100 00 | 1 | | NPI |
| 3 | | | | | | | | | | | NPI |
| 4 | | | | | | | | | | | NPI |
| 5 | | | | | | | | | | | NPI |
| 6 | | | | | | | | | | | NPI |

25. FEDERAL TAX I.D. NUMBER  650409050  SSN EIN X

26. PATIENT'S ACCOUNT NO.  G02293 1

27. ACCEPT ASSIGNMENT? YES X  NO

28. TOTAL CHARGE  $ 575 00

29. AMOUNT PAID  $ 0 00

30. Rsvd for NUCC Use  575 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
FEIJOO MANUEL V MD  SIGNED  05 29 18  063009

32. SERVICE FACILITY LOCATION INFORMATION
MANUEL V FEIJOO MD PA
8370 SW 8TH STREET
MIAMI FL 33144
a. 1811923105

33. BILLING PROVIDER INFO & PH #
MANUEL V FEIJOO MD PA
8370 SW 8 TH STREET
MIAMI FL 33144
a. 1811923105

NUCC Instruction Manual available at: www.nucc.org  **PLEASE PRINT OR TYPE**  APPROVED OMB-0938-1197 FORM 1500 (02-12)

PLEASE INDICATE ACCOUNT NUMBER WHEN MAKING PAYMENT

006654

06/21/2019

# Manuel V. Feijoo, M.D. & Manuel V. Feijoo, M.D., P.A.
*8370 SW 8 Street - Miami, Florida 33144*

### ASSIGNMENT OF INSURANCE BENEFITS, POWER OF ATTORNEY & RELEASE OF INFORMATION

I, the undersigned patient/insured knowingly, voluntarily and intentionally assign the benefits of insurance and any overdue interest payments under the No-Fault Policy of Automobile Insurance, also known as Personal Injury Protection (P.I.P.), or Medical Payments policy of insurance from my automobile insurer or the responsible insurer to the above described medical providers (Manuel V. Feijoo, M.D. and Manuel V. Feijoo, M.D., P.A.) for any and all services rendered to the undersigned patient/insured, including the right to bring suit in a court of law for any failure to pay PIP benefits / insurance benefits. The patient understands it is the express intention of the provider to accept this assignment of benefits in lieu of demanding full payment at the time services are rendered. The undersigned assigns any and all claims for statutory bad faith to the above medical providers. If the insurer disputes the validity of this assignment of benefits then the insurer is instructed to notify the provider in writing within five (5) days of receipt of this document. I understand this assignment will remain in full force and effect and will NOT be revoked unless the revocation is agreed to by both the medical providers and the undersigned patient or the patient's attorney. Since I have assigned my PIP benefits to the above-referenced medical provider, any prior reservation of benefits or demand for wage loss benefits is withdrawn. I am instructing the PIP carrier not to reserve any benefits and to pay all bills in the order received. This assignment applies to both past and future medical expenses and is valid even if undated. A photocopy of this assignment is to be considered as valid as the original. The undersigned patient/insured directs the insurer to pay the medical provider directly without including the patient's name on the check.

The insurer is directed by the provider and the patient/insured *to* not issue any checks or drafts in partial settlement of a claim that contain or are accompanied by language releasing the insurer or its insured/patient from liability unless there has been a prior written settlement agreed to by the medical provider and the insurer as to the amount payable under the insurance policy or contact. The provider hereby objects to any reductions or partial payments made at the discretion of the insurer. Any partial or reduced payment, regardless of the accompanying language, issued by the insurer and deposited by the provider shall be done so under protest, at the risk of the insurer, and the deposit shall not be deemed a waiver, accord, satisfaction, discharge, *or settlement agreement by the provider to accept a reduced amount as payment in full.* The insurer is hereby placed on notice that this provider reserves the right to seek the full amount of the bills submitted. Please acknowledge your acceptance of the foregoing terms by issuing a check for the services rendered by these medical providers payable to one or more of the medical provider(s) named herein, and not to the patient / claimant / insured. In the event the subject medical benefits are disputed by the insurer for any reason, including but not limited to, medical reasonableness and/or necessity, the undersigned patient/insured hereby instructs the insurer to set aside any amount disputed (i.e. to  scrow the money) and not pay the disputed amount to anyone, including myself, or any entity until the dispute is resolved. The insurer is instructed to immediately explain in writing to the above provider of any dispute. If the insurer schedules an IME or EUO the insurer is hereby requested and authorized to send a copy of said notification to this provider. The provider is not the agent of the insurer or the patient for any purpose. The undersigned patient / insured agrees to pay any applicable deductible and co-payments for services rendered.

#### Release of Information:

I hereby authorize the above named medical providers to: furnish my insurance company or companies and the patient's attorney with any and all information that may be contained in my medical records; to obtain coverage information telephonically from my insurer; to request a written non-redacted PIP payout sheet from the insurer; and to obtain copies of my medical records, including but not limited to, documents, reports, scans, notes, opinions, X-rays, and MRIs, from any other medical provider or any insurance company. The insurer is directed to keep the patient's medical records private and confidential. The insurer is NOT authorized to provide these medical records to anyone, including but not limited to third party vendors and/or peer review non-examining physicians without the patient's and the provider's prior express written permission.

I hereby further request that my insurer cooperate with my provider in resolving any and all billing disputes over medical services rendered to me. This includes, but is not limited to, providing my provider with a copy of my insurance policy (including any declaration pages), PIP payout logs, payout ledgers, explanations of benefits, copies of checks, as well as a copy of any and all recorded statements, transcripts of examinations under oath (EUO's), and IME reports, and any and all other documents or information requested by [provider] or its attorneys, employees or other representatives acting on behalf of [provider] Should my insurer schedule an Independent Medical Examination (IME) or Examination Under Oath (EUO) as applicable under my insurance policy, I hereby request that my insurer send a courtesy copy of any IME or EUO notifications to my provider. I hereby acknowledge that this assignment does not transfer my duties to comply with the conditions of my insurance policy to my provider. I further authorize my insurer to speak with any employee, agent, attorney or other representative of [provider] and provide them with any and all information or documents not listed in this paragraph that they may request.

I certify that I have not been solicited or promised anything in exchange for receiving medical care or that I have received any promises or guarantees from anyone as to the results that may be obtained by any medical treatment. Caution! Please read before signing. If you do not completely understand this document please ask us to explain it to you. If you sign below we will assume you understand and agree to the terms.

Patient Signature X ██████████              Date: _____

Patient Name (please print) _____

006667

06/21/2019



**CERTIFIED MAIL**

7017 1070 0000 5439 3396

**KENNETH B. SCHURR, P.A.**
Attorney At Law
2030 S. Douglas Road, Suite 105
Coral Gables, Florida 33134

$12.300
US POSTAGE
PRIORITY
FROM 33139
JUN 17 2019
stamps

State Farm Insurance Company
Attn: Chad Miller
P.O. Box 106134
Atlanta GA 30348-6134

The Law Offices of
**KENNETH B. SCHURR, P.A.**
Attorney At Law
2030 S. Douglas Road, Suite 105                    Telephone (305) 441-9031
Coral Gables, Florida 33134                        Telecopier (786) 221-2720

June 18, 2019

**Via certified mail, return receipt requested**
**7017 1070 0000 9439 3373**

State Farm Insurance Co.
Attn: Chad Miller
P.O. Box 106140
Atlanta, GA 30348

**DEMAND LETTER UNDER FL STATUTE 627.736 (10)**

| | | |
|---|---|---|
| RE: | **Claimant:** | T___M___ |
| | **Insured:** | **SAME** |
| | **Claim Number:** | **593404n17** |
| | **Policy Number:** | **UNKNOWN** |
| | **Date of Loss:** | **MARCH 15, 2018** |

Dear: Mr. Miller:

　　　　Please be advised that demand is hereby made for the payment of medical services
provided to the above-named patient.  Payment for these services is overdue as of this letter.
**PROVIDER:**  MANUEL V. FEIJOO, M.D. AND MANUEL V. FEIJOO, M.D. P.A.
**DATE OF SERVICE: MAY 1, 2018**
**CPT CODES:** see copy of bills attached

| **BILL** | **DEDUCTIBLE** | **CO-PAYMENT** | **PIP PAID** | **DUE** |
|---|---|---|---|---|
| $575.00 | UNKNOWN | UNKNOWN | $250.00 | $325.00 |

　　　　Enclosed please find the requisite itemized statement or copies of same in the form of
Health Care Finance Administration 1500 form or UB 92 forms previously submitted and
specifying each exact amount, the date of treatment, service, or accommodation, and the type of
benefit claimed to be due.  To the extent that this demand involves an insurer's withdrawal of
payment for future treatment not yet rendered, attached please find a copy of your notice
withdrawing such payment and an itemized statement of the type, frequency, and duration of
future treatment claimed to be reasonable and medically necessary.  Also, enclosed please find a
copy of the assignment of benefits executed by the patient. Pursuant to Florida Statute, demand
is also hereby made for reimbursement of the postage costs totaling $    .  Make checks payable
as follows: Medical Benefits to the provider: **Manuel V. Feijoo, M.D., and Manuel V. Feijoo,
M.D., P.A.**; and interest, postage and penalty to the **Law Offices of Kenneth B. Schurr, P.A.**

　　　　If there is additional coverage then we demand 100% of the difference between the billed

06/24/2019

amount and the amount paid. If there is a deductible or if the bills are paid at 100% please let us know.  If the insurance company is entitled to limit reimbursement based on 200% of Medicare or 80 percent of the maximum reimbursable allowance under workers' compensation, please produce a copy of the policy of insurance along with the payment.  We do not accept limitations unless your policy specifically provides for this limitation. It is our contention the charges are reasonable based on what other doctors charge and what other PIP insurers have allowed for these services.  If you have any questions about the bills at issue please compare the attached ledger to your explanation of benefits and please note we dispute each and every reduction and nonpayment.

Section 627.736(10) of the Florida Statutes requires that if payment of the overdue amount is made within thirty (30) business days of receipt of this letter, said payment must include the applicable interest and a ten (10%) percent penalty of the overdue amount paid, subject to maximum penalty of Two Hundred Fifty dollars (250). Failure to pay within the allowed period will result in the immediate institution of a civil suit for the damages, attorney's fees, and costs.

In addition, please provide the undersigned with the following:

1.   An up-to-date PIP payout log for this claim. Said payout log should not be redacted so that my client is able to accurately determine what is in fact due and owing.

2.   A copy of any all independent medical examination reports conducted by a physician after physical examination of the patient, a copy.

3.   A copy of any and all medical examination reports created by a physician without physical examination of the patient.

4.   A copy of any and all peer review medical reports created by a physician and/or billing service or by anyone else without physical examination of the patient.

5.   A copy of any and all reports created by a medical bill review service who has reviewed the billing by my client for this patient/insured.

6.   A copy of any document showing the scheduling and if applicable, missing of an independent medical examination by patient.

7.   A copy of any document showing the scheduling and, if applicable, missing of an examination under oath.

8.   Any document or correspondence detailing why there is no coverage for the patient on the date of loss.

In addition pursuant to Florida law, Florida Statutes 627.736 and 627.736(6)(d). A copy of all the Explanation of Benefits (EOBs) applicable to the above captioned medical provider's claim for the above captioned patient.

06/24/2019

Failure to comply with these requests will force my client to file a breach of contract
lawsuit and/or a declaratory lawsuit to determine what rights and benefits are in effect for my
client under the applicable insurance policy.

I look forward to your prompt response.

Sincerely,

Kenneth B. Schurr, Esq.
KBS/ds

**06/24/2019**

CARRIER

STATE FARM INS
P O BOX 106134

ATLANTA GA 30348

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA

1. ☐ MEDICARE (Medicare#) ☐ MEDICAID (Medicaid#) ☐ TRICARE (ID/DoD#) ☐ CHAMPVA (Member ID#) ☐ GROUP HEALTH PLAN (ID#) ☐ FECA BLK LUNG (ID#) ☐ OTHER (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): 593404N17

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): M■■■ T■■

3. PATIENT'S BIRTH DATE: 2003   SEX: M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial): M■■ T■■

5. PATIENT'S ADDRESS (No., Street):

6. PATIENT RELATIONSHIP TO INSURED: Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street):

CITY: MIAMI   STATE: FL

8. RESERVED FOR NUCC USE: X

CITY: MIAMI   STATE: FL

ZIP CODE: 33142   TELEPHONE (Include Area Code): ( )

ZIP CODE: 33142   TELEPHONE (Include Area Code): ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial):

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER:

a. OTHER INSURED'S POLICY OR GROUP NUMBER:

a. EMPLOYMENT? (Current or Previous): ☐ YES ☒ NO

a. INSURED'S DATE OF BIRTH:   SEX: M ☐ F ☐

b. RESERVED FOR NUCC USE:

b. AUTO ACCIDENT? ☒ YES ☐ NO   PLACE (State):

b. OTHER CLAIM ID (Designated by NUCC):

c. RESERVED FOR NUCC USE:

c. OTHER ACCIDENT? ☐ YES ☐ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME:

d. INSURANCE PLAN NAME OR PROGRAM NAME: ROBERT RUBENSTEIN

10d. CLAIM CODES (Designated by NUCC):

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☐ NO   If yes, complete items 9, 9a, and 9d.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE   DATE 05 29 18

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP): 03 15 18   QUAL.

15. OTHER DATE: QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION: FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: STEVE HALEGUA MD   17a.   17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES: FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC):

20. OUTSIDE LAB? ☐ YES ☐ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E): ICD Ind.

A. S199XX A   B.   C.   D.

E.   F.   G.   H.

I.   J.   K.   L.

22. RESUBMISSION CODE:   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER:

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 01 18 | 11 | 1 | 99204 | | S199XX A | 475 00 | 1 | | NPI | |
| 2 | 05 01 18 | 11 | 1 | 95851 | | S199XX A | 100 00 | 1 | | NPI | |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 650409050   SSN ☐ EIN ☒

26. PATIENT'S ACCOUNT NO.: M02685 1

27. ACCEPT ASSIGNMENT? ☒ YES ☐ NO

28. TOTAL CHARGE: $ 575 00

29. AMOUNT PAID: $ 0 00

30. Rsvd for NUCC Use: 575 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS: FEIJOO MANUEL V MD   05 29 18

32. SERVICE FACILITY LOCATION INFORMATION: MANUEL V FEIJOO MD PA   8370 SW 8TH STREET   MIAMI FL 33144   a. 1811923105   b. M063009

33. BILLING PROVIDER INFO & PH #: ( )   MANUEL V FEIJOO MD PA   8370 SW 8 TH STREET   MIAMI FL 33144   a. 1811923105   b.

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB-0938-1197 FORM 1500 (02-12)

022256

PLEASE INDICATE ACCOUNT NUMBER WHEN MAKING PAYMENT

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

06/24/2019

## Manuel V. Feijoo, M.D. & Manuel V. Feijoo, M.D., P.A.

8370 SW 8 Street - Miami, Florida 33144

### ASSIGNMENT OF INSURANCE BENEFITS, POWER OF ATTORNEY & RELEASE OF INFORMATION

I, the undersigned patient/insured knowingly, voluntarily and intentionally assign the benefits of insurance and any overdue interest payments under the No-Fault Policy of Automobile Insurance, also known as Personal Injury Protection (P.I.P.), or Medical Payments policy of insurance from my automobile policy of the responsible insurer to the above described medical providers (Manuel V. Feijoo, M.D. and Manuel V. Feijoo, M.D., P.A.) for any and all services rendered to the undersigned patient/insured, including the right to bring suit in a court of law for any failure to pay PIP benefits / insurance benefits. The patient understands it is the express intention of the provider to accept this assignment of benefits in lieu of demanding full payment at the time services are rendered. The undersigned assigns any and all claims for statutory bad faith to the above medical providers. If the insurer disputes the validity of this assignment of benefits then the insurer is instructed to notify the provider in writing within five (5) days of receipt of this document. I understand that this assignment will remain in full force and effect and will NOT be revoked unless the revocation is agreed to by both the medical providers and the undersigned patient or the patient's attorney. Since I have assigned my PIP benefits to the above-referenced medical provider, any prior reservation of benefits or demand for wage loss benefits is withdrawn. I am instructing the PIP carrier not to reserve any benefits and to pay all bills in the order received. This assignment applies to both past and future medical expenses and is valid even if undated. A photocopy of this assignment is to be considered as valid as the original. The undersigned patient/insured directs the insurer to pay the medical provider directly without including the patient's name on the check.

The insurer is directed by the provider and the patient/insured to not issue any checks or drafts in partial settlement of a claim that contain or are accompanied by language releasing the insurer or its insured/patient from liability unless there has been a prior written settlement agreed to by the medical provider and the insurer as to the amount payable under the insurance policy or contact. The provider hereby objects to any reductions or partial payments made at the discretion of the insurer. Any partial or reduced payment, regardless of the accompanying language, issued by the insurer and deposited by the provider shall be done so under protest, at the risk of the insurer, and the deposit shall not be deemed a waiver, accord, satisfaction, discharge, or settlement agreement by the provider to accept a reduced amount as payment in full. The insurer is hereby placed on notice that this provider reserves the right to seek the full amount of the bills submitted. Please acknowledge your acceptance of the foregoing terms by issuing a check for the services rendered by these medical providers payable to one or more of the medical provider(s) named herein, and not to the patient / claimant / insured. In the event the subject medical benefits are disputed by the insurer for any reason, including but not limited to, medical reasonableness and/or necessity, the undersigned patient/insured hereby instructs the insurer to set aside any amount disputed (i.e. to escrow the money) and not pay the disputed amount to anyone, including myself, or any entity until the dispute is resolved. The insurer is instructed to immediately explain in writing to the above provider of any dispute. If the insurer schedules an IME or EUO the insurer is hereby requested and authorized to send a copy of said notification to this provider. The provider is not the agent of the insurer or the patient for any purpose. The undersigned patient / insured agrees to pay any applicable deductible and co-payments for services rendered.

#### Release of Information:

I hereby authorize the above named medical providers to: furnish my insurance company or companies and the patient's attorney with any and all information that may be contained in my medical records; to obtain coverage information telephonically from my insurer; to request a written non-redacted PIP payout sheet from the insurer; and to obtain copies of my medical records, including but not limited to, documents, reports, scans, notes, opinions, X-rays, and MRIs, from any other medical provider or any insurance company. The insurer is directed to keep the patient's medical records private and confidential. The insurer is NOT authorized to provide these medical records to anyone, including but not limited to third party vendors and/or peer review non-examining physicians without the patient's and the provider's prior express written permission.

I hereby further request that my insurer cooperate with my provider in resolving any and all billing disputes over medical services rendered to me. This includes, but is not limited to, providing my provider with a copy of my insurance policy (including any declaration pages), PIP payout logs, payout ledgers, explanations of benefits, copies of checks, as well as a copy of any and all recorded statements, transcripts of examinations under oath (EUO's), and IME reports, and any and all other documents or information requested by [provider] or its attorneys, employees or other representatives acting on behalf of [provider] Should my insurer schedule an Independent Medical Examination (IME) or Examination Under Oath (EUO) as applicable under my insurance policy, I hereby request that my insurer send a courtesy copy of any IME or EUO notifications to my provider. I hereby acknowledge that this assignment does not transfer my duties to comply with the conditions of my insurance policy to my provider. I further authorize my insurer to speak with any employee, agent, attorney or other representative of [provider] and provide them with any and all information or documents not listed in this paragraph that they may request.

I certify that I have not been solicited or promised anything in exchange for receiving medical care or that I have received any promises or guarantees from anyone as to the results that may be obtained by any medical treatment. Caution! Please read before signing. If you do not completely understand this document please ask us to explain it to you. If you sign below we will assume you understand and agree to the terms.

Patient Signature X _____ ██████ _____     Date: _____

Patient Name (please print) _____

022276





State Farm Insurance Company
Attn: Chad Miller
P.O. Box 106134
Atlanta GA 30348-6134

KENNETH B. SCHURR, P.A.
Attorney at Law
2030 S. Douglas Road, Suite 105
Coral Gables, Florida 33134

CERTIFIED MAIL

7017 1070 0000 9439 3373

06/24/2019

**The Law Offices of**
**KENNETH B. SCHURR, P.A.**
Attorney At Law
2030 S. Douglas Road, Suite 105
Coral Gables, Florida 33134

Telephone (305) 441-9031
Telecopier (786) 221-2720

June 18, 2019

**Via certified mail, return receipt requested**
**7017 1070 0000 9439 3373**

State Farm Insurance Co.
Attn: Chad Miller
P.O. Box 106140
Atlanta, GA 30348

**DEMAND LETTER UNDER FL STATUTE 627.736 (10)**

| | | |
|---|---|---|
| RE: | **Claimant:** | J███ M. E████ |
| | **Insured:** | SAME |
| | **Claim Number:** | 593403x96 |
| | **Policy Number:** | e357930f2059a4 |
| | **Date of Loss:** | **March 20, 2018** |

Dear: Mr. Miller:

Please be advised that demand is hereby made for the payment of medical services provided to the above-named patient.  Payment for these services is overdue as of this letter.
**PROVIDER:**  MANUEL V. FEIJOO, M.D. AND MANUEL V. FEIJOO, M.D. P.A.
**DATE OF SERVICE: March 22, 2018**
**CPT CODES:**  see copy of bills attached

| BILL | DEDUCTIBLE | CO-PAYMENT | PIP PAID | DUE |
|---|---|---|---|---|
| $575.00 | UNKNOWN | UNKNOWN | UNKNOWN | $460.00 |

Enclosed please find the requisite itemized statement or copies of same in the form of Health Care Finance Administration 1500 form or UB 92 forms previously submitted and specifying each exact amount, the date of treatment, service, or accommodation, and the type of benefit claimed to be due.  To the extent that this demand involves an insurer's withdrawal of payment for future treatment not yet rendered, attached please find a copy of your notice withdrawing such payment and an itemized statement of the type, frequency, and duration of future treatment claimed to be reasonable and medically necessary.  Also, enclosed please find a copy of the assignment of benefits executed by the patient. Pursuant to Florida Statute, demand is also hereby made for reimbursement of the postage costs totaling $    .  Make checks payable as follows: Medical Benefits to the provider: **Manuel V. Feijoo, M.D., and Manuel V. Feijoo, M.D., P.A.;** and interest, postage and penalty to the **Law Offices of Kenneth B. Schurr, P.A.**

If there is additional coverage then we demand 100% of the difference between the billed

06/24/2019

amount and the amount paid. If there is a deductible or if the bills are paid at 100% please let us know.  If the insurance company is entitled to limit reimbursement based on 200% of Medicare or 80 percent of the maximum reimbursable allowance under workers' compensation, please produce a copy of the policy of insurance along with the payment.  We do not accept limitations unless your policy specifically provides for this limitation. It is our contention the charges are reasonable based on what other doctors charge and what other PIP insurers have allowed for these services.  If you have any questions about the bills at issue please compare the attached ledger to your explanation of benefits and please note we dispute each and every reduction and nonpayment.

Section 627.736(10) of the Florida Statutes requires that if payment of the overdue amount is made within thirty (30) business days of receipt of this letter, said payment must include the applicable interest and a ten (10%) percent penalty of the overdue amount paid, subject to maximum penalty of Two Hundred Fifty dollars (250). Failure to pay within the allowed period will result in the immediate institution of a civil suit for the damages, attorney's fees, and costs.

In addition, please provide the undersigned with the following:

1. An up-to-date PIP payout log for this claim. Said payout log should not be redacted so that my client is able to accurately determine what is in fact due and owing.

2. A copy of any all independent medical examination reports conducted by a physician after physical examination of the patient, a copy.

3. A copy of any and all medical examination reports created by a physician without physical examination of the patient.

4. A copy of any and all peer review medical reports created by a physician and/or billing service or by anyone else without physical examination of the patient.

5. A copy of any and all reports created by a medical bill review service who has reviewed the billing by my client for this patient/insured.

6. A copy of any document showing the scheduling and if applicable, missing of an independent medical examination by patient.

7. A copy of any document showing the scheduling and, if applicable, missing of an examination under oath.

8. Any document or correspondence detailing why there is no coverage for the patient on the date of loss.

In addition pursuant to Florida law, Florida Statutes 627.736 and 627.736(6)(d). A copy of all the Explanation of Benefits (EOBs) applicable to the above captioned medical provider's claim for the above captioned patient.

06/24/2019

      Failure to comply with these requests will force my client to file a breach of contract lawsuit and/or a declaratory lawsuit to determine what rights and benefits are in effect for my client under the applicable insurance policy.

      I look forward to your prompt response.

Sincerely,

Kenneth B. Schurr, Esq.
KBS/ds

06/24/2019

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

STATE FARM INS
P O BOX 106134

ATLANTA GA 30348

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER |
| (Medicare#) | (Medicaid#) | (ID/DoD#) | (Member ID#) | (ID#) | (ID#) | (ID#) |

1a. INSURED'S I.D. NUMBER (For Program in Item 1)
593403X96

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
E█ J█ M

3. PATIENT'S BIRTH DATE ████ 2000 SEX M F X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
E█ J█ M

5. PATIENT'S ADDRESS (No., Street) █████████

6. PATIENT RELATIONSHIP TO INSURED
Self Spouse Child Other X

7. INSURED'S ADDRESS (No., Street) ████████

CITY: MIAMI   STATE: FL
8. RESERVED FOR NUCC USE X
CITY: MIAMI   STATE: FL

ZIP CODE 33187   TELEPHONE (Include Area Code) (
ZIP CODE 33187   TELEPHONE (Include Area Code) (

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
E357930F2059A4

a. OTHER INSURED'S POLICY OR GROUP NUMBER
a. EMPLOYMENT? (Current or Previous) YES NO X
a. INSURED'S DATE OF BIRTH MM DD YY   SEX M F

b. RESERVED FOR NUCC USE
b. AUTO ACCIDENT? YES NO X   PLACE (State)
b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE
c. OTHER ACCIDENT? YES NO X
c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME
ROBERT RUBENSTEIN

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES NO   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE   DATE 04 28 18

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY 03 20 18   QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY   FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
MITZVAH CENTER FOR H
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY   FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?   YES NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind.
A. M54 16   B.   C. S199XXA   D.
E.   F.   G.   H.
I. M48 34   J.   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Fam Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 03 22 18 | 11 | 1 | 99204 | | M54 16 | 475 00 | 1 | | NPI | |
| 2 | 03 22 18 | 11 | 1 | 95851 | | M54 16 | 100 00 | 1 | | NPI | |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
650409050   X

26. PATIENT'S ACCOUNT NO.
E00420 1

27. ACCEPT ASSIGNMENT? YES X NO

28. TOTAL CHARGE
$ 575 00

29. AMOUNT PAID
$

30. Rsvd for NUCC Use
575 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
FEIJOO MANUEL V MD
SIGNED MED63009   DATE 04 28 18

32. SERVICE FACILITY LOCATION INFORMATION
MANUEL V FEIJOO MD PA
8370 SW 8TH STREET
MIAMI FL 33144
a. 1811923105   b.

33. BILLING PROVIDER INFO & PH # ( )
MANUEL V FEIJOO MD PA
8370 SW 8 TH STREET
MIAMI FL 33144
a. 1811923105   b.

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE

APPROVED OMB-0938-1197 FORM 1500 (02-12)
021258

PLEASE INDICATE ACCOUNT NUMBER WHEN MAKING PAYMENT

06/24/2019

## Manuel V. Feijoo, M.D. & Manuel V. Feijoo, M.D., P.A.
8370 SW 8 Street - Miami, Florida 33144

**ASSIGNMENT OF INSURANCE BENEFITS, POWER OF ATTORNEY & RELEASE OF INFORMATION**
I, the undersigned patient/insured knowingly, voluntarily and intentionally assign the benefits of insurance and any overdue interest payments under the No-Fault Policy of Automobile Insurance, also known as Personal Injury Protection (P.I.P.), or Medical Payments policy of insurance from my automobile insurer or the responsible insurer to the above described medical providers (Manuel V. Feijoo, M.D. and Manuel V. Feijoo, M.D., P.A.) for any and all services rendered to the undersigned patient/insured, including the right to bring suit in a court of law for any failure to pay PIP benefits / insurance benefits. The patient understands it is the express intention of the provider to accept this assignment of benefits in lieu of demanding full payment at the time services are rendered. The undersigned assigns any and all claims for statutory bad faith to the above medical providers. If the insurer disputes the validity of this assignment of benefits then the insurer is instructed to notify the provider in writing within five (5) days of receipt of this document. I understand this assignment will remain in full force and effect and will NOT be revoked unless the revocation is agreed to by both the medical providers and the undersigned patient or the patient's attorney. Since I have assigned my PIP benefits to the above-referenced medical provider, any prior reservation of benefits or demand for wage loss benefits is withdrawn. I am instructing the PIP carrier not to reserve any benefits and to pay all bills in the order received. This assignment applies to both past and future medical expenses and is valid even if undated. A photocopy of this assignment is to be considered as valid as the original. The undersigned patient/insured directs the insurer to pay the medical provider directly without including the patient's name on the check.

The insurer is directed by the provider and the patient/insured *to* not issue any checks or drafts in partial settlement of a claim that contain or are accompanied by language releasing the insurer or its insured/patient from liability unless there has been a prior written settlement agreed to by the medical provider and the insurer as to the amount payable under the insurance policy or contact. The provider hereby objects to any reductions or partial payments made at the discretion of the insurer. Any partial or reduced payment, regardless of the accompanying language, issued by the insurer and deposited by the provider shall be done so under protest, at the risk of the insurer, and the deposit shall not be deemed a waiver, accord, satisfaction, discharge, or settlement agreement by the provider to accept a reduced amount as payment in full. The insurer is hereby placed on notice that this provider reserves the right to seek the full amount of the bills submitted. Please acknowledge your acceptance of the foregoing terms by issuing a check for the services rendered by these medical providers payable to one or more of the medical provider(s) named herein, and not to the patient / claimant / insured. In the event the subject medical benefits are disputed by the insurer for any reason, including but not limited to, medical reasonableness and/or necessity, the undersigned patient/insured hereby instructs the insurer to set aside any amount disputed (i.e. to *screw the money*) and not pay the disputed amount to anyone, including myself, or any entity until the dispute is resolved. The insurer is instructed to immediately explain in writing to the above provider of any dispute. If the insurer schedules an IME or EUO the insurer is hereby requested and authorized to send a copy of said notification to this provider. The provider is not the agent of the insurer or the patient for any purpose. The undersigned patient / insured agrees to pay any applicable deductible and co-payments for services rendered.

**Release of Information:**

I hereby authorize the above named medical providers to: furnish my insurance company or companies and the patient's attorney with any and all information that may be contained in my medical records; to obtain coverage information telephonically from my insurer; to request a written non-redacted PIP payout sheet from the insurer; and to obtain copies of my medical records, including but not limited to, documents, reports, scans, notes, opinions, X-rays, and MRIs, from any other medical provider or any insurance company. The insurer is directed to keep the patient's medical records private and confidential. The insurer is NOT authorized to provide these medical records to anyone, including but not limited to third party vendors and/or peer review non-examining physicians without the patient's and the provider's prior express written permission.

I hereby further request that my insurer cooperate with my provider in resolving any and all billing disputes over medical services rendered to me. This includes, but is not limited to, providing my provider with a copy of my insurance policy (including any declaration pages), PIP payout logs, payout ledgers, explanations of benefits, copies of checks, as well as a copy of any and all recorded statements, transcripts of examinations under oath (EUO's), and IME reports, and any and all other documents or information requested by [provider] or its attorneys, employees or other representatives acting on behalf of [provider] Should my insurer schedule an Independent Medical Examination (IME) or Examination Under Oath (EUO) as applicable under my insurance policy, I hereby request that my insurer send a courtesy copy of any IME or EUO notifications to my provider. I hereby acknowledge that this assignment does not transfer my duties to comply with the conditions of my insurance policy to my provider. I further authorize my insurer to speak with any employee, agent, attorney or other representative of [provider] and provide them with any and all information or documents not listed in this paragraph that they may request.

I certify that I have not been solicited or promised anything in exchange for receiving medical care or that I have received any promises or guarantees from anyone as to the results that may be obtained by any medical treatment. Caution! Please read before signing. If you do not completely understand this document please ask us to explain it to you. If you sign below we will assume you understand and agree to the terms.

Patient Signature ███████████        Date: _____

Patient Name (please print) _____

021272

06/24/2019



06/24/2019

The Law Offices of
# KENNETH B. SCHURR, P.A.
Attorney At Law
2030 S. Douglas Road, Suite 105
Coral Gables, Florida 33134

Telephone (305) 441-9031
Telecopier (786) 221-2720

June 18, 2019

**Via certified mail, return receipt requested**
**7017 1070 0000 9439 3373**

State Farm Insurance Co.
Attn: Chad Miller
P.O. Box 106140
Atlanta, GA 30348

**DEMAND LETTER UNDER FL STATUTE 627.736 (10)**

RE:    **Claimant:**        L███O███A███
       **Insured:**         SAME
       **Claim Number:**    593677h66
       **Policy Number:**   d95527359
       **Date of Loss:**    **March 16, 2018**

Dear: Mr. Miller:

        Please be advised that demand is hereby made for the payment of medical services
provided to the above-named patient.   Payment for these services is overdue as of this letter.
**PROVIDER:**  MANUEL V. FEIJOO, M.D. AND MANUEL V. FEIJOO, M.D. P.A.
**DATE OF SERVICE: April 23, 2018**
**CPT CODES:**  see copy of bills attached

| **BILL** | **DEDUCTIBLE** | **CO-PAYMENT** | **PIP PAID** | **DUE** |
|---|---|---|---|---|
| $575.00 | UNKNOWN | UNKNOWN | UNKNOWN | $460.00 |

        Enclosed please find the requisite itemized statement or copies of same in the form of
Health Care Finance Administration 1500 form or UB 92 forms previously submitted and
specifying each exact amount, the date of treatment, service, or accommodation, and the type of
benefit claimed to be due.  To the extent that this demand involves an insurer's withdrawal of
payment for future treatment not yet rendered, attached please find a copy of your notice
withdrawing such payment and an itemized statement of the type, frequency, and duration of
future treatment claimed to be reasonable and medically necessary.  Also, enclosed please find a
copy of the assignment of benefits executed by the patient. Pursuant to Florida Statute, demand
is also hereby made for reimbursement of the postage costs totaling $    .  Make checks payable
as follows: Medical Benefits to the provider: **Manuel V. Feijoo, M.D., and Manuel V. Feijoo,
M.D., P.A.;** and interest, postage and penalty to the **Law Offices of Kenneth B. Schurr, P.A.**

        If there is additional coverage then we demand 100% of the difference between the billed

06/24/2019

amount and the amount paid. If there is a deductible or if the bills are paid at 100% please let us
know.  If the insurance company is entitled to limit reimbursement based on 200% of Medicare
or 80 percent of the maximum reimbursable allowance under workers' compensation, please
produce a copy of the policy of insurance along with the payment.  We do not accept limitations
unless your policy specifically provides for this limitation. It is our contention the charges are
reasonable based on what other doctors charge and what other PIP insurers have allowed for
these services.  If you have any questions about the bills at issue please compare the attached
ledger to your explanation of benefits and please note we dispute each and every reduction and
nonpayment.

        Section 627.736(10) of the Florida Statutes requires that if payment of the overdue
amount is made within thirty (30) business days of receipt of this letter, said payment must
include the applicable interest and a ten (10%) percent penalty of the overdue amount paid,
subject to maximum penalty of Two Hundred Fifty dollars (250). Failure to pay within the
allowed period will result in the immediate institution of a civil suit for the damages, attorney's
fees, and costs.

        In addition, please provide the undersigned with the following:

1.      An up-to-date PIP payout log for this claim. Said payout log should not be redacted so
        that my client is able to accurately determine what is in fact due and owing.

2.      A copy of any all independent medical examination reports conducted by a physician
        after physical examination of the patient, a copy.

3.      A copy of any and all medical examination reports created by a physician without
        physical examination of the patient.

4.      A copy of any and all peer review medical reports created by a physician and/or billing
        service or by anyone else without physical examination of the patient.

5.      A copy of any and all reports created by a medical bill review service who has reviewed
        the billing by my client for this patient/insured.

6.      A copy of any document showing the scheduling and if applicable, missing of an
        independent medical examination by patient.

7.      A copy of any document showing the scheduling and, if applicable, missing of an
        examination under oath.

8.      Any document or correspondence detailing why there is no coverage for the patient on
        the date of loss.

        In addition pursuant to Florida law, Florida Statutes 627.736 and 627.736(6)(d).
A copy of all the Explanation of Benefits (EOBs) applicable to the above captioned
medical provider's claim for the above captioned patient.

06/24/2019

Failure to comply with these requests will force my client to file a breach of contract lawsuit and/or a declaratory lawsuit to determine what rights and benefits are in effect for my client under the applicable insurance policy.

I look forward to your prompt response.

Sincerely,

Kenneth B. Schurr, Esq
KBS/ds

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

STATE FARM INS
P O BOX 106134

ATLANTA  GA 30348

| | PICA | | | PICA | |

| 1. MEDICARE (Medicare#) | MEDICAID (Medicaid#) | TRICARE (ID/DoD#) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (ID#) | FECA BLK LUNG (ID#) | OTHER (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| | | | | | | | 593677H66 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
A███ L███

3. PATIENT'S BIRTH DATE ██ ██ 1962 SEX X M F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
A███ L███ ON

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED  Self X  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)

C███  PALMETO BAY  STATE FL

8. RESERVED FOR NUCC USE  X

C███  PALMETO BAY  STATE FL

ZIP CODE 33157  TELEPHONE (Include Area Code) ( )

ZIP CODE 33157  TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
D95527359

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  YES  X NO

a. INSURED'S DATE OF BIRTH MM DD YY  SEX M F

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  YES  X NO  PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  YES  X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES  NO  If yes, complete items 9, 9a, and 9d.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE  DATE 05 29 18

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  03 26 18  QUAL.

15. OTHER DATE  QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
STEVE HALEGUA MD  17a.  17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES  NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)  ICD Ind.
A. M54 16  B.  C.  D.
E. M12512  F.  G.  H.
I.  J.  K.  L.

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 23 18 | | 11 | 1 | 99204 | | M54 16 | 475 00 | 1 | | NPI |
| 2 | 04 23 18 | | 11 | 1 | 95851 | | M54 16 | 100 00 | 1 | | NPI |
| 3 | | | | | | | | | | | NPI |
| 4 | | | | | | | | | | | NPI |
| 5 | | | | | | | | | | | NPI |
| 6 | | | | | | | | | | | NPI |

25. FEDERAL TAX I.D. NUMBER  650409050  SSN EIN X

26. PATIENT'S ACCOUNT NO.  A01740 1

27. ACCEPT ASSIGNMENT?  X YES  NO

28. TOTAL CHARGE  $ 575 00

29. AMOUNT PAID  $ 0 00

30. Rsvd for NUCC Use  575 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
FEIJOO MANUEL V MD
SIGNED  063009  DATE 05 29 18

32. SERVICE FACILITY LOCATION INFORMATION
MANUEL V FEIJOO MD PA
8370 SW 8TH STREET
MIAMI  FL 33144
a. 1811923105 b.

33. BILLING PROVIDER INFO & PH # ( )
MANUEL V FEIJOO MD PA
8370 SW 8 TH STREET
MIAMI  FL 33144
a. 1811923105 b.

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE  APPROVED OMB-0938-1197 FORM 1500 (02-12)  020683

PLEASE INDICATE ACCOUNT NUMBER WHEN MAKING PAYMENT

06/24/2019

## Manuel V. Feijoo, M.D. & Manuel V. Feijoo, M.D., P.A.
8370 SW 8 Street - Miami, Florida 33144

**ASSIGNMENT OF INSURANCE BENEFITS, POWER OF ATTORNEY & RELEASE OF INFORMATION**

I, the undersigned patient/insured knowingly, voluntarily and intentionally assign the benefits of insurance and any overdue interest payments under the No-Fault Policy of Automobile Insurance, also known as Personal Injury Protection (P.I.P.), or Medical Payments policy of insurance from my automobile insurer or the responsible insurer to the above described medical providers (Manuel V. Feijoo, M.D. and Manuel V. Feijoo, M.D., P.A.) for any and all services rendered to the undersigned patient/insured, including the right to bring suit in a court of law for any failure to pay PIP benefits / insurance benefits. The patient understands it is the express intention of the provider to accept this assignment of benefits in lieu of demanding full payment at the time services are rendered. The undersigned assigns any and all claims for statutory bad faith to the above medical providers. If the insurer disputes the validity of this assignment of benefits then the insurer is instructed to notify the provider in writing within five (5) days of receipt of this document. I understand that assignment will remain in full force and effect and will NOT be revoked unless the revocation is agreed to by both the medical providers and the undersigned patient or the patient's attorney. Since I have assigned my PIP benefits to the above-referenced medical provider, any prior reservation of benefits or demand for wage loss benefits is withdrawn. I am instructing the PIP carrier not to reserve any benefits and to pay all bills in the order received. This assignment applies to both past and future medical expenses and is valid even if undated. A photocopy of this assignment is to be considered as valid as the original. The undersigned patient/insured directs the insurer to pay the medical provider directly without including the patient's name on the check.

The insurer is directed by the provider and the patient/insured to not issue any checks or drafts in partial settlement of a claim that contain or are accompanied by language releasing the insurer or its insured/patient from liability unless there has been a prior written settlement agreed to by the medical provider and the insurer as to the amount payable under the insurance policy or contact. The provider hereby objects to any reductions or partial payments made at the discretion of the insurer. Any partial or reduced payment, regardless of the accompanying language, issued by the insurer and deposited by the provider shall be done so under protest, at the risk of the insurer, and the deposit shall not be deemed a waiver, accord, satisfaction, discharge, or settlement agreement by the provider to accept a reduced amount as payment in full. The insurer is hereby placed on notice that this provider reserves the right to seek the full amount of the bills submitted. Please acknowledge your acceptance of the foregoing terms by issuing a check for the services rendered by these medical providers payable to one or more of the medical provider(s) named herein, and not to the patient / claimant / insured. In the event the subject medical benefits are disputed by the insurer for any reason, including but not limited to, medical reasonableness and/or necessity, the undersigned patient/insured hereby instructs the insurer to set aside any amount disputed (i.e. to escrow the money) and not pay the disputed amount to anyone, including myself, or any entity until the dispute is resolved. The insurer is instructed to immediately explain in writing to the above provider of any dispute. If the insurer schedules an IME or EUO the insurer is hereby requested and authorized to send a copy of said notification to this provider. The provider is not the agent of the insurer or the patient for any purpose. The undersigned patient / insured agrees to pay any applicable deductible and co-payments for services rendered.

**Release of Information:**

I hereby authorize the above named medical providers to: furnish my insurance company or companies and the patient's attorney with any and all information that may be contained in my medical records; to obtain coverage information telephonically from my insurer; to request a written non-redacted PIP payout sheet from the insurer; and to obtain copies of my medical records, including but not limited to, documents, reports, scans, notes, opinions, X-rays, and MRIs, from any other medical provider or any insurance company. The insurer is directed to keep the patient's medical records private and confidential. The insurer is NOT authorized to provide these medical records to anyone, including but not limited to third party vendors and/or peer review non-examining physicians without the patient's and the provider's prior express written permission.

I hereby further request that my insurer cooperate with my provider in resolving any and all billing disputes over medical services rendered to me. This includes, but is not limited to, providing my provider with a copy of my insurance policy (including any declaration pages), PIP payout logs, payout ledgers, explanations of benefits, copies of checks, as well as a copy of any and all recorded statements, transcripts of examinations under oath (EUO's), and IME reports, and any and all other documents or information requested by [provider] or its attorneys, employees or other representatives acting on behalf of [provider] Should my insurer schedule an Independent Medical Examination (IME) or Examination Under Oath (EUO) as applicable under my insurance policy, I hereby request that my insurer send a courtesy copy of any IME or EUO notifications to my provider. I hereby acknowledge that this assignment does not transfer my duties to comply with the conditions of my insurance policy to my provider. I further authorize my insurer to speak with any employee, agent, attorney or other representative of [provider] and provide them with any and all information or documents not listed in this paragraph that they may request.

I certify that I have not been solicited or promised anything in exchange for receiving medical care or that I have received any promises or guarantees from anyone as to the results that may be obtained by any medical treatment. Caution! Please read before signing. If you do not completely understand this document please ask us to explain it to you. If you sign below we will assume you understand and agree to the terms.

Patient Signature: █████████████    Date: 4/23/18

Patient Name (please print) _____

020696

06/24/2019



KENNETH B. SCHURR, P.A.
Attorney At Law
2030 S. Douglas Road, Suite 105
Coral Gables, Florida 33134

CERTIFIED MAIL

7017 1070 0000 4434 3373

State Farm Insurance Company
Attn: Chad Miller
P.O. Box 106134
Atlanta GA 30348-6134

06/24/2019

The Law Offices of
# KENNETH B. SCHURR, P.A.
Attorney At Law
2030 S. Douglas Road, Suite 105
Coral Gables, Florida 33134

Telephone (305) 441-9031
Telecopier (786) 221-2720

June 18, 2019

**Via certified mail, return receipt requested**
**7017 1070 0000 9439 3373**

State Farm Insurance Co.
Attn: Chad Miller
P.O. Box 106140
Atlanta, GA 30348

<u>DEMAND LETTER UNDER FL STATUTE 627.736 (10)</u>

RE:    **Claimant:**      C████████A████
       **Insured:**       SAME
       **Claim Number:**  593472z81
       **Policy Number:** 0036570f0159q4
       **Date of Loss:**  **March 27, 2018**

Dear: Mr. Miller:

Please be advised that demand is hereby made for the payment of medical services provided to the above-named patient.  Payment for these services is overdue as of this letter. **PROVIDER:**  MANUEL V. FEIJOO, M.D. AND MANUEL V. FEIJOO, M.D. P.A.
**DATE OF SERVICE: April 16, 2018**
**CPT CODES:**  see copy of bills attached

| **BILL** | **DEDUCTIBLE** | **CO-PAYMENT** | **PIP PAID** | **DUE** |
|----------|----------------|----------------|--------------|---------|
| $575.00  | UNKNOWN        | UNKNOWN        | UNKNOWN      | $460.00 |

Enclosed please find the requisite itemized statement or copies of same in the form of Health Care Finance Administration 1500 form or UB 92 forms previously submitted and specifying each exact amount, the date of treatment, service, or accommodation, and the type of benefit claimed to be due.  To the extent that this demand involves an insurer's withdrawal of payment for future treatment not yet rendered, attached please find a copy of your notice withdrawing such payment and an itemized statement of the type, frequency, and duration of future treatment claimed to be reasonable and medically necessary.  Also, enclosed please find a copy of the assignment of benefits executed by the patient. Pursuant to Florida Statute, demand is also hereby made for reimbursement of the postage costs totaling $    .  Make checks payable as follows: Medical Benefits to the provider: **Manuel V. Feijoo, M.D., and Manuel V. Feijoo, M.D., P.A.**; and interest, postage and penalty to the **Law Offices of Kenneth B. Schurr, P.A.**

If there is additional coverage then we demand 100% of the difference between the billed

06/24/2019

amount and the amount paid. If there is a deductible or if the bills are paid at 100% please let us
know.  If the insurance company is entitled to limit reimbursement based on 200% of Medicare
or 80 percent of the maximum reimbursable allowance under workers' compensation, please
produce a copy of the policy of insurance along with the payment.  We do not accept limitations
unless your policy specifically provides for this limitation. It is our contention the charges are
reasonable based on what other doctors charge and what other PIP insurers have allowed for
these services.  If you have any questions about the bills at issue please compare the attached
ledger to your explanation of benefits and please note we dispute each and every reduction and
nonpayment.

Section 627.736(10) of the Florida Statutes requires that if payment of the overdue
amount is made within thirty (30) business days of receipt of this letter, said payment must
include the applicable interest and a ten (10%) percent penalty of the overdue amount paid,
subject to maximum penalty of Two Hundred Fifty dollars (250). Failure to pay within the
allowed period will result in the immediate institution of a civil suit for the damages, attorney's
fees, and costs.

In addition, please provide the undersigned with the following:

1.      An up-to-date PIP payout log for this claim. Said payout log should not be redacted so
that my client is able to accurately determine what is in fact due and owing.

2.      A copy of any all independent medical examination reports conducted by a physician
after physical examination of the patient, a copy.

3.      A copy of any and all medical examination reports created by a physician without
physical examination of the patient.

4.      A copy of any and all peer review medical reports created by a physician and/or billing
service or by anyone else without physical examination of the patient.

5.      A copy of any and all reports created by a medical bill review service who has reviewed
the billing by my client for this patient/insured.

6.      A copy of any document showing the scheduling and if applicable, missing of an
independent medical examination by patient.

7.      A copy of any document showing the scheduling and, if applicable, missing of an
examination under oath.

8.      Any document or correspondence detailing why there is no coverage for the patient on
the date of loss.

In addition pursuant to Florida law, Florida Statutes 627.736 and 627.736(6)(d).
A copy of all the Explanation of Benefits (EOBs) applicable to the above captioned
medical provider's claim for the above captioned patient.

06/24/2019

  Failure to comply with these requests will force my client to file a breach of contract lawsuit and/or a declaratory lawsuit to determine what rights and benefits are in effect for my client under the applicable insurance policy.

  I look forward to your prompt response.

  Sincerely,

Kenneth B. Schurr, Esq.
KBS/ds

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

STATE FARM INS
P O BOX 106134

ATLANTA GA 30348

06/24/2019

CARRIER

| | PICA | | | | | | | | PICA | |
|---|---|---|---|---|---|---|---|---|---|---|

1. MEDICARE ☐ (Medicare#)  MEDICAID ☐ (Medicaid#)  TRICARE ☐ (ID#/DoD#)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (ID#)  FECA BLK LUNG ☐ (ID#)  OTHER ☐ (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1)
593472281

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
A ▉ CRHISTOPHER

3. PATIENT'S BIRTH DATE  ▉ 1983 ▉  SEX  M X  F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
A ▉ C ▉

5. PATIENT'S ADDRESS (No., Street)
▉

6. PATIENT RELATIONSHIP TO INSURED
Self X  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
▉

CITY MIAMI LAKES  STATE FL

8. RESERVED FOR NUCC USE  X

CITY MIAMI LAKES  STATE FL

ZIP CODE 33016  TELEPHONE (Include Area Code) ( )

ZIP CODE 33016  TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
0036570F0159Q4

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  YES ☐  NO X

a. INSURED'S DATE OF BIRTH ▉ ▉  SEX  M ☐  F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  YES X  NO ☐  PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  YES ☐  NO X

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES ☐  NO ☐  If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE  DATE  05-29-18

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  03 27 18  QUAL.

15. OTHER DATE  QUAL.  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
VIDA CHIROPRACTIC

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES ☐  NO ☐  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)  ICD Ind.
A. M48 34  B.  C.  D.
E.  F.  G.  H.
I. S199XX A  J.  K.  L.

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 16 18 | | 11 | 1 | 99204 | | M48 34 | 475 00 | 1 | | NPI |
| 2 | 04 16 18 | | 11 | 1 | 95851 | | M48 34 | 100 00 | 1 | | NPI |
| 3 | | | | | | | | | | | NPI |
| 4 | | | | | | | | | | | NPI |
| 5 | | | | | | | | | | | NPI |
| 6 | | | | | | | | | | | NPI |

25. FEDERAL TAX I.D. NUMBER  650409050  SSN ☐ EIN X

26. PATIENT'S ACCOUNT NO.  A01739 1

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  YES X  NO ☐

28. TOTAL CHARGE  $ 575 00

29. AMOUNT PAID  $

30. Rsvd for NUCC Use  575 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
FEIJOO MANUEL V MD
SIGNED M063009  DATE 05 29 18

32. SERVICE FACILITY LOCATION INFORMATION
MANUEL V FEIJOO MD PA
8370 SW 8TH STREET
MIAMI FL 33144
a. 1811923105  b.

33. BILLING PROVIDER INFO & PH # ( )
MANUEL V FEIJOO MD PA
8370 SW 8 TH STREET
MIAMI FL 33144
a. 1811923105  b.

NUCC Instruction Manual available at: www.nucc.org  **PLEASE PRINT OR TYPE**  APPROVED OMB-0938-1197 FORM 1500 (02-12)
020728

PLEASE INDICATE ACCOUNT NUMBER WHEN MAKING PAYMENT

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

06/24/2019

## Manuel V. Feijoo, M.D. & Manuel V. Feijoo, M.D., P.A.

8370 SW 8 Street - Miami, Florida 33144

### ASSIGNMENT OF INSURANCE BENEFITS, POWER OF ATTORNEY & RELEASE OF INFORMATION

I, the undersigned patient/insured knowingly, voluntarily and intentionally assign the benefits of insurance and any overdue interest payments under the No-Fault Policy of Automobile Insurance, also known as Personal Injury Protection (P.I.P.), or Medical Payments policy of insurance from my automobile insurer or the responsible insurer to the above described medical providers (Manuel V. Feijoo, M.D. and Manuel V. Feijoo, M.D., P.A.) for any and all services rendered to the undersigned patient/insured, including the right to bring suit in a court of law for any failure to pay PIP benefits / insurance benefits. The patient understands it is the express intention of the provider to accept this assignment of benefits in lieu of demanding full payment at the time services are rendered. The undersigned assigns any and all claims for statutory bad faith to the above medical providers. If the insurer disputes the validity of this assignment of benefits then the insurer is instructed to notify the provider in writing within five (5) days of receipt of this document. I understand this assignment will remain in full force and effect and will NOT be revoked *unless the revocation is agreed to by both the medical providers and the undersigned patient or the patient's attorney. Since I have assigned my PIP benefits to the above-referenced medical provider, any prior reservation of benefits or demand for wage loss benefits is withdrawn. I am* instructing the PIP carrier not to reserve any benefits and to pay all bills in the order received. This assignment applies to both past and future medical expenses and is valid even if undated. A photocopy of this assignment is to be considered as valid as the original. The undersigned patient/insured directs the insurer to pay the medical provider directly without including the patient's name on the check.

The insurer is directed by the provider and the patient/insured *to* not issue any checks or drafts in partial settlement of a claim that contain or are accompanied by language releasing the insurer or its insured/patient from liability unless there has been a prior written settlement agreed to by the medical provider and the insurer as to the amount payable under the insurance policy or contract. The provider hereby objects to any reductions or partial payments made at the discretion of the insurer. Any partial or reduced payment, regardless of the accompanying language, issued by the insurer and deposited by the provider shall be done so under protest, at the risk of the insurer, and the deposit shall not be deemed a waiver, accord, satisfaction, discharge, or settlement agreement by the provider to accept a reduced amount as payment in full. *The insurer is hereby placed on notice that this* provider reserves the right to seek the full amount of the bills submitted. Please acknowledge your acceptance of the foregoing terms by issuing a check for the services rendered by these medical providers payable to one or more of the medical provider(s) named herein, and not to the patient / claimant / insured. In the event the subject medical benefits are disputed by the insurer for any reason, including but not limited to, medical reasonableness and/or necessity, the undersigned patient/insured hereby instructs the insurer to set aside any amount disputed (i.e. to  screw the money) and not pay the disputed amount to anyone, including myself, or any entity until the dispute is resolved. The insurer is instructed to immediately explain in writing to the above provider of any dispute. If the insurer schedules an IME or EUO the insurer is hereby requested and authorized to send a copy of said notification to this provider. The provider is not the agent of the insurer or the patient for any purpose. The undersigned patient / insured agrees to pay any applicable deductible and co-payments for services rendered.

### Release of Information:

I hereby authorize the above named medical providers to: furnish my insurance company or companies and the patient's attorney with any and all information that may be contained in my medical records; to obtain coverage information telephonically from my insurer; to request a written non-redacted PIP payout sheet from the insurer; and to obtain copies of my medical records, including but not limited to, documents, reports, scans, notes, opinions, X-rays, and MRIs, from any other medical provider or any insurance company. The insurer is directed to keep the patient's medical records private and confidential. The insurer is NOT authorized to provide these medical records to anyone, including but not limited to third party vendors and/or peer review non-examining physicians without the patient's and the provider's prior express written permission.

*I hereby further request that my insurer cooperate with my provider in resolving any and all billing disputes over medical services* rendered to me. This includes, but is not limited to, providing my provider with a copy of my insurance policy (including any declaration pages), PIP payout logs, payout ledgers, explanations of benefits, copies of checks, as well as a copy of any and all recorded statements, transcripts of examinations under oath (EUO's), and IME reports, and any and all other documents or information requested by [provider] or its attorneys, employees or other representatives acting on behalf of [provider] Should my insurer schedule an Independent Medical Examination (IME) or Examination Under Oath (EUO) as applicable under my insurance policy, I hereby request that my insurer send a courtesy copy of any IME or EUO notifications to my provider. I hereby acknowledge that this assignment does not transfer my duties to comply with the conditions of my insurance policy to my provider. I further authorize my insurer to speak with any employee, agent, attorney or other representative of [provider] and provide them with any and all information or documents not listed in this paragraph that they may request.

I certify that I have not been solicited or promised anything in exchange for receiving medical care or that I have received any promises or guarantees from anyone as to the results that may be obtained by any medical treatment. Caution! Please read before signing. If you do not completely understand this document please ask us to explain it to you. If you sign below we will assume you understand and agree to the terms.

Patient Signature ▢           Date: 4/16/18

Patient Name (please print) ▢ 

020742

06/24/2019



06242019

The Law Offices of
**KENNETH B. SCHURR, P.A.**
Attorney At Law
2030 S. Douglas Road, Suite 105
Coral Gables, Florida 33134

Telephone (305) 441-9031
Telecopier (786) 221-2720

June 18, 2019

**Via certified mail, return receipt requested**
**7017 1070 0000 9439 3373**

State Farm Insurance Co.
Attn: Chad Miller
P.O. Box 106140
Atlanta, GA 30348

**DEMAND LETTER UNDER FL STATUTE 627.736 (10)**

RE:  **Claimant:**      A███ F███
      **Insured:**       **SAME**
      **Claim Number:**  **593618t05**
      **Policy Number:** **e590526f2059**
      **Date of Loss:**  **April 7, 2018**

Dear: Mr. Miller:

    Please be advised that demand is hereby made for the payment of medical services
provided to the above-named patient.   Payment for these services is overdue as of this letter.
**PROVIDER:**  MANUEL V. FEIJOO, M.D. AND MANUEL V. FEIJOO, M.D. P.A.
**DATE OF SERVICE: April 9, 2018 through May 20, 2018**
**CPT CODES:**  see copy of bills attached

| **BILL** | **DEDUCTIBLE** | **CO-PAYMENT** | **PIP PAID** | **DUE** |
|---|---|---|---|---|
| $1,475.00 | UNKNOWN | UNKNOWN | UNKNOWN | $1,180.00 |

    Enclosed please find the requisite itemized statement or copies of same in the form of
Health Care Finance Administration 1500 form or UB 92 forms previously submitted and
specifying each exact amount, the date of treatment, service, or accommodation, and the type of
benefit claimed to be due.  To the extent that this demand involves an insurer's withdrawal of
payment for future treatment not yet rendered, attached please find a copy of your notice
withdrawing such payment and an itemized statement of the type, frequency, and duration of
future treatment claimed to be reasonable and medically necessary.  Also, enclosed please find a
copy of the assignment of benefits executed by the patient. Pursuant to Florida Statute, demand
is also hereby made for reimbursement of the postage costs totaling $    .  Make checks payable
as follows: Medical Benefits to the provider: **Manuel V. Feijoo, M.D., and Manuel V. Feijoo,**
**M.D., P.A.**; and interest, postage and penalty to the **Law Offices of Kenneth B. Schurr, P.A.**

    If there is additional coverage then we demand 100% of the difference between the billed

06242019

amount and the amount paid. If there is a deductible or if the bills are paid at 100% please let us
know.  If the insurance company is entitled to limit reimbursement based on 200% of Medicare
or 80 percent of the maximum reimbursable allowance under workers' compensation, please
produce a copy of the policy of insurance along with the payment.  We do not accept limitations
unless your policy specifically provides for this limitation. It is our contention the charges are
reasonable based on what other doctors charge and what other PIP insurers have allowed for
these services.  If you have any questions about the bills at issue please compare the attached
ledger to your explanation of benefits and please note we dispute each and every reduction and
nonpayment.

     Section 627.736(10) of the Florida Statutes requires that if payment of the overdue
amount is made within thirty (30) business days of receipt of this letter, said payment must
include the applicable interest and a ten (10%) percent penalty of the overdue amount paid,
subject to maximum penalty of Two Hundred Fifty dollars (250). Failure to pay within the
allowed period will result in the immediate institution of a civil suit for the damages, attorney's
fees, and costs.

     *In addition, please provide the undersigned with the following:*

1.    An up-to-date PIP payout log for this claim. Said payout log should _not_ be redacted so
      that my client is able to accurately determine what is in fact due and owing.

2.    A copy of any all independent medical examination reports conducted by a physician
      after physical examination of the patient, a copy.

3.    A copy of any and all medical examination reports created by a physician without
      physical examination of the patient.

4.    A copy of any and all peer review medical reports created by a physician and/or billing
      service or by anyone else without physical examination of the patient.

5.    A copy of any and all reports created by a medical bill review service who has reviewed
      *the billing by my client for this patient/insured.*

6.    A copy of any document showing the scheduling and if applicable, missing of an
      independent medical examination by patient.

7.    A copy of any document showing the scheduling and, if applicable, missing of an
      examination under oath.

8.    Any document or correspondence detailing why there is no coverage for the patient on
      the date of loss.

     In addition pursuant to Florida law, Florida Statutes 627.736 and 627.736(6)(d).
A copy of all the Explanation of Benefits (EOBs) applicable to the above captioned
medical provider's claim for the above captioned patient.

06242019

Failure to comply with these requests will force my client to file a breach of contract
lawsuit and/or a declaratory lawsuit to determine what rights and benefits are in effect for my
client under the applicable insurance policy.

I look forward to your prompt response.

Sincerely,

Kenneth B. Schurr, Esq.
KBS/ds

06/24/2019

## Manuel V. Feijoo, M.D. & Manuel V. Feijoo, M.D., P.A.
8370 SW 8 Street - Miami, Florida 33144

**ASSIGNMENT OF INSURANCE BENEFITS, POWER OF ATTORNEY & RELEASE OF INFORMATION**

I, the undersigned patient/insured knowingly, voluntarily and intentionally assign the benefits of insurance and any overdue interest payments under the No-Fault Policy of Automobile Insurance, also known as Personal Injury Protection (P.I.P.), or Medical Payments policy of insurance from my automobile insurer or the responsible insurer to the above described medical providers (Manuel V. Feijoo, M.D. and Manuel V. Feijoo, M.D., P.A.) for any and all services rendered to the undersigned patient/insured, including the right to bring suit in a court of law for any failure to pay PIP benefits / insurance benefits. The patient understands it is the express intention of the provider to accept this assignment of benefits in lieu of demanding full payment at the time services are rendered. The undersigned assigns any and all claims for statutory bad faith to the above medical providers. If the insurer disputes the validity of this assignment of benefits then the insurer is instructed to notify the provider in writing within five (5) days of receipt of this document. I understand this assignment will remain in full force and effect and will NOT be revoked unless the revocation is agreed to by both the medical providers and the undersigned patient or the patient's attorney. Since I have assigned my PIP benefits to the above-referenced medical provider, any prior reservation of benefits or demand for wage loss benefits is withdrawn. I am instructing the PIP carrier not to reserve any benefits and to pay all bills in the order received. This assignment applies to both past and future medical expenses and is valid even if undated. A photocopy of this assignment is to be considered as valid as the original. The undersigned patient/insured directs the insurer to pay the medical provider directly without including the patient's name on the check.

The insurer is directed by the provider and the patient/insured *to* not issue any checks or drafts in partial settlement of a claim that contain or are accompanied by language releasing the insurer or its insured/patient from liability unless there has been a prior written settlement agreed to by the medical provider and the insurer as to the amount payable under the insurance policy or contact. The provider hereby objects to any reductions or partial payments made at the discretion of the insurer. Any partial or reduced payment, regardless of the accompanying language, issued by the insurer and deposited by the provider shall be done so under protest, at the risk of the insurer, and the deposit shall not be deemed a waiver, accord, satisfaction, discharge, or settlement agreement by the provider to accept a reduced amount as payment in full. The insurer is hereby placed on notice that this provider reserves the right to seek the full amount of the bills submitted. Please acknowledge your acceptance of the foregoing terms by issuing a check for the services rendered by these medical providers payable to one or more of the medical provider(s) named herein, and not to the patient / claimant / insured. In the event the subject medical benefits are disputed by the insurer for any reason, including but not limited to, medical reasonableness and/or necessity, the undersigned patient/insured hereby instructs the insurer to set aside any amount disputed (i.e. to screw the money) and not pay the disputed amount to anyone, including myself, or any entity until the dispute is resolved. The insurer is instructed to immediately explain in writing to the above provider of any dispute. If the insurer schedules an IME or EUO the insurer is hereby requested and authorized to send a copy of said notification to this provider. The provider is not the agent of the insurer or the patient for any purpose. The undersigned patient / insured agrees to pay any applicable deductible and co-payments for services rendered.

**Release of Information:**

I hereby authorize the above named medical providers to: furnish my insurance company or companies and the patient's attorney with any and all information that may be contained in my medical records; to obtain coverage information telephonically from my insurer; to request a written non-redacted PIP payout sheet from the insurer; and to obtain copies of my medical records, including but not limited to, documents, reports, scans, notes, opinions, X-rays, and MRIs, from any other medical provider or any insurance company. The insurer is directed to keep the patient's medical records private and confidential. The insurer is NOT authorized to provide these medical records to anyone, including but not limited to third party vendors and/or peer review non-examining physicians without the patient's and the provider's prior express written permission.

I hereby further request that my insurer cooperate with my provider in resolving any and all billing disputes over medical services rendered to me. This includes, but is not limited to, providing my provider with a copy of my insurance policy (including any declaration pages), PIP payout logs, payout ledgers, explanations of benefits, copies of checks, as well as a copy of any and all recorded statements, transcripts of examinations under oath (EUO's), and IME reports, and any and all other documents or information requested by [provider] or its attorneys, employees or other representatives acting on behalf of [provider] Should my insurer schedule an Independent Medical Examination (IME) or Examination Under Oath (EUO) as applicable under my insurance policy, I hereby request that my insurer send a courtesy copy of any IME or EUO notifications to my provider. I hereby acknowledge that this assignment does not transfer any duties to comply with the conditions of my insurance policy to my provider. I further authorize my insurer to speak with any employee, agent, attorney or other representative of [provider] and provide them with any and all information or documents not listed in this paragraph that they may request.

I certify that I have not been solicited or promised anything in exchange for receiving medical care or that I have received any promises or guarantees from anyone as to the results that may be obtained by any medical treatment. Caution! Please read before signing. If you do not completely understand this document please ask us to explain it to you. If you sign below we will assume you understand and agree to the terms.

Patient Signature ▉▉▉▉▉▉▉▉▉▉▉                          Date: ▉▉▉▉▉▉▉▉▉▉

Patient Name (please print) ▉▉▉▉▉▉▉▉▉▉

022751

06/24/2019

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

STATE FARM INS
P O BOX 106134

ATLANTA GA 30348

CARRIER

PICA              PICA

| | |
|---|---|
| 1. MEDICARE (Medicare#) MEDICAID (Medicaid#) TRICARE (ID#/DoD#) CHAMPVA (Member ID#) GROUP HEALTH PLAN (ID#) FECA BLK LUNG (ID#) OTHER (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) 593618T05 |
| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) P█ A█ | 3. PATIENT'S BIRTH DATE 1974 M☐ F☒ SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) P█ A█ |
| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED Self☒ Spouse☐ Child☐ Other☐ | 7. INSURED'S ADDRESS (No., Street) |
| CITY MIAMI   STATE FL | 8. RESERVED FOR NUCC USE X | CITY MIAMI   STATE FL |
| ZIP CODE 33184   TELEPHONE (Include Area Code) | | ZIP CODE 33184   TELEPHONE (Include Area Code) |
| 9. OTHER INSURED'S NAME (Last Name, First | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER E590526 F20 59 |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) YES☐ NO☒ | a. INSURED'S DATE OF BIRTH   SEX M☐ F☐ |
| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? YES☒ NO☐   PLACE (State) | b. OTHER CLAIM ID (Designated by NUCC) |
| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? YES☐ NO☒ | c. INSURANCE PLAN NAME OR PROGRAM NAME |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES☐ NO☐ If yes, complete items 9, 9a, and 9d. |

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE    DATE 07 14 18

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

| | | |
|---|---|---|
| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 04 07 18 QUAL. | 15. OTHER DATE QUAL. MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM   TO |
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE DYNAMIC PROFFESIONAL | 17a. 17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM   TO |
| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | | 20. OUTSIDE LAB? YES☐ NO☐   $ CHARGES |
| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. A. S134XXD B. C. D. E. S233XX D F. G. H. I. | | 22. RESUBMISSION CODE   ORIGINAL REF. NO. |
| | | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 06 20 18 | 11 | 1 | 99215 | S134XXD | 425 00 | 1 | | | NPI |
| 2 | 06 20 18 | 11 | 1 | 95851 | S134XXD | 100 00 | 1 | | | NPI |
| 3 | | | | | | | | | | NPI |
| 4 | | | | | | | | | | NPI |
| 5 | | | | | | | | | | NPI |
| 6 | | | | | | | | | | NPI |

| 25. FEDERAL TAX I.D. NUMBER SSN EIN 650409050 ☐☒ | 26. PATIENT'S ACCOUNT NO. P01893 1 | 27. ACCEPT ASSIGNMENT? YES☒ NO☐ | 28. TOTAL CHARGE $ 525 00 | 29. AMOUNT PAID $ 0 00 | 30. Rsvd for NUCC Use 525 00 |
|---|---|---|---|---|---|
| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) FEIJOO MANUEL V MD SM863009 07 DATE 18 | 32. SERVICE FACILITY LOCATION INFORMATION MANUEL V FEIJOO MD PA 8370 SW 8TH STREET MIAMI FL 33144 a. 1811923105 b. | | 33. BILLING PROVIDER INFO & PH # ( ) MANUEL V FEIJOO MD PA 8370 SW 8 TH STREET MIAMI FL 33144 a. 1811923105 b. | | |

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB-0938-1197 FORM 1500 (02-12)

022735

PLEASE INDICATE ACCOUNT NUMBER WHEN MAKING PAYMENT

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

06/24/2019

CARRIER

STATE FARM INS
P O BOX 106134

ATLANTA   GA 30348

☐ PICA                                                                                              PICA ☐

| 1. MEDICARE ☐ (Medicare#) | MEDICAID ☐ (Medicaid#) | TRICARE ☐ (ID#/DoD#) | CHAMPVA ☐ (Member ID#) | GROUP HEALTH PLAN ☐ (ID#) | FECA BLK LUNG ☐ (ID#) | OTHER ☐ (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| | | | | | | | 593618T05 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE: 09 10 1974  SEX M ☐ F ☒ | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| P          A | | P        A |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED  Self ☒ Spouse ☐ Child ☐ Other ☐ | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| CITY  MIAMI                  STATE FL | 8. RESERVED FOR NUCC USE  X | CITY  MIAMI                  STATE FL |
| ZIP CODE 33184   TELEPHONE (Include Area Code) | | ZIP CODE 33184   TELEPHONE (Include Area Code) ( ) |

| 9. OTHER INSURED'S NAME (Last | | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER  E590526 F20 59 |
|---|---|---|---|
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | | a. EMPLOYMENT? (Current or Previous) YES ☐ NO ☒ | a. INSURED'S DATE OF BIRTH  MM DD YY   SEX M ☐ F ☐ |
| b. RESERVED FOR NUCC USE | | b. AUTO ACCIDENT? YES ☒ NO ☐   PLACE (State) | b. OTHER CLAIM ID (Designated by NUCC) |
| c. RESERVED FOR NUCC USE | | c. OTHER ACCIDENT? YES ☐ NO ☒ | c. INSURANCE PLAN NAME OR PROGRAM NAME |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☐ NO ☐  If yes, complete items 9, 9a, and 9d. |

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE          DATE  06 14 18

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  04 07 18  QUAL. | 15. OTHER DATE  QUAL.  MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM     TO |
|---|---|---|
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE  DYNAMIC PROFESIONAL | 17a. ___  17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM     TO |
| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | | 20. OUTSIDE LAB?  YES ☐ NO ☐    $ CHARGES |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)  ICD Ind. | 22. RESUBMISSION CODE     ORIGINAL REF. NO. |
|---|---|
| A. S134XX D   B. ___   C. ___   D. ___  E. S233XX D   F. ___   G. ___   H. ___  I. ___   J. ___   K. ___   L. ___ | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1  05 22 18 | 11 | 1 | 99214 | | S134XX D | 275 00 | 1 | | NPI | |
| 2  05 22 18 | 11 | 1 | 95851 | | S134XX D | 100 00 | 1 | | NPI | |
| 3 | | | | | | | | | NPI | |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER  650409050  SSN ☐ EIN ☒ | 26. PATIENT'S ACCOUNT NO.  P01893 1 | 27. ACCEPT ASSIGNMENT?  YES ☒ NO ☐ | 28. TOTAL CHARGE  $ 375 00 | 29. AMOUNT PAID  $ 0 00 | 30. Rsvd for NUCC Use  375 00 |
|---|---|---|---|---|---|
| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)  FEIJOO   MANUEL V MD  SMED63009   06 14 18 | 32. SERVICE FACILITY LOCATION INFORMATION  MANUEL V FEIJOO MD PA  8370 SW 8TH STREET  MIAMI  FL 33144  1811923105 | | 33. BILLING PROVIDER INFO & PH # ( )  MANUEL V  FEIJOO MD PA  8370 SW 8 TH STREET  MIAMI  FL 33144  1811923105 |

NUCC Instruction Manual available at: www.nucc.org          PLEASE PRINT OR TYPE          APPROVED OMB-0938-1197 FORM 1500 (02-12)
022733

PLEASE INDICATE ACCOUNT NUMBER WHEN MAKING PAYMENT

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

06/24/2019

CARRIER

STATE FARM INS
P O BOX 106134

ATLANTA  GA 30348

| PICA | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|

1. MEDICARE ☐ (Medicare#)　MEDICAID ☐ (Medicaid#)　TRICARE ☐ (ID#DoD#)　CHAMPVA ☐ (Member ID#)　GROUP HEALTH PLAN ☐ (ID#)　FECA BLK LUNG ☐ (ID#)　OTHER ☐ (ID#)　　1a. INSURED'S I.D. NUMBER　　(For Program in Item 1)
593618T05

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
P████ A█

3. PATIENT'S BIRTH DATE
1974  SEX  M ☐  F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
P████ A█

5. PATIENT'S ADDRESS (No., Street)
C█

6. PATIENT RELATIONSHIP TO INSURED
Self ☐  Spouse ☒  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
C█

MIAMI  STATE FL

8. RESERVED FOR NUCC USE
X

MIAMI  STATE FL

ZIP CODE 33184  TELEPHONE (Include Area Code)

ZIP CODE 33184  TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
E590526 F20 59

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES ☐  NO ☒

a. INSURED'S DATE OF BIRTH  SEX  M ☐  F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?
YES ☒  NO ☐  PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
YES ☐  NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☐  NO ☐  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE  DATE 05-30-18

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
04 07 18  QUAL.

15. OTHER DATE  QUAL.  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM　　TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DYNAMIC PROFESIONAL

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM　　TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?
YES ☐  NO ☐  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. Relate A-L to service line below (24E)  ICD Ind.

A. M48 34　B.　C.　D.
E.　F.　G.　H.
I. M12519　J.　K.　L.

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Fam Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM DD YY | | | To MM DD YY | | | | | | | | | | | |
| 1 | 04 09 18 | | | | | 11 | 1 | 99204 | | M48 34 | 475 00 | 1 | | NPI | |
| 2 | 04 09 18 | | | | | 11 | 1 | 95851 | | M48 34 | 100 00 | 1 | | NPI | |
| 3 | | | | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN ☐  EIN ☒
650409050

26. PATIENT'S ACCOUNT NO.
P01893 1

27. ACCEPT ASSIGNMENT?
YES ☒  NO ☐

28. TOTAL CHARGE
$ 575 00

29. AMOUNT PAID
$ 575 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

FEIJOO MANUEL V MD
SIGNED 63009  DATE 05 30 18

32. SERVICE FACILITY LOCATION INFORMATION
MANUEL V FEIJOO MD PA
8370 SW 8TH STREET
MIAMI  FL 33144
1811923105

33. BILLING PROVIDER INFO & PH # (    )
MANUEL V FEIJOO MD PA
8370 SW 8 TH STREET
MIAMI  FL 33144
a. 1811923105  b.

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE

APPROVED OMB-0938-1197 FORM 1500 (02-12)
022737

PLEASE INDICATE ACCOUNT NUMBER WHEN MAKING PAYMENT

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

06242019



06/21/2019

**The Law Offices of**
# KENNETH B. SCHURR, P.A.

Attorney At Law
2030 S. Douglas Road, Suite 105
Coral Gables, Florida 33134

Telephone (305) 441-9031
Telecopier (786) 221-2720

June 17, 2019

**Via certified mail, return receipt requested**
**7017 1070 0000 9439 3366**

State Farm Insurance Co.
Attn: Paul Robichaux
P.O. Box 106140
Atlanta, GA 30348

### DEMAND LETTER UNDER FL STATUTE 627.736 (10)

| RE: | Claimant: | A█ R. G█ |
| | Insured: | **SAME** |
| | Claim Number: | **593880585** |
| | Policy Number: | **8812149E1859E** |
| | Date of Loss: | **April 26, 2018** |

Dear: Mr. Robichaux:

Please be advised that demand is hereby made for the payment of medical services provided to the above-named patient. Payment for these services is overdue as of this letter.
**PROVIDER:** MANUEL V. FEIJOO, M.D. AND MANUEL V. FEIJOO, M.D. P.A.
**DATE OF SERVICE:** April 30, 2018 and May 29, 2018
**CPT CODES:** see copy of bills attached

| **BILL** | **DEDUCTIBLE** | **CO-PAYMENT** | **PIP PAID** | **DUE** |
|---|---|---|---|---|
| $950.00 | UNKNOWN | UNKNOWN | UNKNOWN | $760.00 |

Enclosed please find the requisite itemized statement or copies of same in the form of Health Care Finance Administration 1500 form or UB 92 forms previously submitted and specifying each exact amount, the date of treatment, service, or accommodation, and the type of benefit claimed to be due. To the extent that this demand involves an insurer's withdrawal of payment for future treatment not yet rendered, attached please find a copy of your notice withdrawing such payment and an itemized statement of the type, frequency, and duration of future treatment claimed to be reasonable and medically necessary. Also, enclosed please find a copy of the assignment of benefits executed by the patient. Pursuant to Florida Statute, demand is also hereby made for reimbursement of the postage costs totaling $      . Make checks payable as follows: Medical Benefits to the provider: **Manuel V. Feijoo, M.D., and Manuel V. Feijoo, M.D., P.A.**; and interest, postage and penalty to the **Law Offices of Kenneth B. Schurr, P.A.**

If there is additional coverage then we demand 100% of the difference between the billed

amount and the amount paid. If there is a deductible or if the bills are paid at 100% please let us know.   If the insurance company is entitled to limit reimbursement based on 200% of Medicare or 80 percent of the maximum reimbursable allowance under workers' compensation, please produce a copy of the policy of insurance along with the payment.  We do not accept limitations unless your policy specifically provides for this limitation. It is our contention the charges are reasonable based on what other doctors charge and what other PIP insurers have allowed for these services.  If you have any questions about the bills at issue please compare the attached ledger to your explanation of benefits and please note we dispute each and every reduction and nonpayment.

Section 627.736(10) of the Florida Statutes requires that if payment of the overdue amount is made within thirty (30) business days of receipt of this letter, said payment must include the applicable interest and a ten (10%) percent penalty of the overdue amount paid, subject to maximum penalty of Two Hundred Fifty dollars (250). Failure to pay within the allowed period will result in the immediate institution of a civil suit for the damages, attorney's fees, and costs.

In addition, please provide the undersigned with the following:

1.    An up-to-date PIP payout log for this claim. Said payout log should not be redacted so that my client is able to accurately determine what is in fact due and owing.

2.    A copy of any all independent medical examination reports conducted by a physician after physical examination of the patient, a copy.

3.    A copy of any and all medical examination reports created by a physician without physical examination of the patient.

4.    A copy of any and all peer review medical reports created by a physician and/or billing service or by anyone else without physical examination of the patient.

5.    A copy of any and all reports created by a medical bill review service who has reviewed the billing by my client for this patient/insured.

6.    A copy of any document showing the scheduling and if applicable, missing of an independent medical examination by patient.

7.    A copy of any document showing the scheduling and, if applicable, missing of an examination under oath.

8.    Any document or correspondence detailing why there is no coverage for the patient on the date of loss.

In addition pursuant to Florida law, Florida Statutes 627.736 and 627.736(6)(d). A copy of all the Explanation of Benefits (EOBs) applicable to the above captioned medical provider's claim for the above captioned patient.

06/21/2019

Failure to comply with these requests will force my client to file a breach of contract lawsuit and/or a declaratory lawsuit to determine what rights and benefits are in effect for my client under the applicable insurance policy.

I look forward to your prompt response.

Sincerely,

Kenneth B. Schurr, Esq.
KBS/ds

 

STATE FARM INS
P O  BOX 106134

ATLANTA  GA 30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | | |
|---|---|---|
| PICA | | PICA |

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| ☐ (Medicare#) | ☐ (Medicaid#) | ☐ (ID#/DoD#) | ☐ (Member ID#) | ☒ (ID#) | ☐ (ID#) | ☐ (ID#) | 593880585 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| G⬛ A⬛ R | MM DD YY 1954 M ☒ F ☐ | G⬛ A⬛ R |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| ⬛ | Self ☒ Spouse ☐ Child ☐ Other ☐ | ⬛ |

| CITY | STATE | 8. RESERVED FOR NUCC USE | CITY | STATE |
|---|---|---|---|---|
| MIAMI | FL | X | MIAMI | FL |

| ZIP CODE | TELEPHONE (Include Area Code) | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|
| 33145 | ⬛ | 33145 | ( ) ⬛ |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | 8912149E1859E |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| | ☐ YES ☒ NO | MM DD YY | M ☐ F ☐ |

| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? PLACE (State) | b. OTHER CLAIM ID (Designated by NUCC) |
|---|---|---|
| | ☒ YES ☐ NO | |

| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | ☐ YES ☐ NO | |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | ☐ YES ☐ NO  If yes, complete items 9, 9a, and 9d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE  06-11-18

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) | 15. OTHER DATE | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| MM DD YY 04 26 18  QUAL. | QUAL. MM DD YY | FROM MM DD YY  TO MM DD YY |

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| FIRST AA MEDICAL REH | 17b. NPI | FROM MM DD YY  TO MM DD YY |

| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | 20. OUTSIDE LAB? $ CHARGES |
|---|---|
| | ☐ YES ☐ NO |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)  ICD Ind. | 22. RESUBMISSION CODE  ORIGINAL REF. NO. |
|---|---|
| A. M48 34  B. \|  C. \|  D. \| | |
| E. S199XX A  F. \|  G. \|  H. \| | 23. PRIOR AUTHORIZATION NUMBER |
| I. \|  J. \|  K. \|  L. \| | |

| 24. A. DATE(S) OF SERVICE From To | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| MM DD YY | MM DD YY | | | | | | | | | |
| 1 | 04 30 18 | | 11 | 1 | 99204 | M48 34 | 475 00 | 1 | | NPI | |
| 2 | 04 30 18 | | 11 | 1 | 95851 | M48 34 | 100 00 | 1 | | NPI | |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|---|
| 650409050 | ☐ ☒ | G02302 1 | ☒ YES ☐ NO | $ 575 00 | $ 0 00 | 575 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH # ( ) |
|---|---|---|
| FEIJOO  MANUEL V MD | MANUEL V FEIJOO MD PA 8370 SW 8TH STREET MIAMI  FL 33144 | MANUEL V  FEIJOO MD PA 8370 SW 8 TH STREET MIAMI  FL 33144 |
| SIGNED 063009   DATE 06 11 18 | a. 1811923105 b. | a. 1811923105 b. |

PLEASE INDICATE ACCOUNT NUMBER WHEN MAKING PAYMENT

006697



**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

STATE FARM INS
P O BOX 106134

ATLANTA GA 30348

06/21/2019

| | | | |
|---|---|---|---|
| PICA | | | PICA |

1. MEDICARE (Medicare#)　MEDICAID (Medicaid#)　TRICARE (ID#/DoD#)　CHAMPVA (Member ID#)　GROUP HEALTH PLAN (ID#)　FECA BLK LUNG (ID#)　OTHER (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1)
593880585

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
G▇ A▇ R

3. PATIENT'S BIRTH DATE
MM  DD  YY   1954  SEX

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
G▇ A▇ R

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self  Spouse X  Child  Other

7. INSURED'S ADDRESS (No., Street)

CITY
MIAMI　STATE FL

8. RESERVED FOR NUCC USE
X

CITY
MIAMI　STATE FL

ZIP CODE
33145　TELEPHONE (Include Area Code)

ZIP CODE
33145　TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
8812149E1859E

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES  NO X

a. INSURED'S DATE OF BIRTH
MM  DD  YY   SEX M  F

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?
YES X  NO  PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
YES  NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES  NO　If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE　DATE 06-20-18

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
MM  DD  YY   04  26  18　QUAL.

15. OTHER DATE
QUAL.　MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
MM  DD  YY   FROM　TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
FIRST AA MEDICAL REH

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM  DD  YY   FROM　TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?
YES  NO　$ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)  ICD Ind.
A. S134XX D　B.　C.　D.
E. S335XX D　F.　G.　H.
I.　J.　K.　L.

22. RESUBMISSION CODE　ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 29 18 | 11 | | 99214 | S134XX D | 275 00 | 1 | | NPI | |
| 2 | 05 29 18 | 11 | | 95851 | S134XX D | 100 00 | 1 | | NPI | |
| 3 | | | | | | | | | NPI | |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER　SSN EIN
650409050　X

26. PATIENT'S ACCOUNT NO.
G02302 1

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES X  NO

28. TOTAL CHARGE
$ 375 00

29. AMOUNT PAID
$ 0 00

30. Rsvd for NUCC Use
375 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
FEIJOO MANUEL V MD
SIGNED 063009　DATE 060618

32. SERVICE FACILITY LOCATION INFORMATION
MANUEL V FEIJOO MD PA
8370 SW 8TH STREET
MIAMI FL 33144
a. 1811923105

33. BILLING PROVIDER INFO & PH #
MANUEL V FEIJOO MD PA
8370 SW 8 TH STREET
MIAMI FL 33144
a. 1811923105

NUCC Instruction Manual available at: www.nucc.org　　PLEASE PRINT OR TYPE　　APPROVED OMB-0938-1197 FORM 1500 (02-12)
006695

PLEASE INDICATE ACCOUNT NUMBER WHEN MAKING PAYMENT

06/21/2019

## Manuel V. Feijoo, M.D. & Manuel V. Feijoo, M.D., P.A.

8370 SW 8 Street - Miami, Florida 33144

### ASSIGNMENT OF INSURANCE BENEFITS, POWER OF ATTORNEY & RELEASE OF INFORMATION

I, the undersigned patient/insured knowingly, voluntarily and intentionally assign the benefits of insurance and any overdue interest payments under the No-Fault Policy of Automobile Insurance, also known as Personal Injury Protection (P.I.P.), or Medical Payments policy of insurance from my automobile insurer or the responsible insurer to the above described medical providers (Manuel V. Feijoo, M.D. and Manuel V. Feijoo, M.D., P.A.) for any and all services rendered to the undersigned patient/insured, including the right to bring suit in a court of law for any failure to pay PIP benefits / insurance benefits. The patient understands it is the express intention of the provider to accept this assignment of benefits in lieu of demanding full payment at the time services are rendered. The undersigned assigns any and all claims for statutory bad faith to the above medical providers. If the insurer disputes the validity of this assignment of benefits then the insurer is instructed to notify the provider in writing within five (5) days of receipt of this document. I understand this assignment will remain in full force and effect and will NOT be revoked unless the revocation is agreed to by both the medical providers and the undersigned patient or the patient's attorney. Since I have assigned my PIP benefits to the above-referenced medical provider, any prior reservation of benefits or demand for wage loss benefits is withdrawn. I am instructing the PIP carrier not to reserve any benefits and to pay all bills in the order received. This assignment applies to both past and future medical expenses and is valid even if undated. A photocopy of this assignment is to be considered as valid as the original. The undersigned patient/insured directs the insurer to pay the medical provider directly without including the patient's name on the check.

The insurer is directed by the provider and the patient/insured to not issue any checks or drafts in partial settlement of a claim that contain or are accompanied by language releasing the insurer or its insured/patient from liability unless there has been a prior written settlement agreed to by the medical provider and the insurer as to the amount payable under the insurance policy or contact. The provider hereby objects to any reductions or partial payments made at the discretion of the insurer. Any partial or reduced payment, regardless of the accompanying language, issued by the insurer and deposited by the provider shall be done so under protest, at the risk of the insurer, and the deposit shall not be deemed a waiver, accord, satisfaction, discharge, or settlement agreement by the provider to accept a reduced amount as payment in full. The insurer is hereby placed on notice that this provider reserves the right to seek the full amount of the bills submitted. Please acknowledge your acceptance of the foregoing terms by issuing a check for the services rendered by these medical providers payable to one or more of the medical provider(s) named herein, and not to the patient / claimant / insured. In the event the subject medical benefits are disputed by the insurer for any reason, including but not limited to, medical reasonableness and/or necessity, the undersigned patient/insured hereby instructs the insurer to set aside any amount disputed (i.e. to screw the money) and not pay the disputed amount to anyone, including myself, or any entity until the dispute is resolved. The insurer is instructed to immediately explain in writing to the above provider of any dispute. If the insurer schedules an IME or EUO the insurer is hereby requested and authorized to send a copy of said notification to this provider. The provider is not the agent of the insurer or the patient for any purpose. The undersigned patient / insured agrees to pay any applicable deductible and co-payments for services rendered.

### Release of Information:

I hereby authorize the above named medical providers to: furnish my insurance company or companies and the patient's attorney with any and all information that may be contained in my medical records; to obtain coverage information telephonically from my insurer; to request a written non-redacted PIP payout sheet from the insurer; and to obtain copies of my medical records, including but not limited to, documents, reports, scans, notes, opinions, X-rays, and MRIs, from any other medical provider or any insurance company. The insurer is directed to keep the patient's medical records private and confidential. The insurer is NOT authorized to provide these medical records to anyone, including but not limited to third party vendors and/or peer review non-examining physicians without the patient's and the provider's prior express written permission.

I hereby further request that my insurer cooperate with my provider in resolving any and all billing disputes over medical services rendered to me. This includes, but is not limited to, providing my provider with a copy of my insurance policy (including any declaration pages), PIP payout logs, payout ledgers, explanations of benefits, copies of checks, as well as a copy of any and all recorded statements, transcripts of examinations under oath (EUO's), and IME reports, and any and all other documents or information requested by [provider] or its attorneys, employees or other representatives acting on behalf of [provider] Should my insurer schedule an Independent Medical Examination (IME) or Examination Under Oath (EUO) as applicable under my insurance policy, I hereby request that my insurer send a courtesy copy of any IME or EUO notifications to my provider. I hereby acknowledge that this assignment does not transfer my duties to comply with the conditions of my insurance policy to my provider. I further authorize my insurer to speak with any employee, agent, attorney or other representative of [provider] and provide them with any and all information or documents not listed in this paragraph that they may request.

I certify that I have not been solicited or promised anything in exchange for receiving medical care or that I have received any promises or guarantees from anyone as to the results that may be obtained by any medical treatment. Caution! Please read before signing. If you do not completely understand this document please ask us to explain it to you. If you sign below we will assume you understand and agree to the terms.

Patient Signature X ▉▉▉▉          Date: 4/30/18

Patient Name (please print) ▉▉▉▉

006710

06/21/2019



CERTIFIED MAIL

7017 1070 0000 9439 3933

KENNETH B. SCHURR, P.A.
Attorney At Law
2030 S. Douglas Road, Suite 105
Coral Gables, Florida 33134

$12.200
US POSTAGE
PRIORITY
FROM 33156
JUN 17 2019
stamps

08250009564842

State Farm Insurance Company
Attn: Chad Miller
P.O. Box 106134
Atlanta GA 30348-6134

06/21/2019

**The Law Offices of**
# KENNETH B. SCHURR, P.A.
Attorney At Law
2030 S. Douglas Road, Suite 105
Coral Gables, Florida 33134

Telephone (305) 441-9031
Telecopier (786) 221-2720

June 17, 2019

**Via certified mail, return receipt requested**
**7017 1070 0000 9439 3366**

State Farm Insurance Co.
Attn: Paul Robichaux
P.O. Box 106140
Atlanta, GA 30348

## DEMAND LETTER UNDER FL STATUTE 627.736 (10)

| | | |
|---|---|---|
| RE: | **Claimant:** | Y██████ F██████ |
| | **Insured:** | SAME |
| | **Claim Number:** | 594335Z33 |
| | **Policy Number:** | E706174C2959 |
| | **Date of Loss:** | **May 3, 2018** |

Dear: Mr. Robichaux:

Please be advised that demand is hereby made for the payment of medical services provided to the above-named patient. Payment for these services is overdue as of this letter.
**PROVIDER:** MANUEL V. FEIJOO, M.D. AND MANUEL V. FEIJOO, M.D. P.A.
**DATE OF SERVICE: May 7, 2018**
**CPT CODES:** see copy of bills attached

| **BILL** | **DEDUCTIBLE** | **CO-PAYMENT** | **PIP PAID** | **DUE** |
|---|---|---|---|---|
| $575.00 | UNKNOWN | UNKNOWN | UNKNOWN | $460.00 |

Enclosed please find the requisite itemized statement or copies of same in the form of Health Care Finance Administration 1500 form or UB 92 forms previously submitted and specifying each exact amount, the date of treatment, service, or accommodation, and the type of benefit claimed to be due. To the extent that this demand involves an insurer's withdrawal of payment for future treatment not yet rendered, attached please find a copy of your notice withdrawing such payment and an itemized statement of the type, frequency, and duration of future treatment claimed to be reasonable and medically necessary. Also, enclosed please find a copy of the assignment of benefits executed by the patient. Pursuant to Florida Statute, demand is also hereby made for reimbursement of the postage costs totaling $   . Make checks payable as follows: Medical Benefits to the provider: **Manuel V. Feijoo, M.D., and Manuel V. Feijoo, M.D., P.A.**; and interest, postage and penalty to the **Law Offices of Kenneth B. Schurr, P.A.**

If there is additional coverage then we demand 100% of the difference between the billed

06/21/2019

amount and the amount paid. If there is a deductible or if the bills are paid at 100% please let us know.  If the insurance company is entitled to limit reimbursement based on 200% of Medicare or 80 percent of the maximum reimbursable allowance under workers' compensation, please produce a copy of the policy of insurance along with the payment.  We do not accept limitations unless your policy specifically provides for this limitation. It is our contention the charges are reasonable based on what other doctors charge and what other PIP insurers have allowed for these services.  If you have any questions about the bills at issue please compare the attached ledger to your explanation of benefits and please note we dispute each and every reduction and nonpayment.

Section 627.736(10) of the Florida Statutes requires that if payment of the overdue amount is made within thirty (30) business days of receipt of this letter, said payment must include the applicable interest and a ten (10%) percent penalty of the overdue amount paid, subject to maximum penalty of Two Hundred Fifty dollars (250). Failure to pay within the allowed period will result in the immediate institution of a civil suit for the damages, attorney's fees, and costs.

In addition, please provide the undersigned with the following:

1. An up-to-date PIP payout log for this claim. Said payout log should not be redacted so that my client is able to accurately determine what is in fact due and owing.

2. A copy of any all independent medical examination reports conducted by a physician after physical examination of the patient, a copy.

3. A copy of any and all medical examination reports created by a physician without physical examination of the patient.

4. A copy of any and all peer review medical reports created by a physician and/or billing service or by anyone else without physical examination of the patient.

5. A copy of any and all reports created by a medical bill review service who has reviewed the billing by my client for this patient/insured.

6. A copy of any document showing the scheduling and if applicable, missing of an independent medical examination by patient.

7. A copy of any document showing the scheduling and, if applicable, missing of an examination under oath.

8. Any document or correspondence detailing why there is no coverage for the patient on the date of loss.

In addition pursuant to Florida law, Florida Statutes 627.736 and 627.736(6)(d). A copy of all the Explanation of Benefits (EOBs) applicable to the above captioned medical provider's claim for the above captioned patient.

06/21/2019

Failure to comply with these requests will force my client to file a breach of contract lawsuit and/or a declaratory lawsuit to determine what rights and benefits are in effect for my client under the applicable insurance policy.

I look forward to your prompt response.

Sincerely,

Kenneth B. Schurr, Esq.
KBS/ds



STATE FARM INS
P O BOX 106134

ATLANTA GA 30348

06/21/2019

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| PICA | | | | | | PICA |
|---|---|---|---|---|---|---|

**1. MEDICARE   MEDICAID   TRICARE   CHAMPVA   GROUP HEALTH PLAN   FECA BLK LUNG   OTHER**
(Medicare#) (Medicaid#) (ID#/DoD#) (Member ID#) (ID#) (ID#) (ID#)

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
F█ Y█

**3. PATIENT'S BIRTH DATE** MM DD YY  **SEX**
█ 1999 X M  F

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
F█ Y█

**5. PATIENT'S ADDRESS** (No., Street)

**6. PATIENT RELATIONSHIP TO INSURED**
Self [X]  Spouse  Child  Other

**7. INSURED'S ADDRESS** (No., Street)

CITY HOMESTEAD   STATE FL

**8. RESERVED FOR NUCC USE**  X

CITY HOMESTEAD   STATE FL

ZIP CODE 33033   TELEPHONE (Include Area Code)

ZIP CODE 33033   TELEPHONE (Include Area Code) (

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
E706174C2959

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (Current or Previous)  YES [X] NO

**a. INSURED'S DATE OF BIRTH** MM DD YY  **SEX**
11 06 1999 M  F [X]

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** [X] YES  NO   PLACE (State)

**b. OTHER CLAIM ID** (Designated by NUCC)

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** YES  NO [X]

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES** (Designated by NUCC)

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
YES  NO   *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _SIGNATURE ON FILE_  DATE _06 26 18_

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED _SIGNATURE ON FILE_

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** MM DD YY  05 03 18  QUAL.

**15. OTHER DATE** QUAL.  MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** MM DD YY  FROM   TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
FAMILY QUALITY HEALT

17a.
17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** MM DD YY  FROM   TO

**19. ADDITIONAL CLAIM INFORMATION** (Designated by NUCC)

**20. OUTSIDE LAB?**  YES  NO   $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)   ICD Ind.

A. M48 34   B.   C.   D.
E.   F.   G.   H.
I. S134XX A   J.   K.

**22. RESUBMISSION CODE**   ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From / To | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM | DD | YY | MM | DD | YY | | | | | | | | | |
| 05 | 07 | 18 | | | | 11 | 1 | 99204 | | M48 34 | 475 00 | 1 | | NPI |
| 05 | 07 | 18 | | | | 11 | 1 | 95851 | | M48 34 | 100 00 | 1 | | NPI |
| | | | | | | | | | | | | | | NPI |
| | | | | | | | | | | | | | | NPI |
| | | | | | | | | | | | | | | NPI |
| | | | | | | | | | | | | | | NPI |

**25. FEDERAL TAX I.D. NUMBER**  SSN EIN
650409050 [X]

**26. PATIENT'S ACCOUNT NO.**
F00970 1

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)  [X] YES  NO

**28. TOTAL CHARGE**
$ 575 00

**29. AMOUNT PAID**
$ 0 00

**30. Rsvd for NUCC Use**
575 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
FEIJOO MANUEL V MD
SIGNED M63009   DATE 06 26 18

**32. SERVICE FACILITY LOCATION INFORMATION**
MANUEL V FEIJOO MD PA
8370 SW 8TH STREET
MIAMI FL 33144
a. 1811923105  b.

**33. BILLING PROVIDER INFO & PH #**
MANUEL V FEIJOO MD PA
8370 SW 8 TH STREET
MIAMI FL 33144
a. 1811923105

NUCC Instruction Manual available at: www.nucc.org   **PLEASE PRINT OR TYPE**   APPROVED OMB-0938-1197 FORM 1500 (02-12)

006478

PLEASE INDICATE ACCOUNT NUMBER WHEN MAKING PAYMENT

06/21/2019

# Manuel V. Feijoo, M.D. & Manuel V. Feijoo, M.D., P.A.

8370 SW 8 Street - Miami, Florida 33144

### ASSIGNMENT OF INSURANCE BENEFITS, POWER OF ATTORNEY & RELEASE OF INFORMATION

I, the undersigned patient/insured knowingly, voluntarily and intentionally assign the benefits of insurance and any overdue interest payments under the No-Fault Policy of Automobile Insurance, also known as Personal Injury Protection (P.I.P.), or Medical Payments policy of insurance from my automobile insurer or the responsible insurer to the above described medical providers (Manuel V. Feijoo, M.D. and Manuel V. Feijoo, M.D., P.A.) for any and all services rendered to the undersigned patient/insured, including the right to bring suit in a court of law for any failure to pay PIP benefits / insurance benefits. The patient understands it is the express intention of the provider to accept this assignment of benefits in lieu of demanding full payment at the time services are rendered. The undersigned assigns any and all claims for statutory bad faith to the above medical providers. If the insurer disputes the validity of this assignment of benefits then the insurer is instructed to notify the provider in writing within five (5) days of receipt of this document. I understand this assignment will remain in full force and effect and will NOT be revoked unless the revocation is agreed to by both the medical providers and the undersigned patient or the patient's attorney. Since I have assigned my PIP benefits to the above-referenced medical provider, any prior reservation of benefits or demand for wage loss benefits is withdrawn. I am instructing the PIP carrier not to reserve any benefits and to pay all bills in the order received. This assignment applies to both past and future medical expenses and is valid even if undated. A photocopy of this assignment is to be considered as valid as the original. The undersigned patient/insured directs the insurer to pay the medical provider directly without including the patient's name on the check.

The insurer is directed by the provider and the patient/insured to not issue any checks or drafts in partial settlement of a claim that contain or are accompanied by language releasing the insurer or its insured/patient from liability unless there has been a prior written settlement agreed to by the medical provider and the insurer as to the amount payable under the insurance policy or contact. The provider hereby objects to any reductions or partial payments made at the discretion of the insurer. Any partial or reduced payment, regardless of the accompanying language, issued by the insurer and deposited by the provider shall be done so under protest, at the risk of the insurer, and the deposit shall not be deemed a waiver, accord, satisfaction, discharge, or settlement agreement by the provider to accept a reduced amount as payment in full. The insurer is hereby placed on notice that this provider reserves the right to seek the full amount of the bills submitted. Please acknowledge your acceptance of the foregoing terms by issuing a check for the services rendered by these medical providers payable to one or more of the medical provider(s) named herein, and not to the patient / claimant / insured. In the event the subject medical benefits are disputed by the insurer for any reason, including but not limited to, medical reasonableness and/or necessity, the undersigned patient/insured hereby instructs the insurer to set aside any amount disputed (i.e. to scrow the money) and not pay the disputed amount to anyone, including myself, or any entity until the dispute is resolved. The insurer is instructed to immediately explain in writing to the above provider of any dispute. If the insurer schedules an IME or EUO the insurer is hereby requested and authorized to send a copy of said notification to this provider. The provider is not the agent of the insurer or the patient for any purpose. The undersigned patient / insured agrees to pay any applicable deductible and co-payments for services rendered.

#### Release of Information:

I hereby authorize the above named medical providers to: furnish my insurance company or companies and the patient's attorney with any and all information that may be contained in my medical records; to obtain coverage information telephonically from my insurer; to request a written non-redacted PIP payout sheet from the insurer; and to obtain copies of my medical records, including but not limited to, documents, reports, scans, notes, opinions, X-rays, and MRIs, from any other medical provider or any insurance company. The insurer is directed to keep the patient's medical records private and confidential. The insurer is NOT authorized to provide these medical records to anyone, including but not limited to third party vendors and/or peer review non-examining physicians without the patient's and the provider's prior express written permission.

I hereby further request that my insurer cooperate with my provider in resolving any and all billing disputes over medical services rendered to me. This includes, but is not limited to, providing my provider with a copy of my insurance policy (including any declaration pages), PIP payout logs, payout ledgers, explanations of benefits, copies of checks, as well as a copy of any and all recorded statements, transcripts of examinations under oath (EUO's), and IME reports, and any and all other documents or information requested by [provider] or its attorneys, employees or other representatives acting on behalf of [provider] Should my insurer schedule an Independent Medical Examination (IME) or Examination Under Oath (EUO) as applicable under my insurance policy, I hereby request that my insurer send a courtesy copy of any IME or EUO notifications to my provider. I further acknowledge that this assignment does not transfer my duties to comply with the conditions of my insurance policy to my provider. I further authorize my insurer to speak with any employee, agent, attorney or other representative of [provider] and provide them with any and all information or documents not listed in this paragraph that they may request.

I certify that I have not been solicited or promised anything in exchange for receiving medical care or that I have received any promises or guarantees from anyone as to the results that may be obtained by any medical treatment. Caution! Please read before signing. If you do not completely understand this document please ask us to explain it to you. If you sign below we will assume you understand and agree to the terms.

Patient Signature ▓▓▓▓▓▓▓▓                     Date: 5-17-18

Patient Name (please print) ▓▓▓▓▓▓

006490

06/21/2019



CERTIFIED MAIL

7017 1070 0000 9439 3366

$12.30₀
US POSTAGE
PRIORITY
FROM 33156
JUN 17 2019
stamps

KENNETH B. SCHURR, P.A.

Attorney At Law
2030 S. Douglas Road, Suite 105
Coral Gables, Florida 33134

State Farm Insurance Company
Attn: Chad Miller
P.O. Box 106134
Atlanta GA 30348-6134