**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 1:18-cv-23329-RAR**

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Plaintiff,

v.

MANUEL V. FEIJOO and
MANUEL V. FEIJOO, M.D., P.A.,
a Florida professional association,

      Defendants.

_____/

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS IN SUPPORT**
**OF ITS SUPPLEMENT TO ITS MOTION FOR SUMMARY JUDGMENT**
**DIRECTED TO THE COUNTERCLAIM**

Plaintiff, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("SFM"), by counsel and pursuant to Local Rule 56.1, hereby files its Statement of Material Facts in support of its contemporaneously filed Supplement to its Motion for Summary Judgment Directed to the Counterclaim of Defendants, MANUEL V. FEIJOO, M.D., P.A. (the "Clinic") and MANUEL V. FEIJOO ("Dr. Feijoo") (collectively, the "Defendants"), and identifies the following material facts as to which there does not exist a genuine issued to be tried:

1.      SFM did not receive a written notice of intent to initiate litigation pursuant to Florida Statute § 627.736(10) from either of the Defendants for services provided to the insureds on the following PIP claims at issue in Defendants' Counterclaim against SFM before Defendants filed the Counterclaim on July 2, 2019:

      a)      59-9D39-520 (insured E.D.);

      b)       59-1307-W87 (insured S.S.);

      c)       59-1792-C92 (insureds D.M. and M.M.);

      d)       59-1801-Q94 (insured M.S.);

      e)       59-2377-J31 (insured R.S.);

      f)       59-2522-R30 (insured I.V.);

      g)       59-2696-H00 (insured D.L.C.);

      h)       59-2779-M11 (insured G.O.C.);

      i)       59-3076-N06 (insured M.R.G.); and

      j)       59-3418-Z51 (insured M.C.).

[Affidavit of Timothy Banahan[1]]

2.     SFM received written notice of intent to initiate litigation over the unpaid medical bills submitted by Dr. Feijoo's Clinic for services provided to the following insureds pursuant to Florida Statute § 627.736(10) on the dates listed below, which are each less than 30 days from the date Defendants filed their Counterclaim on July 2, 2019:

59-0885-M85 (insured J.B.)  -     SFM received demand on 06/21/2019

59-54K1-706 (insured J.S.)  -     SFM received demand on 06/21/2019

59-1538-F74 (insured J.P)  -     SFM received demand on 06/24/2019

59-1538-F74 (insured S.C.)  -     SFM received demand on 06/24/2019

59-1950-G14 (insured F.S.)  -     SFM received demand on 06/21/2019

59-2191-D27 (insured R.G.) -     SFM received demand on 06/24/2019

59-2952-M64 (insured D.G.) -     SFM received demand on 06/21/2019

---

[1] Mr. Banahan's Affidavit is attached as Exhibit "A" to SFM's contemporaneously filed Motion for Summary Judgment Directed to the Counterclaim.

59-3256-T55 (insured J.T.)    -        SFM received demand on 06/21/2019

59-3275-L47 (insured E.F.B.) -        SFM received demand on 06/21/2019

59-3328-H52 (insured S.L.M.) -        SFM received demand on 06/24/2019

59-3329-B00 (insured D.A.D.) -        SFM received demand on 06/21/2019

59-3404-N17 (insured T.G.C.)  -       SFM received demand on 06/21/2019

59-3404-N17 (insured T.M.C.) -        SFM received demand on 06/24/2019

59-3403-X96 (insured J.E.)    -       SFM received demand on 06/24/2019

59-3677-H66 (insured L.A.)    -       SFM received demand on 06/24/2019

59-3472-Z81 (insured C.A.)    -       SFM received demand on 06/24/2019

59-3618-T05 (insured A.J.P.P.) -      SFM received demand on 06/24/2019

59-3880-J85 (insured A.R.G.P.) -      SFM received demand on 06/21/2019

59-4335-Z33 (insured Y.F.)    -       SFM received demand on 06/21/2019

[Affidavit of Timothy Banahan]

Dated: September 30, 2019.

Respectfully submitted,

*/s/ Kenneth P. Hazouri*
KENNETH P. HAZOURI
Fla. Bar No. 019800
khazouri@dsklawgroup.com
ANDREW S. BALLENTINE
Fla. Bar No. 118075
aballentine@dsklawgroup.com
DEBEAUBIEN, SIMMONS, KNIGHT,
 MANTZARIS AND NEAL, LLP
332 North Magnolia Avenue
Orlando, Florida 32801
Telephone: (407) 422-2454

—and—

DAVID I. SPECTOR
Fla. Bar No. 086540
david.spector@hklaw.com
KAYLA L. PRAGID
Fla. Bar No. 098738
kayla.pragid@hklaw.com
**HOLLAND & KNIGHT LLP**
222 Lakeview Avenue, Ste. 1000
West Palm Beach, Florida 33401
Telephone: (561) 833-2000
Facsimile: (561) 650-8399

*Attorneys for Plaintiff/Counter-Defendant*

4