UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

STATE FARM MUTUAL AUTOMOBILE     Case No.:18-CV-23329 -RAR/Becerra
INSURANCE COMPANY, an Illinois Corporation

    Plaintiff,

v.

MANUEL V. FEIJOO, MANUEL V. FEIJOO, M.D.,
P.A., a Florida Professional Association

    Defendants
    _____/

## DEFENDANTS' AGREED MOTION TO EXTEND DISCOVERY CUTOFF AND SHORTEN TIME FOR STATE FARM TO COMPLY WITH REQUEST TO PRODUCE RELATED TO NEW EXPERT WITNESS

Defendants, MANUEL V. FEIJOO, and MANUEL V. FEIJOO, M.D., P.A., move to extend the discovery cut-off as to a Request for Production they served on State Farm after State Farm disclosed a new Expert Witness, Dr. Herman, on Sept. 25. Defendants state:

1. On Sept. 25, 2019, State Farm disclosed a new expert, Dr. Daniel Herman, ostensibly as to issues related to Dr. Feijoo's Counterclaim. (Defendants say "ostensibly" as Dr. Herman's opinions may be duplicative in part to those of State Farm's previously disclosed expert, Dr. Jacob).

2. Although the parties may disagree on the timeliness of this disclosure, State Farm has agreed to produce Dr. Herman for a deposition on Oct. 17. State Farm has also agreed to accept as timely a Request to Produce that Defendants served on Oct. 1, 2019, as to State Farm's relationship with Dr. Herman and to respond to the discovery by Oct. 16, the day before Dr. Herman's deposition. In return, Defendants agree not to move to strike Dr. Herman on the basis of untimely disclosure. Defendants reserve the right to move to exclude or limit his testimony, on other grounds, after his deposition, if deemed appropriate.

**Memorandum of Law**

The Court has great discretion in extending time limits under Rule 6, Fed. R. Civ. P. Here, the extension will not affect the deadlines for trial or other pre-trial deadlines.

WHEREFORE, Defendants move to extend the discovery for the limited purpose of deposing Dr. Herman, and shortening the time for State Farm to respond by Oct. 16, to the Defendants' request to produce regarding Dr. Herman's relationship with State Farm.

**CERTIFICATE OF COUNSEL**

I hereby certify that I have conferred with opposing counsel and he has agrees to the relief requested herein.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **October 4, 2019**, I have filed the foregoing document with the Clerk of Court using the CM/ECF system and that a copy was electronically served upon the following in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing: **Kenneth P. Hazouri, Esq.**, and **Andrew S. Ballentine, Esq**., deBeaubien, Simmons, Knight, Mantzaris and Neal, LLP, 332 North Magnolia Avenue, Orlando, FL 32801 and **David Spector, Esq**., and **Kayla Pragid, Esq**., Holland & Knight, 222 Lakeview Ave., Ste. 1000, W. Palm Beach, FL 33401   Khazouri@dsklawgroup.com   ABallentine@dsklawgroup.com   Lquesada@dsklawgroup.com   bvaldes@dsklawgroup.com   kayla.pragid@hklaw.com   david.spector@hklaw.com

        **THE PIVNIK LAW FIRM**
        7700 N. Kendal Drive, Suite 703
        Miami, FL 33156
        Tel: 305-670-0095
        Email: Pivniklaw@aol.com
               Cdiezpivniklaw@aol.com

        By: ***/s/ Jerome A. Pivnik***
            Jerome A. Pivnik, Esq.
            Fla. Bar No.: 400408

        **Andrew P. Baratta, Esq.**
        Baratta, Russell & Baratta

3500 Reading Way
Huntingdon Valley, PA  19006
Tel: 215-914-2222
Email:  Andrew@Barattarussell.com

**Kenneth B. Schurr, Esq.**
Law Offices of Kenneth B. Schurr
2030 S. Douglas Rd., Ste. 105
Coral Gables, FL 33134-4615
Tel: 305-441-9031
Email:  kbsservice@schurrlaw.com