**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-CIV-23329-RAR**

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY**,

      Plaintiff,

v.

**MANUEL V. FEIJOO,** *et al.*,

      Defendants.
_____/

**NOTICE SETTING TELEPHONIC STATUS CONFERENCE**

      TAKE NOTICE that a Telephonic Status Conference is hereby scheduled for **October 8, 2019, at 4:00 p.m.**  The parties may appear by phone and are instructed to call 1-877-402-9753 on the date and time set forth above.  The access code is 9372453 and the password is 0918.  **For clarity, please do not use a cell phone or a speaker phone.**

      **DONE AND ORDERED** in Fort Lauderdale, Florida this 7th day of October, 2019.

                                           _____
                                           **RODOLFO RUIZ**
                                           **UNITED STATES DISTRICT JUDGE**