UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, an Illinois Corporation

Case No.:18-CV-23329 -RAR/Becerra

    Plaintiff,

v.

MANUEL V. FEIJOO, MANUEL V. FEIJOO, M.D.,
P.A., a Florida Professional Association

    Defendants
_____/

**DEFENDANTS' AGREED MOTION TO SEAL TWO RECENT FILINGS**

Defendants, MANUEL V. FEIJOO, and MANUEL V. FEIJOO, M.D., P.A., move to seal two recent filings, that should have been filed under seal, and state:

1.    **ECF 143-1, filed 10/4/19**: This filing was the affidavit of Ken Schurr, Esq., and is Exhibit 1 to Defendants' Statement of: Of Facts in Opposition of State Farm's Statement of Facts in Support of Summary Judgment Motion as to Counterclaim by Manuel V. Feijoo, Manuel V. Feijoo, M.D., P.A. It inadvertently contained personal information about Dr. Feijoo's patients. This information was subject to the Stipulated Confidentiality Order [ECF 40].

2.    **ECF 155-4, filed 10/25/19**: This filing was excerpts from the transcript of the deposition of State Farm Representative, Tim Banahan, that was filed as Exhibit D to Defendants' Motion for Sanctions. State Farm's counsel believes that it contains confidential information that was also subject to the Stipulated Confidentiality Order [ECF 40].

**Memorandum of Law**

Local Rule 5.4(a), S. Disc. Fla., provides the procedure to follow when a party seeks to file something under seal: the party must file a motion, "setting forth a **reasonable basis** for departing from the general policy of a public filing." Local Rule 5.4(b) (emphasis added). Likewise, Federal

Rule of Civil Procedure 26 authorizes a court, for good cause, to enter a protective order to seal or to limit disclosure. The subject information should have originally been filed under seal or redacted under Rule 5.2, Fed. R. Civ. P., and Sections 6a, and 9, CM/ECF Admin Pro., S. Disc. Fla.

Here, there is good cause to seal the documents as they contain personal information of non-party patients and confidential information regarding State Farms claims/investigation process, that were already subject the Confidentiality Order. [ECF 40]

### CERTIFICATE OF COUNSEL

I hereby certify that I have conferred with opposing counsel and he agrees to the relief requested herein.

WHEREFORE, Defendants move to seal **ECF 143-1, filed on 10/4/19** and **ECF 155-4, filed on 10/25/19**.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **October 29, 2019**, I have filed the foregoing document with the Clerk of Court using the CM/ECF system and that a copy was electronically served upon the following in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing: **Kenneth P. Hazouri, Esq.**, and **Andrew S. Ballentine, Esq**., deBeaubien, Simmons, Knight, Mantzaris and Neal, LLP, 332 North Magnolia Avenue, Orlando, FL 32801 and **David Spector, Esq**., and **Kayla Pragid, Esq**., Holland & Knight, 222 Lakeview Ave., Ste. 1000, W. Palm Beach, FL 33401   Khazouri@dsklawgroup.com   ABallentine@dsklawgroup.com   Lquesada@dsklawgroup.com   bvaldes@dsklawgroup.com   kayla.pragid@hklaw.com  david.spector@hklaw.com

        **THE PIVNIK LAW FIRM**
        7700 N. Kendal Drive, Suite 703
        Miami, FL 33156
        Tel: 305-670-0095
        Email: Pivniklaw@aol.com
               Cdiezpivniklaw@aol.com

        By: ***/s/ Jerome A. Pivnik***
           Jerome A. Pivnik, Esq.
           Fla. Bar No.: 400408

**Andrew P. Baratta, Esq.**
Baratta, Russell & Baratta
3500 Reading Way
Huntingdon Valley, PA  19006
Tel: 215-914-2222
Email:  Andrew@Barattarussell.com

**Kenneth B. Schurr, Esq.**
Law Offices of Kenneth  B. Schurr
2030 S. Douglas Rd., Ste. 105
Coral Gables, FL 33134-4615
Tel: 305-441-9031
Email:  kbsservice@schurrlaw.com