# EXHIBIT "A"

| | |
|---|---|
| **From:** | Hazouri, Kenneth P. |
| **To:** | Andrew Baratta |
| **Cc:** | Valdes, Bart R.; David.Spector@hklaw.com; Kayla.Pragid@hklaw.com; Ken Schurr; Ballentine, Andrew; Pivniklaw@aol.com |
| **Subject:** | RE: 18-cv-23329-RAR State Farm v. Feijoo et al - Trial |
| **Date:** | Friday, October 25, 2019 1:13:00 PM |
| **Attachments:** | image001.jpg |

Andy:

I did not mischaracterize our conversation. We offered to produce a State Farm representative for deposition regarding the PFMT documents, and, as set forth in my e-mail below that offer remains open to you.  Please advise us immediately if you wish to schedule and take the deposition.

Thank you,

**Kenneth P. Hazouri, B.C.S.**
**Partner**
**Board Certified in Appellate Practice**
**dsklaw**



**332 North Magnolia Avenue**
**Orlando, Florida 32801**
**P 407.422.2454  |  D 407.992.3562**
www.dsklawgroup.com

---

**From:** Andrew Baratta <andrew@barattarussell.com>
**Sent:** Friday, October 25, 2019 10:53 AM
**To:** Hazouri, Kenneth P. <khazouri@dsklawgroup.com>
**Cc:** Valdes, Bart R. <bvaldes@dsklawgroup.com>; David.Spector@hklaw.com; Kayla.Pragid@hklaw.com; Ken Schurr <counselken@schurrlaw.com>; Ballentine, Andrew <aballentine@dsklawgroup.com>; Pivniklaw@aol.com
**Subject:** RE: 18-cv-23329-RAR State Farm v. Feijoo et al - Trial

Ken – You've mischaracterized the conversation.  You have not offered to make a representative of State Farm available because there is no time now before trial in which to prepare and take the deposition. [redacted]

[redacted]          Our conversation was therefore limited to us advising that we have no choice but to file a motion for sanctions and you refusing to offer any actually available alternative.

Thank you,

Andrew P. Baratta, Esquire
Baratta, Russell & Baratta
3500 Reading Way
Huntingdon Valley, Pa. 19006
(t) 215-914-2222
(f) 215-914-2118
www.barattarussell.com

---

**From:** Hazouri, Kenneth P. <khazouri@dsklawgroup.com>
**Sent:** Friday, October 25, 2019 10:36 AM
**To:** Andrew Baratta <andrew@barattarussell.com>
**Cc:** Valdes, Bart R. <bvaldes@dsklawgroup.com>; David.Spector@hklaw.com; Kayla.Pragid@hklaw.com; Ken Schurr <counselken@schurrlaw.com>; Ballentine, Andrew <aballentine@dsklawgroup.com>; Pivniklaw@aol.com
**Subject:** RE: 18-cv-23329-RAR State Farm v. Feijoo et al - Trial

Andy:

This will confirm the discussions in our conference call this morning, wherein we offered to produce a representative of State Farm Mutual for a deposition on the supplementary PFMT documents in order to resolve your claim of prejudice described in your e-mail below, which you declined. If on further reflection you decide that you want to take the deposition, please contact us immediately so that we may work on coordinating it.

Thank you,

**Kenneth P. Hazouri, B.C.S.**
Partner
Board Certified in Appellate Practice
dsklaw

332 North Magnolia Avenue
Orlando, Florida 32801
P 407.422.2454 | D 407.992.3562
www.dsklawgroup.com