# EXHIBIT "D"

State Farm Mutual Insurance Company

*vs.*

Manuel Feijoo

Deposition of:

TIMOTHY BANAHAN

June 18, 2019

Vol 02



```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                     SOUTHERN DIVISION

             Civil Action No. 18-CV-23329


STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, an Illinois
Corporation,

          Plaintiff,

-vs-

MANUEL V. FEIJOO, MANUEL V.
FEIJOO, M.D., P.A., a Florida
Professional Association

          Defendants.
_____/



                     DEPOSITION OF
                    TIMOTHY BANAHAN

                       VOLUME 2
                 Pages 144 Through 252


                Tuesday, June 18, 2019
                 1:01 p.m. - 3:38 p.m.

           LAW OFFICES OF KENNETH B. SCHURR
                2030 South Douglas Road
                      Suite 105
              Coral Gables, Florida 33134



              Stenographically Reported By:
         Barbara L. Kent, RMR, RPR, FPR, CSR-MI
```

Page 158

```
 1    stated in that memo.
 2         Q.    The next NICB investigation after the 2011
 3    project was closed is the 2015 project.
 4         A.    Correct.
 5         Q.    And what is the date on which that
 6    investigation started?
 7         A.    The date of the project recommendation memo
 8    was December 3rd, 2015, I believe.
 9         Q.    That's not the date it started, though,
10    right?  I mean, there has to be work leading up to a
11    recommendation memo?
12         A.    But that -- like I mentioned earlier, they
13    run numbers in our screening department that may never
14    even get to us.  The point of a recommendation memo -- so
15    the recommendation memo is recommending investigation at
16    this point to be started.
17         Q.    What information or events caused the 2015
18    investigation to be started?
19         A.    Hold on.  I could recite it from memo only.
20    I do remember the project recommendation.  The
21    recommendation memo lays it all out.
22              MR. HAZOURI:  Where is it --
23              THE WITNESS:  It should be there in your
24         pile.
25              MR. HAZOURI:  -- referenced?  Here's one.
```