# EXHIBIT "4"

**Pragid, Kayla L (WPB - X28303)**

| | |
|---|---|
| **From:** | Andrew Baratta <andrew@barattarussell.com> |
| **Sent:** | Wednesday, October 30, 2019 9:09 AM |
| **To:** | Spector, David I (WPB - X28304); khazouri@dsklawgroup.com; aballentine@dsklawgroup.com; Pragid, Kayla L (WPB - X28303); Jerry Pivnik; Ken Schurr |
| **Subject:** | Follow Up re Call of 10/29 |
| **Attachments:** | 149a JA.pdf; 149b AC.pdf; 149c GV.pdf; 149d JA.pdf; 149e JA.pdf; 149f MZ.pdf; 149g SA.pdf; 149h SA.pdf; 149i VF.pdf; 149j RP.pdf; 151. State Farm Notice of Withdrawal of Unbundling Defense re Jonathan Zamora.pdf; 152. State Farm Notice of Withdrawal of Unbundling Defense re Ghiezy Vargas.pdf; 153. Deposition of Michelle Brown.pdf |

*[External email]*

David/Ken – I'm following up with you on the issues which Jerry informs me were raised in the call yesterday. First, It's my understanding you've agreed that Mike Miscoe can be called out of order on November 13 so we don't need to worry about scheduling his video next week.

Regarding our having listed Ken Schurr as a potential trial witness, it was actually State Farm who identified him as a witness in its 3rd Amended Supplemental Initial Disclosures based on the Affidavit he provided on October 4th in support of our response to SF's MSJ on the Counterclaim.

Regarding our exhibits, the TIN Diversion referenced as Ex. 69 is Bates number 239955-239956. Exhibits 149-153 are attached.

Please feel free to give me a call to discuss with any questions or concerns.

Thanks,
Andy

Andrew P. Baratta, Esquire
Baratta, Russell & Baratta
3500 Reading Way
Huntingdon Valley, Pa.  19006
(t) 215-914-2222
(f) 215-914-2118
www.barattarussell.com