**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**Case No. 1:18-cv-23329-RAR**

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

       Plaintiff/Counter-Defendants,

v.

MANUEL V. FEIJOO; and
MANUEL V. FEIJOO, M.D., P.A.,
a Florida professional association,

       Defendants/Counter-Plaintiffs.

_____/

**JOINT NOTICE OF FILING**
**DESIGNATIONS OF DEPOSITION TESTIMONY**

       Plaintiff/Counter-Defendant, State Farm Mutual Automobile Insurance Company

("SFM"), and Defendants/Counter-Plaintiffs, Manuel V. Feijoo ("Dr. Feijoo") and Manuel V.

Feijoo, M.D., P.A. (the "Clinic"), (collectively, the "Defendants") submit this Joint Notice of

Filing Designations of Deposition Testimony and objections pursuant to the Court's Order

Providing Instructions for Jury Trial [ECF 123]:

**I.**     **Designations for the June 18, 2019 Deposition of Timothy Banahan**

| Defendants Designations | Plaintiff's Objections | Plaintiff's Rebuttal Designations |
|---|---|---|
| PAGE 9, LINE 17 – PAGE 10, LINE 9 | Relevance, FRE 403 9:17 – 10:9 | Page 10, Line 16 – Page 11, Line 11 |
| PAGE 11, LINE 17 – PAGE 12, LINE 17 | Relevance, FRE 403 12:1 – 12:9 Relevance, FRE 403 & Speculation 12:10 - 12:17 | Page 14, Line 2 – Page 15, Line 15 |
| PAGE 15, LINE 16 – LINE 23 | | |

| Defendants Designations | Plaintiff's Objections | Plaintiff's Rebuttal Designations |
|---|---|---|
| PAGE 19, LINE 10 – PAGE 20, LINE 1 | | Page 20, Line 2 – Page 21, Line 6 |
| PAGE 21, LINE 7 – 20 | | |
| PAGE 22, LINE 18 – PAGE 23, LINE 1 | | |
| PAGE 25, LINE 24 – PAGE 27, LINE 17 | | |
| PAGE 27, LINE 18 – PAGE 28, LINE 22 | | |
| PAGE 30, LINE 12 – 15 | | |
| PAGE 31, LINE 8 – 13 | | Page 32, Line 16-23 |
| PAGE 36, LINE 1 – PAGE 37, LINE 12 | Relevance, FRE 403 36:18-23 | Page 35, Line 10-25 |
| PAGE 38, LINE 8 – PAGE 40, LINE 25 | Relevance, FRE 403 40:9-25 | |
| PAGE 41, LINE 16 – PAGE 42, LINE 3 | | Page 44, Line 8-13 |
| PAGE 43, LINE 19 – 24 | | |
| PAGE 45, LINE 4 – 15 | Speculation 45:4-10 | |
| PAGE 46, LINE 12 – 20 | Speculation 46:12-20 | |
| PAGE 47, LINE 7 – 18 | | Page 47, Line 4-6 |
| PAGE 48, LINE 3 – 15 | | |
| PAGE 49, LINE 11 – PAGE 51, LINE 13 | Speculation 51:6-13 | |
| PAGE 51, LINE 25 – PAGE 52, LINE 11 | | |
| PAGE 55, LINE 20 – PAGE 56, LINE 6 | | |
| PAGE 58, LINE 7 – 16 | | |
| PAGE 59, LINE 14 – 17 | | Page 59, Line 1-13 |
| PAGE 61, LINE 7 – PAGE 65, LINE 11 | | |
| PAGE 65, LINE 25 – PAGE 67, LINE 5 | Speculation 65:25 – 66:18 | |
| PAGE 67, LINE 9 – 22 | | Page 67, Line 23 – Page 68, Line 22 |
| PAGE 68, LINE 23 – PAGE 70, LINE 21 | Speculation 70:13-21 | Page 71, Line 2-13 |
| PAGE 71, LINE 15 – 22 | Relevance, FRE 403 71:15-22 | |
| PAGE 76, LINE 2 – 78, LINE 21 | Relevance, FRE 403 77:4-20 | |
| PAGE 81, LINE 14 – 22 | | |
| PAGE 83, LINE 18 – PAGE 85, LINE 2 | | |
| PAGE 85, LINE 12 – 22 | | |

2

| Defendants Designations | Plaintiff's Objections | Plaintiff's Rebuttal Designations |
|---|---|---|
| PAGE 87, LINE 12 -17 | Relevance, FRE 403 87:12-17 | |
| PAGE 88, LINE 19 – 23 | | Page 88, Line 11-18<br>Page 88, Line 24 – Page 89, Line 8 |
| PAGE 89, LINE 19 – PAGE 90, LINE 15 | Relevance, FRE 403 and Speculation 90:5-15 | Page 91, Line 4 – Page 92, Line 16 |
| PAGE 92, LINE 25 – PAGE 93, LINE 8 | | |
| PAGE 97, LINE 4 – PAGE 99, LINE 22 | Speculation 97:22 – 98:3<br>Speculation 98:5-19 | |
| PAGE 101, LINE 8 – 13 | Incomplete Hypothetical & Speculation 100:25 – 101:7 | Page 100, Line 25 – Page 101, Line 7 |
| PAGE 104, LINE 6 | Relevance, FRE 403 104:6-14 | |
| PAGE 108, LINE 14 – 25 | Speculation 108:19-25 | |
| PAGE 111, LINE 12 – 22 | | |
| PAGE 112, LINE 25 – PAGE 113, LINE 8 | Incomplete Hypothetical 112:25 – 113:8 | |
| PAGE 113, LINE 16 – PAGE 114, LINE 16 | | |
| PAGE 117, LINE 1 – 20 | Speculation 117:1-11<br>Relevance, FRE 403 117:18-20 | |
| PAGE 118, LINE 18 – PAGE 120, LINE 23 | Relevance, FRE 403 & Speculation 118:18-23<br>Relevance, FRE 403 & Speculation 118:25 – 119:6<br>FRE 401 119:8-17<br>Relevance, FRE 403 119:18-22<br>Relevance, FRE 403, Speculation, Incomplete Hypothetical 119:24 – 120:12; 120:14-17; 120:19-23 | |
| PAGE 123, LINE 14 – PAGE 127, LINE 9 | Speculation 123:14 – 124:5; 124:7-12; 124:13-21; 123:14 – 124:5; 124:7-12; 124:13-21; 125:6-14; 125:16-23; 125:24 – 126:1; 126:15-17 | |
| PAGE 129, LINE 1 – PAGE 130, LINE 6 | Relevance, FRE 403 129:1-14; 129:15-20 | |
| PAGE 132, LINE 20 – PAGE 134, LINE 1 | Relevance, FRE 403 132:12 – 134:1 | Page 132, Line 12-19 |
| PAGE 134, LINE 18 – PAGE 139, LINE 9 | Relevance, FRE 403 & Speculation 134:18 – 135:5; 135:6-10; 135:11-13; 135:21 – 136:4<br>Relevance, FRE 403 136:5-7<br>Client Privilege 136:25 – 137:16<br>Speculation 138:2-5<br>Relevance, FRE 403 138:11-14<br>Speculation 138:23 – 139:9 | |

3

| Defendants Designations | Plaintiff's Objections | Plaintiff's Rebuttal Designations |
|---|---|---|
| PAGE 148, LINE 6 – PAGE 153, LINE 17 | Relevance, FRE 403 & Speculation 148:11 - 148:21  ; 148:23 – 149:10<br>Relevance, FRE 403, Legal Conclusion, Speculation 149:12-14<br>Speculation 149:15-17; 149:21 – 150:4<br>Relevance, FRE 403 & Speculation 150:5-11<br>Speculation 150:18 – 151:7<br>Relevance, FRE 403 & Speculation 151:8-12; 151:13-21<br>Relevance, FRE 403 151:25 – 152:3<br>Relevance, FRE 403 & Speculation 152:4-7; 8-11;<br>Relevance, FRE 403 152:12-17<br>Relevance, FRE 403 & Speculation 152:21-25<br>Relevance, FRE 403 153:1-17 | |
| PAGE 155, LINE 5 – PAGE 160, LINE 8 | Relevance, FRE 403 155:5-7; 155:13-18; 155:19-156:8; 156:9-12; 156:13-14; 156:15-21; 156:22-25; 157:1 - 158:4 | Page 160, Line 9-17; Page 160, Line 24 – Page 161, Line 4 |
| PAGE 164, LINE 12 – PAGE 166, LINE 12 | Relevance, FRE 403 & Speculation 164:12-14;<br>Relevance, FRE 403 164: 17-20; 164:21 – 165:1<br>Legal Conclusion 165:3-6; 10-12<br>Relevance, FRE 403 & Speculation 165:13-165:22<br>Legal Conclusion 165:25 – 166:1<br>Relevance, FRE 403 166:2-7<br>Legal Conclusion 166:10-12 | |
| PAGE 170, LINE 6 – PAGE 171, LINE 4 | Relevance & FRE 403 170:6 – 171:4 | |
| PAGE 172, LINE 12 – PAGE 176, LINE 24 | Relevance & FRE 403 172:12 – 173:4<br>Relevance, FRE 403 & Speculation 173:7-15<br>Relevance & FRE 403 173:16-18<br>Relevance, FRE 403 & Incomplete Hypothetical 173:19 – 174:2 | |
| PAGE 178, LINE 9 – PAGE 179, LINE 12 | Relevance, FRE 403 & Speculation 174:3-7 | Page 176, Line 25 – Page 177, Line 1 |

| Defendants Designations | Plaintiff's Objections | Plaintiff's Rebuttal Designations |
|---|---|---|
| | Relevance, FRE 403 174:8-12 Relevance, FRE 403, Speculation 174:15-21 Relevance, FRE 403, Speculation & Incomplete Hypothetical 174:22 – 175:8 Legal Conclusion, Relevance, FRE 403 175:9-18 Relevance, FRE 403; Incomplete Hypothetical 175:20 – 176:7 Relevance, FRE 403 176:8-21; 23-24 Relevance, FRE 403, Speculation & Legal Conclusion 178:9-25 | |
| PAGE 180, LINE 17 – PAGE 182, LINE 20 | Relevance, FRE 403: 180:17-21 Speculation: 181:15-22 Speculation: 182:1-6 | |
| PAGE 184, LINE 22 – PAGE 187, LINE 4 | Relevance, FRE 403: 184:21-23 Relevance, FRE 403: 184:24 – 185:1 Relevance, FRE 403: 185:2-3 Relevance, FRE 403: 185:4-7 Relevance, FRE 403 & Speculation: 185:8-13 Relevance, FRE 403: 185:14-20 Relevance, FRE 403 & Speculation: 185:21-186:3 | |
| PAGE 187, LINE 5 – 11 | | |
| PAGE 188, LINE 7 – 17 | Relevance, FRE 403 & Legal Conclusion: 188:7-17 | |
| PAGE 197, LINE 17 – PAGE 199, LINE 8 | | |
| PAGE 199, LINE 11 – 23 | | |
| PAGE 200, LINE 11 – 22 | Relevance, FRE 403 & Speculation: 200:11-16 Relevance, FRE 403 & Speculation: 200:17-22 | |
| PAGE 202, LINE 17 – PAGE 205, LINE 14 | Relevance, FRE 403 & Speculation: 202:17 – 203:3 Speculation: 203:21 – 204:8 Speculation: 204:9 – 18 Speculation: 204:19-24 Relevance, FRE 403 & Speculation: 205:6-14 | |
| PAGE 206, LINE 13 – 25 | Relevance, FRE 403 & Speculation: 206:13-18 Relevance, FRE 403: 206:19-20 Relevance, FRE 403: 206:21-25 | |

#71295561_v2

| Defendants Designations | Plaintiff's Objections | Plaintiff's Rebuttal Designations |
|---|---|---|
| PAGE 208, LINE 13 – PAGE 211, LINE 17 | Incomplete Hypothetical: 210:15 – 211:10 | Page 207, Lines 1-19 Page 207, Line 23 – Page 208, Line 12 |
| PAGE 213, LINE 21 – PAGE 216, LINE 17 | Speculation: 213:25 – 214:19 Speculation & Incomplete Hypothetical: 215:2-8 Speculation: 215:14-22 Speculation: 215:25 – 216:17 | Page 213, Lines 13-20 |
| PAGE 222, LINE 5 – 24 | | Page 216, Line 19 – Page 217, Line 17 |
| PAGE 224, LINE 16 – 25 | Relevance, FRE 403: 224:16-25 | |
| PAGE 226, LINE 8 – PAGE 227, LINE 8 | Relevance, FRE 403, Legal Conclusion & Speculation: 226:8-21 Legal Conclusion: 226:22-24 Legal Conclusion: 227:1-4 Legal Conclusion: 227:6-8 | |

## II.    Designations for the May 21, 2019 Deposition of Jennifer Fuller

| Defendants Designations | Plaintiff's Objections | Plaintiff's Rebuttal Designations |
|---|---|---|
| PAGE 6, LINE 21 – PAGE 8, LINE 1 | | |
| PAGE 9, LINE 19 – PAGE 13, LINE 25 | | |
| PAGE 17, LINE 7 – 15 | | |
| PAGE 18, LINE 9 – 14 | | |
| PAGE 23, LINE 1 – 6 | | |
| PAGE 23, LINE 22 – PAGE 24, LINE 17 | | Page 24, Line 18 – Page 25, Line 12 |
| PAGE 25, LINE 22 – 24 | | |
| PAGE 27, LINE 4 – 8 | | |
| PAGE 29, LINE 19 – PAGE 30, LINE 5 | | |
| PAGE 30, LINE 15 – 24 | | |
| PAGE 34, LINE 22 – PAGE 35, LINE 1 | | |
| PAGE 35, LINE 11 – 25 | | |
| PAGE 36, LINE 16 – 20 | | |
| PAGE 44, LINE 16 – 19 | | |
| PAGE 46, LINE 21 – PAGE 47, LINE 7 | | |
| PAGE 49, LINE 1 – 6 | | |

#71295561_v2

| Defendants Designations | Plaintiff's Objections | Plaintiff's Rebuttal Designations |
|---|---|---|
| PAGE 54, LINE 5 – PAGE 56, LINE 25 | | |
| PAGE 58, LINE 4 – PAGE 59, LINE 3 | | |
| PAGE 59, LINE 19 – PAGE 60, LINE 11 | | |
| PAGE 60, LINE 24 – PAGE 61, LINE 20 | | |
| PAGE 62, LINE 8 – PAGE 65, LINE 14 | | |
| PAGE 67, LINE 19 – PAGE 68, LINE 4 | | |
| PAGE 68, LINE 15 – 17 | | |
| PAGE 70, LINE 2 – PAGE 71, LINE 2 | | |
| PAGE 72, LINE 2 – PAGE 74, LINE 5 | | |
| PAGE 75, LINE 16 – PAGE 76, LINE 16 | | |
| PAGE 77, LINE 21 – PAGE 78, LINE 13 | | |
| PAGE 79, LINE 14 – 19 | | |
| PAGE 86, LINE 7 – PAGE 87, LINE 20 | | |
| PAGE 89, LINE 19 – 22 | | |
| PAGE 90, LINE 11 – PAGE 91, LINE 23 | | |
| PAGE 92, LINE 19 – PAGE 91, LINE 23 | | |
| PAGE 100, LINE 9 – PAGE 102, LINE 4 | | |
| PAGE 102, LINE 11 – PAGE 103, LINE 2 | | |
| PAGE 104, LINE 8 – 16 | | |
| PAGE 105, LINE 10 – 13 | | |
| PAGE 106, LINE 8 – PAGE 112, LINE 14 | | |
| PAGE 113, LINE 14 – PAGE 114, LINE 20 | | |
| PAGE 116, LINE 13 – PAGE 121, LINE 2 | | |
| PAGE 122, LINE 22, PAGE 125, LINE 21 | | |
| PAGE 126, LINE 22 – PAGE 129, LINE 5 | | |
| PAGE 133, LINE 3 – 10 | | |
| PAGE 135, LINE 8 – 20 | | |

| Defendants Designations | Plaintiff's Objections | Plaintiff's Rebuttal Designations |
|---|---|---|
| PAGE 138, LINE 23 – PAGE 139, LINE 12 | | |
| PAGE 142, LINE 16 – PAGE 149, LINE 13 | | |
| PAGE 150, LINE 19 – PAGE 152, LINE 3 | | |
| PAGE 153, LINE 24 – PAGE 155, LINE 10 | | |
| PAGE 156, LINE 5 – 20 | | |
| PAGE 157, LINE 13 – PAGE 161, LINE 12 | | |
| PAGE 162, LINE 9 – PAGE 174, LINE 1 | Hearsay: 162:9 - 25<br>Relevance: 162:9 - 164:18<br>Relevance: 167:24 - 25 | |
| PAGE 174, LINE 14 – PAGE 175, LINE 21 | | |
| PAGE 182, LINE 11 – PAGE 185, LINE 13 | Legal conclusion: 184:1-9 | Page 185, Line 16 – Page 186, Line 13 |
| PAGE 187, LINE 10 – PAGE 201, LINE 16 | Relevance: 189:16 – 191:17<br>Unfairly Prejudicial & Relevance: 199:9 - 200:2<br>Legal Conclusion: 200:3 - 20 | |

## III.   Designations for the May 21, 2019 Deposition of Lisa Varela

| Defendants Designations | Plaintiff's Objections | Plaintiff's Rebuttal Designations |
|---|---|---|
| PAGE 8, LINE 20 – PAGE 11, LINE 8 | | Page 8, Line 15 – 19 |
| PAGE 12, LINE 19 – PAGE 14, LINE 23 | | |
| PAGE 18, LINE 9 – PAGE 19, LINE 17 | | |
| PAGE 21, LINE 16 – PAGE 24, LINE 23 | | |
| PAGE 27, LINE 4 – PAGE 31, LINE 2 | Legal Conclusion: 30:4 - 13 | Page 26, Line 3 – Page 27, Line 3 |
| PAGE 32, LINE 1 – PAGE 36, LINE 10 | Mischaracterizes Testimony & Unfairly Prejudicial: 34:24 – 35:2 and 35:13 – 36:10 | |
| PAGE 41, LINE 15 – 24 | | |
| PAGE 43, LINE 3 – 23 | | |
| PAGE 46, LINE 6 – PAGE 47, LINE 14 | Relevance: 46:15 – 47:8 | |
| PAGE 48, LINE 21 – PAGE 49, LINE 4 | | |

| Defendants Designations | Plaintiff's Objections | Plaintiff's Rebuttal Designations |
|---|---|---|
| PAGE 49, LINE 12 – PAGE 50, LINE 9 | | Page 50, Line 21 – Page 52, Line 4<br>Page 53, Line 18 – Page 54, Line 2 |
| PAGE 54, LINE 11 – PAGE 57, LINE 4 | | |
| PAGE 57, LINE 23 – PAGE 63, LINE 20 | | Page 63, Line 21 – Page 64, Line 2<br>Page 65, Line 1 – 14 |
| PAGE 66, LINE 6 – PAGE 73, LINE 17 | Incomplete Hypothetical: 67:14-23<br>Mischaracterizes Testimony: 71:5-14 | |
| PAGE 75, LINE 7 – PAGE 76, LINE 10 | | |
| PAGE 78, LINE 11 – PAGE 83, LINE 5 | | Page 78, Line 1 – 10 |
| PAGE 88, LINE 2 – PAGE 94, LINE 20 | | |
| PAGE 95, LINE 17 – PAGE 98, LINE 8 | Speculation: 96:8 - 17 | Page 95, Line 5 - 16 |
| PAGE 106, LINE 12 – PAGE 107, LINE 23 | | |
| PAGE 108, LINE 20 – PAGE 157, LINE 7 | Foundation: 115:13 - 18<br>Speculation: 121:13 - 122:11<br>Relevance: 124:4 – 7<br>Speculation: 133:23 – 134:5<br>Legal Conclusion: 138:19 – 139:23<br>Foundation, Assumes Facts, & Legal Conclusion: 148:20 - 149:1<br>Mischaracterizes & Argumentative: 153:6 - 16 | |

## IV.    Designations for the September 13, 2019 Deposition of Jennifer Tillett[1]

| Defendants Designations | Plaintiff's Objections | Plaintiff's Rebuttal Designations |
|---|---|---|
| PAGE 4, LINE 8 – PAGE 5, LINE 18 | Relevance: 5:1-12 | |

---

[1] Plaintiff states the following general objections to Defendants' designations for the September 13, 2019 Deposition of Jennifer Tillett:

    1.    Defendants' designations were untimely pursuant to the Court's Order (ECF No. 123) that required Defendants to make such designations on October 22, 2019, and Defendants did not make their designations for this deposition until October 26, 2019.  As such, the designations should be disallowed.

    2.    There has been no deposition of a deponent named "Jennifer Tillett" in this case, as such Plaintiff understands Defendants to intend to make designations of the deposition of Yvonne Tillett.

| **Defendants Designations** | **Plaintiff's Objections** | **Plaintiff's Rebuttal Designations** |
|---|---|---|
| PAGE 6, LINE 4 - PAGE 10, LINE 6 | Relevance: 6:4-9<br>Foundation: 7:8-17<br>Foundation: 8:4-10<br>Relevance: 8:12-18<br>Relevance: 8:20-23<br>Foundation: 8:24 – 9: 7<br>Foundation: 10:2 - 15 | |
| PAGE 10, LINES 14-15 | | |
| PAGE 11, LINES 14-17, LINES 14-15 | | |
| PAGE 12, LINE 7 – 13 | Foundation: 12:6-13 | |
| PAGE 13, LINES 1-3, LINES 12-22 | Relevance: 13:1-3<br>Relevance: 13:9-13<br>Foundation: 13:15-19 | Page 13, Line 9-11 |
| PAGE 14, LINE 1 – PAGE 25, LINE 16 | Incomplete Hypothetical: 15:10-11<br>Foundation: 15:21 – 16:2<br>Foundation: 16:4-12<br>Relevance: 16:18-23<br>Foundation & Relevance: 18:1-8<br>Foundation: 18:19-23<br>Relevance: 19:6-11<br>Speculation: 19:15-19<br>Speculation: 20:6-8<br>Speculation & Foundation: 25:3-9 | |
| PAGE 26, LINES - PAGE 45, LINE 21 | Foundation & Speculation: 27:9-15<br>Speculation: 27:22 – 28:1<br>Foundation: 28:2-6<br>Legal Conclusion: 28:14-18<br>Legal Conclusion: 28:20-23<br>Foundation: 29:17-23<br>Speculation: 30:3-7<br>Assumes facts not in the record: 30:17-22<br>Speculation & Incomplete Hypothetical: 30:24 – 31: 4<br>Incomplete Hypothetical & Speculation: 31:6-11<br>Speculation: 31:20-24<br>Incomplete Hypothetical & Speculation: 32:1-8<br>Incomplete Hypothetical & Relevance: 32:14-19<br>Assumes Facts & Foundation: 32: 24 – 33:2<br>Speculation: 34:14-16 | Page 26, Lines 1-6 |

| Defendants Designations | Plaintiff's Objections | Plaintiff's Rebuttal Designations |
|---|---|---|
| | Speculation: 34:18-23<br>Speculation: 35:17-23<br>Speculation: 36:3-9<br>Speculation & Assumes Facts: 37:3-7<br>Foundation & Assume Facts: 38:8-13<br>Assumes Facts: 38:15-20<br>Speculation: 38:22 - 39:5<br>Speculation & Assumes Facts: 39:6-12<br>Assumes Facts & Foundation: 40:23 – 41:4<br>Speculation: 41:8-12<br>Incomplete Hypothetical & Speculation: 43:20-24<br>Assumes Facts, Incomplete Hypothetical & Speculation: 44:1-10<br>Assumes Facts, Incomplete Hypothetical & Speculation: 44:16-23<br>Assumes Facts, Incomplete Hypothetical & Speculation: 44:25 – 45:8<br>Foundation & Speculation: 45:10-15<br>Assumes Facts & Speculation: 45:16-21 | |
| PAGE 46, LINE 1 – PAGE 50, LINE 13 | Hypothetical: 46:1-6<br>Speculation: 48:25 – 49:5 | |
| PAGE 53, LINE 2 – PAGE 88, LINE 8 | Speculation: 53:11-17<br>Speculation: 56:9-13<br>Asked and Answered: 56:15-25<br>Incomplete Hypothetical: 57:19-25<br>Incomplete Hypothetical & Assumes Facts: 59:23-25<br>Speculation, Incomplete Hypothetical & Assumes Facts: 60:5-8<br>Speculation, Incomplete Hypothetical & Assumes Facts: 63:2-9<br>Speculation & Assumes Facts: 68:8-13<br>Speculation & Assumes Facts: 68:22 – 69:1<br>Assumes Facts: 69:4-8<br>Assumes Facts: 69:9-12 | Page 88, Line 24-25 |

11

| Defendants Designations | Plaintiff's Objections | Plaintiff's Rebuttal Designations |
|---|---|---|
| | Assumes Facts: 69:14-19 Assumes Facts: 71:17-25 Assumes Facts: 72:2-13 Speculation & Assumption of Facts Not in Evidence: 73:13-22 Mischaracterizes Testimony: 76:9-14 Assumption of Facts Not in Evidence: 76:21-25 Assumption of Facts Not in Evidence: 77: 23 – 78:2 Assumption of Facts Not in Evidence & Argumentative: 78: 3-13 Assumption of Facts Not in Evidence: 78:15-18 Speculation & Assumption of Facts Not in Evidence: 79:16-20 Foundation & Assumption of Facts Not in Evidence: 79:22 – 80:2 Assumption of Facts Not in Evidence & Speculation: 80:4-15 Speculation & Incomplete Hypothetical: 80:17-24 Assumption of Facts Not in Evidence: 81:1-10 Legal Conclusion: 81:15-17 Vague: 82:1-4 Speculation, Incomplete Hypothetical & Assumption of Facts Not in Evidence: 82: 6-14 Assumption of Facts Not in Evidence: 82:16-22 Incomplete Hypothetical: 83:4-15 Incomplete Hypothetical: 83:22 – 84:3 Incomplete Hypothetical & Speculation: 84:5-12 Assumption of Facts Not in Evidence: 84:14-19 Speculation, Assumption of Facts Not in Evidence & Incomplete Hypothetical: 84:23 – 85:4 Assumption of Facts Not in Evidence: 85:16-25 Speculation & Relevance: 86:2-10 Foundation, Assumption of Facts Not in Evidence & Speculation: 86:12-16 | |

| Defendants Designations | Plaintiff's Objections | Plaintiff's Rebuttal Designations |
|---|---|---|
| | Assumption of Facts Not in Evidence: 86:23 – 87:3 Assumption of Facts Not in Evidence & Speculation: 87:11-15 Assumption of Facts Not in Evidence & Relevance: 87: 17-21 Assumption of Facts Not in Evidence & Speculation: 88:3-9 | |
| PAGE 89, LINE 1 – PAGE 107, LINE 16 | Privileged: 89:5-9 Speculation: 89:14-18 Assumption of Facts Not in Evidence & Speculation: 89:20-25 Speculation & Assumption of Facts Not in Evidence: 90:2-6 Speculation & Incomplete Hypothetical: 90:8-14 Incomplete Hypothetical: 90:16-22 Assumption of Facts Not in Evidence & Speculation: 90:24 – 91:6 Argumentative: 91:12-18 Speculation: 92:17-21 Speculation: 92:23 – 93:3 Assumption of Facts Not in Evidence: 93:22 – 94:8 Speculation: 94:10-15 Assumption of Facts Not in Evidence: 94:22 – 95:2 Speculation & Attorney-Client Priv.: 95:9 – 96:2 Assumption of Facts Not in Evidence & Incomplete Hypothetical: 96:4-10 Incomplete Hypothetical & Assumption of Facts Not in Evidence: 97:3-8 Incomplete Hypothetical & Assumption of Facts Not in Evidence: 97:12-16 Assumption of Facts Not in Evidence & Speculation: 97:18 – 98:4 Assumption of Facts Not in Evidence: 98:5-11 Speculation: 98:13-17 Assumption of Facts Not in Evidence: 98:24 – 99:6 Assumption of Facts Not in Evidence: 99:8-20 | |

13

| **Defendants Designations** | **Plaintiff's Objections** | **Plaintiff's Rebuttal Designations** |
|---|---|---|
| | Foundation & Assumption of Facts Not in Evidence: 99:22 – 100:2 Speculation & Incomplete Hypothetical: 100:4-15 Speculation: 100:17-19 Assumption of Facts Not in Evidence: 100:24 – 101:5 Assumption of Facts Not in Evidence: 101:7-12 Relevance: 101:13-18 Relevance: 101:20-24 Relevance: 102:1-8 Speculation: 102:18-20 Speculation: 103:1-4 Assumption of Facts Not in Evidence, Speculation & Relevance: 103:6-20 Speculation, Relevance & Assumption of Facts Not in Evidence: 104:7 -12 Speculation, Assumption of Facts Not in Evidence & Relevance: 105:8-24 Speculation & Incomplete Hypothetical: 106:10-15 Assumption of Facts Not in Evidence: 106:21 – 107:2 Speculation: 107:4-10 | |

#71295561_v2

## V.     Designations for the June 7, 2019, Deposition of Manuel V. Feijoo

| Plaintiff's Designations | Defendant's Objections[2] | Defendant's Rebuttal Designations |
|---|---|---|
| PAGE 6, LINE 21 – PAGE 7, LINE 9 | | |
| PAGE 12, LINES 8 – 9 | | |
| PAGE 15, LINE 3 – PAGE 16, LINE 22 | | |
| PAGE 18, LINE 8 – PAGE 21, LINE 14 | | |
| PAGE 22, LINES 2 – 9 | | |
| PAGE 24, LINE 24 – PAGE 26, LINE 25 | | |
| PAGE 27, LINES 21 – 25 | | |
| PAGE 31, LINES 2 – PAGE 32, LINE 23 | | |
| PAGE 33, LINES 8 – 15 | | |
| PAGE 33, LINES 24 – PAGE 34, LINE 8 | | |
| PAGE 37, LINES 23 – PAGE 39, LINE 8 | Relevance 37:23 – 39:8 | |
| PAGE 39, LINE 25 – PAGE 42, LINE 13 | | |
| PAGE 42, LINES 14 – 17 | | |
| PAGE 42, LINE 18 – PAGE 43, LINE 19 | | |
| PAGE 43, LINES 20 – 24 | | |
| PAGE 45, LINES 3 – 22 | | |
| PAGE 46, LINES 18 – PAGE 49, LINE 1 | | |
| PAGE 48, LINE 3 – 23 | | |
| PAGE 49, LINE 7 – PAGE 50, LINE 1 | | |
| PAGE 50, LINE 2 – PAGE 51, LINE 1 | | |
| PAGE 51, LINE 2 – PAGE 55, LINE 20 | | |
| PAGE 55, LINE 21 – PAGE 56, LINE 23 | | |
| PAGE 56, LINE 24 – PAGE 58, LINE 11 | | |

---

[2] SFM objects to Defendants' objections to SFM's deposition designations for the June 7, 2019 Deposition of Manuel V. Feijoo.  The Court's Order (ECF No. 123, ¶ 8) required Defendants to serve their objections on October 22, 2019 (or 21 days before trial), but Defendants provided their objections for this deposition at 5:37 p.m. on November 3, 2019.  As such, Defendants' objections are untimely, not in compliance with the Order, and have been waived.

| Plaintiff's Designations | Defendant's Objections[2] | Defendant's Rebuttal Designations |
|---|---|---|
| PAGE 58, LINE 12 – PAGE 61, LINE 15 | | |
| PAGE 61, LINE 21 – PAGE 62, LINE 3 | | |
| PAGE 63, LINE 19 – PAGE 64, LINE 13 | | |
| PAGE 64, LINE 14 – PAGE 66, LINE 8 | | |
| PAGE 66, LINE 9 – 16 | | |
| PAGE 67, LINE 13 – PAGE 68, LINE 16 | | |
| PAGE 68, LINE 17 – PAGE 71, LINE 18 | | |
| PAGE 72, LINE 16 – PAGE 75, LINE 5 | | |
| PAGE 76, LINE 13 – PAGE 78, LINE 9 | | |
| PAGE 78, LINE 16 – PAGE 84, LINE 2 | | |
| PAGE 84, LINE 3 – PAGE 90, LINE 2 | | |
| PAGE 90, LINES 11 – 17 | | |
| PAGE 91, LINE 6 – PAGE 96, LINE 10 | | |
| PAGE 96, LINE 23 – PAGE 97, LINE 6 | | |
| PAGE 97, LINE 7 – PAGE 98, LINE 20 | | |
| PAGE 98, LINE 25 – PAGE 101, LINE 12 | | |
| PAGE 101, LINE 13 – PAGE 102, LINE 2 | | |
| PAGE 102, LINES 3 – 18 | | |
| PAGE 103, LINE 16 – PAGE 104, LINE 14 | | |
| PAGE 104, LINES 15 – PAGE 105, LINE 11 | | |
| PAGE 105, LINE 12 – PAGE 106, LINE 18 | | |
| PAGE 106, LINE 19 – PAGE 107, LINE 7 | | |
| PAGE 107, LINES 11 – 16 | | |
| PAGE 109, LINE 4 – PAGE 110, LINE 10 | | |
| PAGE 111, LINES 5 – PAGE 117, LINE 22 | | |

16

| Plaintiff's Designations | Defendant's Objections[2] | Defendant's Rebuttal Designations |
|---|---|---|
| PAGE 117, LINE 23 – PAGE 119, LINE 22 | | |
| PAGE 119, LINE 23 – PAGE 120, LINE 22 | | |
| PAGE 121, LINE 5 – PAGE 122, LINE 22 | | |
| PAGE 123, LINE 5 – PAGE 124, LINE 22 | | |
| PAGE 124, LINE 23 – PAGE 126, LINE 8 | | |
| PAGE 126, LINE 14 – PAGE 129, LINE 18 | | |
| PAGE 129, LINE 24 – PAGE 130, LINE 11 | | |
| PAGE 130, LINE 13 – PAGE 137, LINE 13 | | |
| PAGE 137, LINE 14 – PAGE 142, LINE 19 | | |
| PAGE 142, LINE 24 – PAGE 144, LINE 16 | | |
| PAGE 144, LINE 17 – PAGE 145, LINE 20 | | |
| PAGE 146, LINE 2 – PAGE 149, LINE 18 | | |
| PAGE 149, LINE 19 – PAGE 158, LINE 15 | | |
| PAGE 158, LINE 19 – PAGE 172, LINE 18 | | |
| PAGE 172, LINE 19 – PAGE 176, LINE 7 | | |
| PAGE 176, LINE 8 – PAGE 179, LINE 5 | | |
| PAGE 179, LINES 6 – 13 | | |
| PAGE 181, LINE 4 – PAGE 183, LINE 10 | | |
| PAGE 183, LINE 11 – PAGE 185, LINE 20 | | |
| PAGE 185, LINE 21 – PAGE 188, LINE 6 | | |
| PAGE 188, LINE 7 – PAGE 189, LINE 21 | | |
| PAGE 189, LINES 22 - 25 | | |
| PAGE 190, LINE 23 – PAGE 191, LINE 3 | | |
| PAGE 191, LINE 4 – 19 | | |
| PAGE 192, LINES 12 - 17 | | |

| Plaintiff's Designations | Defendant's Objections[2] | Defendant's Rebuttal Designations |
| --- | --- | --- |
| PAGE 192, LINE 22 – PAGE 199, LINE 20 | | |
| PAGE 200, LINE 2 – PAGE 201, LINE 8 | | |
| PAGE 201, LINES 17 - 24 | | |
| PAGE 202, LINE 9 – PAGE 206, LINE 12 | | |
| PAGE 206, LINE 18 – PAGE 209, LINE 17 | | |
| PAGE 209, LINE 18 – PAGE 210, LINE 16 | | |
| PAGE 210, LINE 17 – PAGE 213, LINE 25 | | |
| PAGE 214, LINES 1 -16 | | |
| PAGE 215, LINES 2 – PAGE 216, LINE 7 | | |
| PAGE 216, LINE 8 – PAGE 218, LINE 13 | | |
| PAGE 218, LINE 14 – PAGE 221, LINE 10 | | |
| PAGE 221, LINE 16 – PAGE 226, LINE 14 | | |
| PAGE 226, LINE 17 – PAGE 228, LINE 15 | | |
| PAGE 228, LINE 16 – PAGE 229, LINE 1 | | |
| PAGE 229, LINE 2 – PAGE 230, LINE 23 | | |
| PAGE 231, LINE 25 – PAGE 232, LINE 9 | | |
| PAGE 232, LINE 10 – PAGE 233, LINE 19 | | |
| PAGE 234, LINE 5 – PAGE 237, LINE 13 | | |
| PAGE 237, LINE 15 – PAGE 238, LINE 18 | | |
| PAGE 238, LINE 19 – PAGE 240, LINE 5 | | |
| PAGE 240, LINE 19 – PAGE 242, LINE 6 | | |
| PAGE 242, LINE 7 – PAGE 243, LINE 13 | | |
| PAGE 243, LINE 14 – PAGE 245, LINE 9 | | |
| PAGE 246, LINE 7 – PAGE 247, LINE 13 | | |

| Plaintiff's Designations | Defendant's Objections[2] | Defendant's Rebuttal Designations |
|---|---|---|
| PAGE 247, LINE 14 – PAGE 249, LINE 14 | | |
| PAGE 250, LINES 7 - 13 | | |
| PAGE 251, LINE 1 – PAGE 255, LINE 21 | | |
| PAGE 261, LINE 17 – PAGE 265, LINE 25 | | |
| PAGE 266, LINE 1 – PAGE 267, LINE 20 | | |
| PAGE 267, LINE 24 – PAGE 269, LINE 8 | | |
| PAGE 273, LINE 9 – PAGE 277, LINE 9 | Legal Conclusion, Argumentative, Best Evidence 273:9 – 274:22 | |
| PAGE 277, LINE 11 – PAGE 279, LINE 12 | | |
| PAGE 280, LINE 18 – PAGE 282, LINE 12 | | |
| PAGE 282, LINE 14 – PAGE 284, LINE 8 | | |
| PAGE 286, LINE 7 – PAGE 287, LINE 24 | | |
| PAGE 288, LINE 1 – PAGE 295, LINE 4 | | |
| PAGE 295, LINE 9 – PAGE 296, LINE 15 | | |
| PAGE 305, LINE 10 – PAGE 310, LINE 10 | | |
| PAGE 310, LINE 15 – PAGE 311, LINE 14 | | |
| PAGE 311, LINE 15 – PAGE 312, LINE 19 | | |

## VI. Designations for the September 16, 2019, Deposition of Manuel V. Feijoo

| Plaintiff's Designations | Defendant's Objections | Defendant's Rebuttal Designations |
|---|---|---|
| PAGE 8, LINES 2 - 24 | | |
| PAGE 9, LINE 10 – PAGE 10, LINE 9 | | |
| PAGE 12, LINE 8 – PAGE 13, LINE 1 | | |
| PAGE 13, LINE 11 – PAGE 14, LINE 8 | | |
| PAGE 27, LINES 4 - 18 | | |

| Plaintiff's Designations | Defendant's Objections | Defendant's Rebuttal Designations |
|---|---|---|
| PAGE 27, LINE 25 – PAGE 29, LINE 7 | | |
| PAGE 30, LINE 19 – PAGE 31, LINE 25 | | |
| PAGE 32, LINE 20 – PAGE 34, LINE 13 | | |
| PAGE 35, LINES 11 - 17 | | |
| PAGE 37, LINE 11 – PAGE 38, LINE 5 | | |
| PAGE 39, LINE 5 – PAGE 43, LINE 6 | | |
| PAGE 43, LINE 13 – PAGE 45, LINE 22 | | |
| PAGE 46, LINE 7 – PAGE 51, LINE 16 | | |
| PAGE 52, LINE 5 - PAGE 65, LINE 13 | | |
| PAGE 66, LINE 25 – PAGE 68, LINE 17 | | |
| PAGE 68, LINE 23 – PAGE 72, LINE 21 | | |
| PAGE 73, LINE 1 – PAGE 78, LINE 8 | | |
| PAGE 78, LINE 14 – PAGE 81, LINE 2 | | |
| PAGE 81, LINE 18 – PAGE 88, LINE 19 | | |
| PAGE 88, LINE 24 – PAGE 90, LINE 21 | | |
| PAGE 91, LINE 1 – PAGE 92, LINE 13 | | |
| PAGE 93, LINES 15 - 25 | | |
| PAGE 94, LINE 4 – PAGE 107, LINE 10 | | |
| PAGE 108, LINE 22 – PAGE 116, LINE 25 | | |
| PAGE 117, LINE 8 – PAGE 124, LINE 16 | | |

## VII.   Designations for the September 24, 2019, Deposition of Manuel V. Feijoo

| Plaintiff's Designations | Defendant's Objections | Defendant's Rebuttal Designations |
|---|---|---|
| PAGE 5, LINE 3 - PAGE 9, LINE 19 | | |

| Plaintiff's Designations | Defendant's Objections | Defendant's Rebuttal Designations |
|---|---|---|
| PAGE 9, LINE 20 - PAGE 10, LINE 5 | | |
| PAGE 10, LINE 6 - PAGE 14, LINE 13 | | |
| PAGE 14, LINE 14 - PAGE 16, LINE 23 | | |
| PAGE 16, LINE 24 - PAGE 20, LINE 2 | | |
| PAGE 20, LINE 3 - PAGE 21, LINE 16 | | |
| PAGE 21, LINE 17 - PAGE 22, LINE 1 | | |
| PAGE 22, LINE 2 - PAGE 23, LINE 21 | | |
| PAGE 24, LINE 18 - PAGE 26, LINE 21 | | |
| PAGE 26, LINE 22 - PAGE 27, LINE 21 | | |
| PAGE 28, LINES 10 - 23 | | |
| PAGE 29, LINE 3 - PAGE 32, LINE 20 | | |
| PAGE 32, LINE 21 - PAGE 34, LINE 16 | | |
| PAGE 34, LINE 17 - PAGE 35, LINE 3 | | |
| PAGE 35, LINE 4 - PAGE 35, LINE 21 | | |
| PAGE 36, LINE 10 - PAGE 37, LINE 9 | | |
| PAGE 37, LINE 10 - PAGE 39, LINE 19 | | |
| PAGE 39, LINE 20 - PAGE 41, LINE 5 | | |
| PAGE 42, LINE 6 - PAGE 43, LINE 13 | | |
| PAGE 43, LINE 14 - PAGE 44, LINE 11 | | |
| PAGE 44, LINE 12 - PAGE 45, LINE 11 | | |
| PAGE 45, LINES 12 - 25 | | |
| PAGE 46, LINES 1 - 4 | | |
| PAGE 46, LINE 5 - PAGE 52, LINE 9 | | |
| PAGE 52, LINE 10 - PAGE 55, LINE 11 | | |
| PAGE 55, LINE 12 - PAGE 56, LINE 24 | | |

#71295561_v2

| Plaintiff's Designations | Defendant's Objections | Defendant's Rebuttal Designations |
|---|---|---|
| PAGE 56, LINE 25 - PAGE 59, LINE 3 | | |
| PAGE 59, LINES 4 - 8 | | |
| PAGE 59, LINE 20 - PAGE 61, LINE 25 | | |
| PAGE 62, LINES 1 - 7 | | |
| PAGE 62, LINE 8 - PAGE 64, LINE 8 | | |
| PAGE 64, LINES 9 - 22 | | |
| PAGE 64, LINE 23 - PAGE 67, LINE 17 | | |
| PAGE 68, LINES 1 - 9 | | |
| PAGE 68, LINE 10 - PAGE 69, LINE 23 | | |
| PAGE 69, LINE 24 - PAGE 74, LINE 12 | | |
| PAGE 74, LINE 13 – PAGE 76, LINE 18 | | |
| PAGE 76, LINE 19 - PAGE 77, LINE 12 | | |
| PAGE 77, LINE 22 - PAGE 78, LINE 4 | | |
| PAGE 78, LINE 25 - PAGE 79, LINE 16 | | |
| PAGE 79, LINE 17 - PAGE 80, LINE 22 | | |
| PAGE 81, LINES 1 - 16 | | |
| PAGE 81, LINES 17 - 20 | | |
| PAGE 81, LINE 21 - PAGE 82, LINE 8 | | |
| PAGE 82, LINE 9 - PAGE 83, LINE 2 | | |
| PAGE 83, LINES 3 – 14 | | |
| PAGE 83, LINE 24 - PAGE 85, LINE 1 | | |
| PAGE 85, LINE 2 - PAGE 85, LINE 17 | | |
| PAGE 85, LINE 18 - PAGE 87, LINE 7 | | |
| PAGE 87, LINE 9 - PAGE 88, LINE 3 | | |
| PAGE 88, LINES 4 - 22 | | |
| PAGE 88, LINE 23 - PAGE 90, LINE 1 | | |
| PAGE 90, LINE 2 - PAGE 92, LINE 6 | | |

#71295561_v2

| Plaintiff's Designations | Defendant's Objections | Defendant's Rebuttal Designations |
|---|---|---|
| PAGE 101, LINE 25 - PAGE 102, LINE 11 | | |
| PAGE 102, LINE 12 - PAGE 104, LINE 8 | | |
| PAGE 104, LINE 9 - PAGE 105, LINE 19 | | |
| PAGE 105, LINE 20 - PAGE 106, LINE 22 | | |
| PAGE 106, LINE 23 - PAGE 108, LINE 10 | | |
| PAGE 108, LINE 11 - PAGE 109, LINE 24 | | |

## VIII.   Designations for the May 29, 2019, Deposition of Anielka Castillo

| Plaintiff's Designations | Defendant's Objections[3] | Defendant's Rebuttal Designations |
|---|---|---|
| PAGE 4, LINE 3 - PAGE 5, LINE 5 | | |
| PAGE 6, LINE 22, - PAGE 8, LINE 21 | | |
| PAGE 8, LINE 20 – PAGE 14, LINE 7 | Relevance 11:9-12 | |
| PAGE 14, LINES 13 – 25 | | |
| PAGE 15, LINES 1 -6 | | |
| PAGE 15, LINE 10 – PAGE 17, LINE 9 | | |
| PAGE 18, LINES 12 - 19 | | |
| PAGE 18, LINE 20 - PAGE 21, LINE 20 | | |
| PAGE 21, LINE 21 - PAGE 22, LINE 7 | | |
| PAGE 22, LINE 14 - PAGE 23, LINE 4 | | |
| PAGE 23, LINE 5 - PAGE 24, LINE 10 | Relevance 23:5 – 24:10 | |
| PAGE 24, LINE 13 - PAGE 25, LINE 10 | | |
| PAGE 25, LINES 11 - 15 | | |
| PAGE 25, LINE 16 - PAGE 27, LINE 2 | | |

---

[3] SFM objects to Defendants' objections to SFM's deposition designations for the May 29, 2019 Deposition of Anielka Castillo. The Court's Order (ECF No. 123, ¶ 8) required Defendants to serve their objections on October 22, 2019 (or 21 days before trial), but Defendants provided their objections for this deposition at 5:37 p.m. on November 3, 2019. As such, Defendants' objections are untimely, not in compliance with the Order, and have been waived.

| Plaintiff's Designations | Defendant's Objections[3] | Defendant's Rebuttal Designations |
|---|---|---|
| PAGE 27, LINE 3 - PAGE 29, LINE 7 | | |
| PAGE 29, LINE 8 - PAGE 31, LINE 19 | | |
| PAGE 31, LINE 10 - PAGE 35, LINE 9 | Foundation, Relevance 34:1 – 41:5 | |
| PAGE 35, LINE 1 - PAGE 36, LINE 19 | Foundation, Relevance 34:1 – 41:5 | |
| PAGE 36, LINE 20 - PAGE 37, LINE 19 | Foundation, Relevance 34:1 – 41:5 | |
| PAGE 37, LINE 20 - PAGE 41, LINE 5 | Foundation, Relevance 34:1 – 41:5 | |
| PAGE 41, LINES 12 - 17 | | |
| PAGE 41, LINE 24 - PAGE 42, LINE 11 | | |
| PAGE 42, LINE 12 - PAGE 43, LINE 15 | | |
| PAGE 43, LINE 16 - PAGE 46, LINE 14 | | |
| PAGE 46, LINE 15 - PAGE 48, LINE 25 | | |
| PAGE 49, LINE 1 - PAGE 51, LINE 12 | | |
| PAGE 51, LINE13 – PAGE 54, LINE 5 | | |
| PAGE 54, LINE 8 - PAGE 55, LINE 10 | | |
| PAGE 56, LINE 13 - PAGE 60, LINE 7 | Relevance, Misleading, No legal requirement Dr. personally sign 59:3-16 | |
| PAGE 60, LINE 8 - PAGE 61, LINE 12 | | |
| PAGE 61, LINE 13 - PAGE 64, LINE 13 | | |
| PAGE 64, LINE 14 - PAGE 65, LINE 9 | | |
| PAGE 65, LINE 10 - PAGE 66, LINE 12 | | |
| PAGE 66, LINES 13- 24 | | |
| PAGE 67, LINE 1 - PAGE 67, LINE16 | | |
| PAGE 67, LINE 17 - PAGE 68, LINE 21 | | |
| PAGE 68, LINE 22 – PAGE 70, LINE 10 | | |
| PAGE 70, LINE 11 - PAGE 71, LINE 6 | | |

#71295561_v2

| Plaintiff's Designations | Defendant's Objections[3] | Defendant's Rebuttal Designations |
|---|---|---|
| PAGE 71, LINES 7- 20 | | |
| PAGE 71, LINE 21 - PAGE 72, LINE 1 | | |
| PAGE 72, LINE 2 - PAGE 73, LINE 1 | | |
| PAGE 73, LINES 2 - 19 | | |
| PAGE 73, LINE 20 - PAGE 74, LINE 5 | | |
| PAGE 74, LINE 6 - PAGE 76, LINE 24 | Foundation, calls for medical expertise 74:25 – 76:6 | |
| PAGE 76, LINE 25 - PAGE 78, LINE 14 | | |
| PAGE 78, LINE 15 - PAGE 79, LINE 2 | | |
| PAGE 81, LINES 3 - 22 | | |
| PAGE 82, LINES 2 - 12 | | |
| PAGE 82, LINE 24 - PAGE 85, LINE 5 | | |
| PAGE 85, LINES 14 - 22 | | |
| PAGE 85, LINE 23 - PAGE 86, LINE 2 | | |
| PAGE 86, LINE 3 - PAGE 87, LINE 18 | | |
| PAGE 87, LINE 19 - PAGE 88, LINE 5 | | |
| PAGE 88, LINES 15 - 20 | | |
| PAGE 88, LINE 23 - PAGE 89, LINE 17 | | |
| PAGE 89, LINE 18 - PAGE 90, LINE 25 | | |
| PAGE 91, LINE 1 - PAGE 97, LINE 18 | Foundation, calls for medical expertise, hypothetical, Relevance 94:22 – 100:10 | |
| PAGE 98, LINE 25 - PAGE 99, LINE 23 | Foundation, calls for medical expertise, hypothetical, Relevance 94:22 – 100:10 | |
| PAGE 99, LINE 24 - PAGE 100, LINE 8 | Foundation, calls for medical expertise, hypothetical, Relevance 94:22 – 100:10 | |
| PAGE 100, LINE 12 - PAGE 101, LINE 19 | | |
| PAGE 101, LINE 20 - PAGE 103, LINE 3 | | |
| PAGE 103, LINE 4 - PAGE 105, LINE 22 | | |

| Plaintiff's Designations | Defendant's Objections[3] | Defendant's Rebuttal Designations |
|---|---|---|
| PAGE 106, LINE 23 – PAGE 107, LINE 5 | Foundation, Best Evidence 105:23 – 121:9 | |
| PAGE 107, LINES 6 - 19 | Foundation, Best Evidence 105:23 – 121:9 | |
| PAGE 107, LINE 20 - PAGE 111, LINE 19 | Foundation, Best Evidence 105:23 – 121:9 | |
| PAGE 111, LINE 20 - PAGE 112, LINE 16 | Foundation, Best Evidence 105:23 – 121:9 | |
| PAGE 112, LINE 18 - PAGE 113, LINE 3 | Foundation, Best Evidence 105:23 – 121:9 | |
| PAGE 113, LINE 6 - PAGE 114, LINE 16 | Foundation, Best Evidence 105:23 – 121:9 | |
| PAGE 114, LINE 18 - PAGE 119, LINE 23 | Foundation, Best Evidence 105:23 – 121:9 | |
| PAGE 119, LINE 24 - PAGE 121, LINE - 9 | Foundation, Best Evidence 105:23 – 121:9 | |
| PAGE 121, LINE 10 – PAGE 123, LINE 10 | | |
| PAGE 123, LINES 11 - 19 | | |
| PAGE 123, LINE 20 – PAGE 125, LINE 19 | | |
| PAGE 125, LINE 20 - PAGE 131, LINE 15 | | |
| PAGE 131, LINE 16 - PAGE 132, LINE 2 | | |
| PAGE 132, LINES 3 - 18 | | |
| PAGE 132, LINE 19 - PAGE 133, LINE 23 | | |
| PAGE 133, LINE 24 - PAGE 135, LINE 8 | Foundation, Speculation 133: - 145:25 | |
| PAGE 135, LINE 23 - PAGE 143, LINE 15 | Foundation, Speculation 133: - 145:25 | |
| PAGE 143, LINE 16 - PAGE 144, LINE 9 | Foundation, Speculation 133: - 145:25 | |
| PAGE 155, LINE 8 - PAGE 173, LINE 6 | Foundation, Speculation 156:18 – 163:18 Foundation, Asked and Answered 164:15 – 166:4 Foundation, Relevance, Best Evidence 167:1 – 173:6 | |
| PAGE 173, LINE 12 - PAGE 175, LINE 24 | | |
| PAGE 175, LINE 25 - PAGE 176, LINE 3 | | |
| PAGE 176, LINE 4 - PAGE 178, LINE 8 | | |

#71295561_v2

| Plaintiff's Designations | Defendant's Objections[3] | Defendant's Rebuttal Designations |
|---|---|---|
| PAGE 178, LINE 14 - PAGE 179, LINE 20 | | |
| PAGE 180, LINE 14 - PAGE 181, LINE 9 | | |
| PAGE 181, LINE 12 - PAGE 183, LINE 17 | | |
| PAGE 183, LINE 18 - PAGE 185, LINE 15 | | |
| PAGE 185, LINE 16 - PAGE 187, LINE 19 | | |
| PAGE 187, LINE 24 - PAGE 188, LINE 4 | | |
| PAGE 188, LINE 19 - PAGE 191, LINE 10 | | |
| PAGE 191, LINE 11 - PAGE 198, LINE 20 | Foundation, Relevance, Best Evidence 196:12 – 198:4 | |
| PAGE 199, LINES 2 - 23 | | |
| PAGE 199, LINE 24 - PAGE 200, LINE 24 | | |
| PAGE 201, LINE 7- PAGE 203, LINE 6 | | |
| PAGE 203, LINE 22 - PAGE 204, LINE 12 | | |
| PAGE 204, LINE 18 – PAGE 207, LINE 5 | | |
| PAGE 207, LINES 6 - 13 | | |
| PAGE 207, LINES 14 - 21 | | |
| PAGE 207, LINE 22 – PAGE 212, LINE 3 | | |
| PAGE 212, LINE 4 – PAGE 213, LINE 1 | | |
| PAGE 213, LINE 2 – PAGE 216, LINE 3 | | |
| PAGE 216, LINE 15 – PAGE 217, LINE 15 | | |
| PAGE 218, LINE 2 – PAGE 219, LINE 11 | | |
| PAGE 219, LINE16 – PAGE 221, LINE 10 | | |
| PAGE 221, LINE 25 – PAGE 224, LINE 4 | | |
| PAGE 224, LINES 5 – 14 | | |
| PAGE 224, LINE 18 – PAGE 225, LINE 21 | | |

#71295561_v2

| Plaintiff's Designations | Defendant's Objections[3] | Defendant's Rebuttal Designations |
|---|---|---|
| PAGE 225, LINE 22 – PAGE 227, LINE 9 | Foundation, Relevance, Best Evidence Argumentative, Asked and Answered 226:10 – 232:18 | |
| PAGE 227, LINE 11 – PAGE 230, LINE 2 | Foundation, Relevance, Best Evidence Argumentative, Asked and Answered 226:10 – 232:18 | |
| PAGE 230, LINE 9 – PAGE 231, LINE 11 | Foundation, Relevance, Best Evidence Argumentative, Asked and Answered 226:10 – 232:18 | |
| PAGE 231, LINE 12 – PAGE 232, LINE 4 | Foundation, Relevance, Best Evidence Argumentative, Asked and Answered 226:10 – 232:18 | |
| PAGE 232, LINE 5 – PAGE 233, LINE 2 | Foundation, Relevance, Best Evidence Argumentative, Asked and Answered 226:10 – 232:18 | |
| PAGE 233, LINE 4 - PAGE 234, LINE 9 | | |
| PAGE 234, LINES 10 - 20 | | |
| PAGE 234, LINE 25 – PAGE 235, LINE 13 | | |
| PAGE 235, LINE 16 – PAGE 236, LINE 11 | | |
| PAGE 236, LINES 12 – 24 | | |
| PAGE 236, LINE 25 – PAGE 237, LINE 21 | | |
| PAGE 237, LINE 22 – PAGE 241, LINE 3 | | |
| PAGE 241, LINE 4 – PAGE 243, LINE 16 | | |
| PAGE 243, LINE 17 – PAGE 245, LINE 13 | | |
| PAGE 245, LINE 14 – PAGE 249, LINE 1 | Legal conclusion, Best Evidence 246:11 – 247:15 | |
| PAGE 249, LINE 2 – PAGE 249, LINE 5 | | |
| PAGE 249, LINE 6 – PAGE 250, LINE 10 | | |
| PAGE 250, LINE 11 – PAGE 252, LINE 8 | | |
| PAGE 252, LINE 16 – PAGE 254, LINE 11 | Foundation, Relevance, Best Evidence 252:11 – 254:11 | |
| PAGE 254, LINES 14 – 23 | | |
| PAGE 255, LINE 21 – PAGE 256, LINE 22 | | |

| Plaintiff's Designations | Defendant's Objections[3] | Defendant's Rebuttal Designations |
|---|---|---|
| PAGE 257, LINE 1 – PAGE 258, LINE 10 | | |
| PAGE 258, LINES 11 – 22 | | |
| PAGE 258, LINE 23 – PAGE 259, LINE 3 | | |
| PAGE 259, LINE 10 – PAGE 261, LINE 12 | | |
| PAGE 261, LINE 22 – PAGE 262, LINE 2 | | |
| PAGE 262, LINE 3 – 16 | | |
| PAGE 262, LINE 17 – PAGE 263, LINE 23 | | |
| PAGE 264, LINES 1 – 10 | | |
| PAGE 264, LINE 11 – PAGE 265, LINE 25 | | |
| PAGE 266, LINE 1 – PAGE 269, LINE 7 | | |
| PAGE 269, LINES 8 – 11 | | |
| PAGE 271, LINE 8 – PAGE 275, LINE 2 | | |
| PAGE 275, LINE 21 – PAGE 277, LINE 12 | | |
| PAGE 277, LINE 13 – PAGE 281, LINE 23 | | |
| PAGE 282, LINE 7 – PAGE 283, LINE 13 | | |
| PAGE 283, LINE 20 – PAGE 286, LINE 3 | | |
| PAGE 286, LINE 4 – PAGE 287, LINE 16 | | |
| PAGE 287, LINE 20 – PAGE 288, LINE 7 | | |
| PAGE 290, LINE 13 – PAGE 291, LINE 25 | | |
| PAGE 292, LINE 1 – PAGE 294, LINE 8 | Subsequent Remedial Measure, Relevance 292:1 – 295:12 | |
| PAGE 294, LINE 9 – PAGE 295, LINE 9 | Subsequent Remedial Measure, Relevance 292:1 – 295:12 | |
| PAGE 319, LINE 22 – PAGE 322, LINE 17 | | |
| PAGE 322, LINES 18 – 23 | | |
| PAGE 323, LINE 9 – PAGE 325, LINE 2 | | |
| PAGE 325, LINE 3 – PAGE 327, LINE 10 | | |

#71295561_v2

| Plaintiff's Designations | Defendant's Objections[3] | Defendant's Rebuttal Designations |
|---|---|---|
| PAGE 327, LINE 11 - PAGE 328, LINE 6 | | |
| PAGE 328, LINE 7 – PAGE 331, LINE 24 | | |
| PAGE 331, LINE 25 – PAGE 333, LINE 20 | | |
| PAGE 333, LINE 21 – PAGE 336, LINE 5 | | |
| PAGE 336, LINE 18 – PAGE 337, LINE 16 | | |

Dated this 4th day of November, 2019.

/s/ David I. Spector
KENNETH P. HAZOURI
Fla. Bar No. 019800
khazouri@dsklawgroup.com
ANDREW S. BALLENTINE
Fla. Bar No. 118075
aballentine@dsklawgroup.com
DEBEAUBIEN, SIMMONS, KNIGHT,
  MANTZARIS AND NEAL, LLP
332 North Magnolia Avenue
Orlando, Florida 32801
Telephone: (407) 422-2454
—and—
DAVID I. SPECTOR
Fla. Bar No. 086540
david.spector@hklaw.com
KAYLA L. PRAGID
Fla. Bar No. 098738
kayla.pragid@hklaw.com
HOLLAND & KNIGHT LLP
222 Lakeview Avenue, Ste. 1000
West Palm Beach, Florida 33401
Telephone: (561) 833-2000
Facsimile: (561) 650-8399

*Attorneys for Plaintiff/Counter-Defendant*

JEROME A. PIVNIK
THE PIVNIK LAW FIRM

#71295561_v2

7700 N. Kendal Drive, Suite 703
Miami, FL 33156
Tel: 305-670-0095
Email: Pivniklaw@aol.com
Cdiezpivniklaw@aol.com
Jerome A. Pivnik, Esq.
Fla. Bar No.: 400408

*Attorney for Defendants*

ANDREW P. BARATTA
**BARATTA, RUSSELL & BARATTA**
3500 Reading Way
Huntingdon Valley, PA 19006
Tel: 215-914-2222
Email: Andrew@Barattarussell.com
Attorney for Defendants
*Admitted pro hac vice*

*Attorney for Defendants*

31