UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 1:18-cv-23329-Ruiz/Becerra

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Plaintiff/Counter-Defendant,

v.

MANUEL V. FEIJOO; and
MANUEL V. FEIJOO, M.D., P.A.,
a Florida professional association,

    Defendants/Counter-Plaintiffs.

_____/

## STATE FARM MUTUAL'S PROPOSED VOIR DIRE QUESTIONS

Plaintiff/Counter-Defendant, State Farm Mutual Automobile Insurance Company ("SFM"), by counsel and pursuant to this Court's Order Providing Instruction for Jury Trial [ECF No. 123 at ¶ 6] respectfully requests the Court consider the following *voir dire* questions for the jury:

1. Have you or any family member/friend ever worked for an insurance company or in the medical field? If so, please describe your job duties/title, when you worked there, any positive/negative experiences, and the reason for leaving the job.

2. Have you or any family member/friend ever had a bad experience with, had benefits denied by, or been in a dispute with an insurance company? If so, what was the dispute and how was it resolved?

3. Have you or any family member ever owned a business? If so, what type of business? Did you manage the day to day of the business?

4.  Have you or any family member/friend been involved in a dispute or argument which involved concerns where that someone acted deceptively, misleadingly or unethically? If so, what was the nature of the dispute, who was involved and how was it resolved?

5.  Have you or any family member/friend ever been asked to investigate or look into any allegations of misconduct? If so, please explain the circumstances, how long it took to reach a conclusion of whether the misconduct occurred, the steps taken to look into the matter and ultimate resolution.

Dated November 4, 2019.

                                                Respectfully submitted,

                                                */s/ Kenneth P. Hazouri*
KENNETH P. HAZOURI
Fla. Bar No. 019800
khazouri@dsklawgroup.com
ANDREW S. BALLENTINE
Fla. Bar No. 118075
aballentine@dsklawgroup.com
**deBeaubien, Simmons, Knight,
 Mantzaris and Neal, LLP**
332 North Magnolia Avenue
Orlando, Florida 32801
Telephone: (407) 422-2454

—and—

DAVID I. SPECTOR
Fla. Bar No. 086540
david.spector@hklaw.com
KAYLA L. PRAGID
Fla. Bar No. 098738
kayla.pragid@hklaw.com
**Holland & Knight LLP**
222 Lakeview Avenue, Ste. 1000
West Palm Beach, Florida 33401
Telephone: (561) 833-2000
Facsimile: (561) 650-8399

*Attorneys for Plaintiff/Counter-Defendant*