**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

Case No. 1:18-CV-23329-RAR

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, an Illinois
corporation,

    Plaintiff/Counter-Defendant,

vs.

MANUEL V. FEIJOO,
MANUEL V. FEIJOO, M.D., P.A.,
a Florida professional association,

    Defendants/Counter-Plaintiffs.

_____/

### JOINT STATEMENT OF THE CASE TO BE READ BEFORE VOIR DIRE

Plaintiff/Counter-Defendant, State Farm Mutual Automobile Insurance Company ("SFM"), and Defendants/Counter-Plaintiffs, Manuel V. Feijoo ("Dr. Feijoo") and Manuel V. Feijoo, M.D., P.A. (the "Clinic") (collectively, the "Defendants"), submit this proposed Joint Statement of the Case pursuant to Paragraph 7 of the Court's Order Providing Instructions for Jury Trial [ECF No. 123]:

#### Joint Statement

State Farm is an insurance company that issues policies of automotive insurance in the State of Florida. Dr. Feijoo is a medical doctor who, through his Clinic, provided medical services to people insured by State Farm following auto accidents. Dr. Feijoo and his Clinic then submitted medical bills to State Farm requesting payment for those services.

State Farm filed this lawsuit against Dr. Feijoo and his Clinic alleging that those medical bills are deceptive, false, and misleading, and State Farm seeks to recover the payments it made to Dr. Feijoo and his Clinic for the medical bills. Dr. Feijoo and his Clinic deny State Farm's allegations, contend their bills were proper, and contend that they were entitled to be paid for the charges in the bills. **[Whether the joint statement can include a statement of Defendants' contention that State Farm was not deceived by the bills depends on the Court's rulings on the parties' pending Motions for Summary Judgment.]**

In addition to defending State Farm's lawsuit, Dr. Feijoo and the Clinic have filed their own Counterclaim against State Farm to recover payment for unpaid medical bills they submitted to State Farm. In their Counterclaim, Dr. Feijoo and his Clinic allege that they are owed for medical services they provided to people insured by State Farm following auto accidents, and that the bills they submitted to State Farm for those services are proper. State Farm denies those allegations and asserts it is not required to pay Dr. Feijoo and his Clinic for the unpaid bills because they are not owed for the medical services, and because the bills are deceptive, false, and misleading.

Respectfully submitted,

*/s/ Andrew S. Ballentine*
KENNETH P. HAZOURI
Fla. Bar No. 019800
khazouri@dsklawgroup.com
lquezada@dsklawgroup.com
ANDREW S. BALLENTINE
Fla. Bar No. 118075
aballentine@dsklawgroup.com
lmorales@dsklawgroup.com
DEBEAUBIEN, SIMMONS, KNIGHT,
  MANTZARIS AND NEAL, LLP
332 North Magnolia Avenue
Orlando, Florida 32801
Telephone: (407) 422-2454

**-AND-**

DAVID I. SPECTOR
Fla. Bar No. 086540
david.spector@hklaw.com
KAYLA L. PRAGID
Fla. Bar No. 098738
kayla.pragid@hklaw.com
**HOLLAND & KNIGHT LLP**
222 Lakeview Avenue, Ste. 1000
West Palm Beach, Florida 33401
Telephone: (561) 833-2000
Facsimile: (561) 650-8399

*Attorneys for Plaintiff/Counter-Defendant*

JEROME A. PIVNIK
**THE PIVNIK LAW FIRM**
7700 N. Kendal Drive, Suite 703
Miami, FL 33156
Tel: 305-670-0095
Email: Pivniklaw@aol.com
Cdiezpivniklaw@aol.com
Jerome A. Pivnik, Esq.
Fla. Bar No.: 400408

*Attorney for Defendants*

ANDREW P. BARATTA
**BARATTA, RUSSELL & BARATTA**
3500 Reading Way
Huntingdon Valley, PA 19006
Tel: 215-914-2222
Email: Andrew@Barattarussell.com
Attorney for Defendants
*Admitted pro hac vice*

*Attorney for Defendants*

3