**UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**Case No.: 18-cv-23329-RAR**

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, an Illinois
corporation,

    Plaintiff,

v.

MANUEL V. FEIJOO,
MANUEL V. FEIJOO, M.D., P.A.,
a Florida professional association,

    Defendants.

## DEFENDANTS PROPOSED VOIR DIRE

1. Have you ever had any experience with an insurance company which would prevent you from being fair and impartial in a case where an insurance company is involved?

2. Have you or any member of your family ever been insured by State Farm?

3. Have you or any member of your family ever worked as a claims adjuster or otherwise for any company involved in the insurance business?

4. Do you have any opinion or attitude towards people who are injured in car accidents or workplace accidents and who seek compensation for those injuries?

5. If at the end of this trial the evidence proves to you that Dr. Feijoo is entitled to be paid for the treatment which is the subject of his counterclaim, do you have any moral, religious, or other personal beliefs which might prevent you from awarding damages against State Farm?

RESPECTFULLY SUBMITTED,
**THE PIVNIK LAW FIRM**
7700 N. Kendal Drive, Suite 703
Miami, FL 33156
Tel: 305-670-0095
Email:Pivniklaw@aol.com
         Cdiezpivniklaw@aol.com
By: /s/ Jerome A. Pivnik
Jerome A. Pivnik, Esq.
Fla. Bar No.: 400408

**Andrew P. Baratta, Esq.**
Baratta, Russell & Baratta
3500 Reading Way
Huntingdon Valley, PA 19006
Tel: 215-914-2222
Email: Andrew@Barattarussell.com
(*pro hac vice*)

**UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**Case No.: 18-cv-23329-RAR**

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, an Illinois
corporation,

    Plaintiff,

v.

MANUEL V. FEIJOO,
MANUEL V. FEIJOO, M.D., P.A.,
a Florida professional association,

    Defendants.

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on November 5, 2019, I have filed the foregoing document with the Clerk of Court using the CM/ECF system and that a copy was electronically served upon the following in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:  Kenneth P. Hazouri, Esq., and Andrew S. Ballentine, Esq., Mantzaris and Neal, LLP, 332 North Magnolia Avenue, Orlando, FL 32801. (Khazouri@dsklawgroup.com, ABallentine@dsklawgroup.com, Lquesada@dsklawgroup.com, Lmorales@dsklawgroup.com).

                    **THE PIVNIK LAW FIRM**
                    7700 N. Kendal Drive, Suite 703
                    Miami, FL 33156
                    Tel: 305-670-0095
                    Email: Pivniklaw@aol.com
                              Cdiezpivniklaw@aol.com
                    By: /s/ Jerome A. Pivnik
                    Jerome A. Pivnik, Esq.
                    Fla. Bar No.: 400408

                    **Andrew P. Baratta, Esq.**
                    Baratta, Russell & Baratta
                    3500 Reading Way
                    Huntingdon Valley, PA 19006
                    Tel: 215-914-2222
                    Email: Andrew@Barattarussell.com

(*pro hac vice*)

4