UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 1:18-CV-23329-RAR

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, an Illinois
corporation,

  Plaintiff/Counter-Defendant,

vs.

MANUEL V. FEIJOO,
MANUEL V. FEIJOO, M.D., P.A.,
a Florida professional association,

  Defendants/Counter-Plaintiffs.

_____/

### JOINT STIPULATION RESOLVING PLAINTIFF'S MOTION FOR ORDER ESTABLISHING FACTS FOR TRIAL AND PROHIBITING DEFENDANTS FROM RAISING DEFENSES AT TRIAL BASED ON VIOLATION OF THE COURT'S DISCOVERY ORDER

  Plaintiff/Counter-Defendant, State Farm Mutual Automobile Insurance Company ("SFM"), and Defendants/Counter-Plaintiffs, Manuel V. Feijoo ("Dr. Feijoo"), and Manuel V. Feijoo, M.D., P.A. (the "Clinic") (collectively, the "Defendants"), hereby enter into the following stipulation in order to resolve all issues raised by Plaintiff's Motion for Order Establishing Facts for Trial and Prohibiting Defendants from Raising Defenses at Trial Based on Violation of the Court's Discovery Order [ECF No. 70]:

  1. Defendants have advised SFM, and filed an affidavit stating, that Defendants have inadvertently lost or destroyed their medical charts for 26 of the patients whose treatment is at issue in this lawsuit, which were within the scope of document request number one of SFM's

Request for Production served on November 13, 2018, and this Court's Order compelling Defendants to produce the medical charts for the patients at issue in this lawsuit. [ECF No. 39]

2. At trial, Defendants shall not use, or attempt to use, the fact that the 26 missing medical charts were not produced to SFM in any manner that is adverse to, or would tend to diminish, SFM's claims, arguments, and positions in the lawsuit, whether by way of questioning of witnesses, opening or closing statements, argument to the Court, or otherwise. By way of example and not limitation, Defendants shall not cross-examine SFM's expert witnesses on the grounds that they did not review or consider the complete medical charts for the 26 patients when forming their opinions in the case.

3. Based on the above stipulation, SFM and Defendants agree that the Court may deny as moot Plaintiff's Motion for Order Establishing Facts for Trial and Prohibiting Defendants from Raising Defenses at Trial Based on Violation of the Court's Discovery Order [ECF No. 70].

Respectfully submitted,

*/s/ Kenneth P. Hazouri*
KENNETH P. HAZOURI
Fla. Bar No. 019800
khazouri@dsklawgroup.com
lquezada@dsklawgroup.com
ANDREW S. BALLENTINE
Fla. Bar No. 118075
aballentine@dsklawgroup.com
lmorales@dsklawgroup.com
**deBeaubien, Simmons, Knight,
  Mantzaris and Neal, LLP**
332 North Magnolia Avenue
Orlando, Florida 32801
Telephone: (407) 422-2454

**-AND-**

DAVID I. SPECTOR
Fla. Bar No. 086540
david.spector@hklaw.com

        KAYLA L. PRAGID
        Fla. Bar No. 098738
        kayla.pragid@hklaw.com
        **HOLLAND & KNIGHT LLP**
        222 Lakeview Avenue, Ste. 1000
        West Palm Beach, Florida 33401
        Telephone: (561) 833-2000
        Facsimile: (561) 650-8399

*Attorneys for Plaintiff/Counter-Defendant*

/s/ *Jerome R. Pivnik*
JEROME A. PIVNIK
**THE PIVNIK LAW FIRM**
7700 N. Kendal Drive, Suite 703
Miami, FL 33156
Tel: 305-670-0095
Email: Pivniklaw@aol.com
Cdiezpivniklaw@aol.com
Jerome A. Pivnik, Esq.
Fla. Bar No.: 400408

*Attorney for Defendants*

ANDREW P. BARATTA
**BARATTA, RUSSELL & BARATTA**
3500 Reading Way
Huntingdon Valley, PA 19006
Tel: 215-914-2222
Email: Andrew@Barattarussell.com
Attorney for Defendants
*Admitted pro hac vice*

*Attorney for Defendants*