UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 1:18-cv-23329-RAR**

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Plaintiff/Counter-Defendant,

v.

MANUEL V. FEIJOO; and
MANUEL V. FEIJOO, M.D., P.A.,
a Florida professional association,

    Defendants/Counter-Plaintiffs.

_____/

**ORDER GRANTING JOINT *ORE TENUS* MOTION TO SEAL**

**THIS CAUSE** came before the Court on the Parties *Ore Tenus* Motion to Seal Document Number 109-3. Specifically, the Parties seek to seal excerpts from the transcript of the deposition of State Farm's representative, Tim Banahan, ECF No. [109-3], because it contains confidential information that was subject to the Stipulated Confidentiality Order, ECF No. [40]. Upon consideration of the Parties *Ore Tenus* Motion to Seal, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Parties *Ore Tenus* Motion to Seal is **GRANTED**. The excerpts from the deposition of Tim Banahan, ECF No. [109-3], shall be sealed and remain under seal until further order from the Court.

**DONE AND ORDERED** in Chambers this 7th day of November, 2019.

_____
JACQUELINE BECERRA
United States Magistrate Judge