UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 1:18-cv-23329-RAR

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Plaintiff/Counter-Defendant,

v.

MANUEL V. FEIJOO; and
MANUEL V. FEIJOO, M.D., P.A.,
a Florida professional association,

    Defendants/Counter-Plaintiffs.
_____/

## JOINT NOTICE OF SETTLEMENT

    Plaintiff/Counter-Defendant, State Farm Mutual Automobile Insurance Company, and Defendants/Counter-Plaintiffs, Manuel V. Feijoo and Manuel V. Feijoo, M.D., P.A. (collectively, the "Parties"), by their respective undersigned counsel and pursuant to Local Rule 16.4, jointly advise the Court that the Parties have reached a confidential settlement resolving all claims, counterclaims, and issues between the parties in this action. The Parties are in the process of drafting a written agreement memorializing their settlement and, within twenty (20) days hereof, expect to file a stipulation for dismissal of all claims and counterclaims in this action, with all Parties bearing their own attorneys' fees, expenses, and costs including, but not limited to, all attorneys' fees, costs, and expenses assessed as sanctions by the Court in this action.

    Dated this 8th day of November 2019.

                                              */s/ Kenneth P. Hazouri*
                                              KENNETH P. HAZOURI
                                              Fla. Bar No. 019800
                                              khazouri@dsklawgroup.com

ANDREW S. BALLENTINE
Fla. Bar No. 118075
aballentine@dsklawgroup.com
**deBeaubien, Simmons, Knight,**
  **Mantzaris and Neal, LLP**
332 North Magnolia Avenue
Orlando, Florida 32801
Telephone: (407) 422-2454

—and—

DAVID I. SPECTOR
Fla. Bar No. 086540
david.spector@hklaw.com
KAYLA L. PRAGID
Fla. Bar No. 098738
kayla.pragid@hklaw.com
**Holland & Knight LLP**
222 Lakeview Avenue, Ste. 1000
West Palm Beach, Florida 33401
Telephone: (561) 833-2000
Facsimile: (561) 650-8399

*Attorneys for Plaintiff/Counter-Defendant*

/s/ *Jerome R. Pivnik*
JEROME A. PIVNIK
**The Pivnik Law Firm**
7700 N. Kendal Drive, Suite 703
Miami, FL 33156
Tel: 305-670-0095
Email: Pivniklaw@aol.com
Cdiezpivniklaw@aol.com
Jerome A. Pivnik, Esq.
Fla. Bar No.: 400408

KENNETH B. SCHURR
**Law Offices of Kenneth B. Schurr**
2030 S. Douglas Rd., Suite 105
Coral Gables, FL 33134-4615
Tel: 305-441-9031
Email: kbsservice@schurrlaw.com
Fla. Bar No.: 876100

2

ANDREW P. BARATTA
**BARATTA, RUSSELL & BARATTA**
3500 Reading Way
Huntingdon Valley, PA 19006
Tel: 215-914-2222
Email: Andrew@Barattarussell.com
Attorney for Defendants
*Admitted pro hac vice*

*Attorneys for Defendants/Counter-Plaintiffs*