UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CIV-23329-RAR

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**,

    Plaintiff,

v.

**MANUEL V. FEIJOO,** *et al.*,

    Defendants.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon the Notice of Settlement [ECF No. 197], filed on November 8, 2019, indicating the parties have reached an agreement resolving this matter. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **forty-five (45) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 8th day of November, 2019.

                                                                    _____
                                                                     **RODOLFO RUIZ**
                                                                   **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record