UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

STATE FARM MUTUAL AUTOMOBILE	Case No.:18-CV-23329 -RAR/Becerra
INSURANCE COMPANY, an Illinois Corporation

    Plaintiff,

v.

MANUEL V. FEIJOO, MANUEL V. FEIJOO, M.D.,
P.A., a Florida Professional Association

    Defendants
_____/

## DEFENDANTS' AGREED MOTION TO SEAL DEPOSITIONS OF DR. FEIJOO AND MS. CASTILLO

Defendants, MANUEL V. FEIJOO, and MANUEL V. FEIJOO, M.D., P.A., move to seal two recent filings, and state:

1. **ECF 71-1, filed 6/28/19**: This filing was the Deposition of Dr. Manuel V. Feijoo, taken on 6/7/19. It contains information about Dr. Feijoo, his practice and information of non-party patients, that falls under both the Stipulated Confidentiality Order [ECF 40] and also the parties' settlement agreement to seal the deposition.

2. **ECF 71-2, filed 6/28/19**: This filing was the Deposition of Anielka Castillo. It contains information about Dr. Feijoo, his practice and information of non-party patients, that falls under both the Stipulated Confidentiality Order [ECF 40] and also the parties' settlement agreement to seal the deposition.

3. **ECF 174-5, filed 11/04/19** - Deposition of Dr. Manuel Feijoo taken on 6/7/19.

4. **ECF 174-6, filed 11/04/19** - Deposition of Dr. Manuel Feijoo taken on 9/16/19.

5. **ECF 174-7, filed 11/04/19** - Deposition of Dr. Manuel Feijoo taken on 9/24/19.

6. **ECF 174-8, filed 11/04/19** - Deposition of Anielka Castillo. As stated above, the deposition transcripts contain information about Dr. Feijoo and his practice that falls under the

Stipulated Confidentiality Order [ECF 40] and also the parties' settlement agreement to seal the deposition.

## Memorandum of Law

Local Rule 5.4(a), S. Disc. Fla., provides the procedure to follow when a party seeks to file something under seal: the party must file a motion, "setting forth a **reasonable basis** for departing from the general policy of a public filing." Local Rule 5.4(b) (emphasis added). Likewise, Federal Rule of Civil Procedure 26 authorizes a court, for good cause, to enter a protective order to seal or to limit disclosure. The subject information could have originally been filed under seal or redacted under Rule 5.2, Fed. R. Civ. P., and Sections 6a, and 9, CM/ECF Admin Pro., S. Disc. Fla.

Here, there is good cause to seal the documents as they contain confidential information about Dr. Feijoo, his practice, and information of non-party patients that were already subject the Confidentiality Order. [ECF 40] and the parties' settlement agreement to seal the depositions.

## CERTIFICATE OF COUNSEL

I hereby certify that I have conferred with opposing counsel and he agrees to the relief requested herein.

WHEREFORE, Defendants move to seal **ECF 71-1-1, ECF 71-2, ECF 174-5, ECF 174-6 ECF 174-7 and ECF 174-8**.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **November 22, 2019**, I have filed the foregoing document with the Clerk of Court using the CM/ECF system and that a copy was electronically served upon the following in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing: **Kenneth P. Hazouri, Esq.**, and **Andrew S. Ballentine, Esq**., deBeaubien, Simmons, Knight, Mantzaris and Neal, LLP, 332 North Magnolia Avenue, Orlando, FL 32801 and **David Spector, Esq**., and **Kayla Pragid, Esq**., Holland & Knight, 222 Lakeview Ave., Ste. 1000, W. Palm Beach, FL 33401   Khazouri@dsklawgroup.com

ABallentine@dsklawgroup.com    Lquesada@dsklawgroup.com    bvaldes@dsklawgroup.com
kayla.pragid@hklaw.com david.spector@hklaw.com

            **THE PIVNIK LAW FIRM**
            7700 N. Kendal Drive, Suite 703
            Miami, FL 33156
            Tel: 305-670-0095
            Email: Pivniklaw@aol.com
               Cdiezpivniklaw@aol.com

            By: */s/ Jerome A. Pivnik*
              Jerome A. Pivnik, Esq.
              Fla. Bar No.: 400408

            **Andrew P. Baratta, Esq.**
            Baratta, Russell & Baratta
            3500 Reading Way
            Huntingdon Valley, PA  19006
            Tel: 215-914-2222
            Email:  Andrew@Barattarussell.com

            **Kenneth B. Schurr, Esq.**
            Law Offices of Kenneth  B. Schurr
            2030 S. Douglas Rd., Ste. 105
            Coral Gables, FL 33134-4615
            Tel: 305-441-9031
            Email:  kbsservice@schurrlaw.com