## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  18-CIV-23329-RAR

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**,

      Plaintiff,

v.

**MANUEL V. FEIJOO**, *et al.*,

      Defendants.

_____/

### ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Joint Stipulation and Motion for Dismissal of Action with Prejudice [ECF No. 205] ("Motion"), filed on December 4, 2019.  Being fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.      The Motion [ECF No. 205] is **GRANTED**.

2.      This action, including the Amended Complaint of Plaintiff/Counter-Defendant, State Farm Mutual Automobile Insurance Company, and the Counterclaim of Defendants/Counter-Plaintiffs, Manuel V. Feijoo and Manuel V. Feijoo, M.D., P.A., is **DISMISSED** *with prejudice*, and with each party bearing its own attorneys' fees, costs, and expenses, including, and not limited to, any attorneys' fees, costs, and expenses previously awarded to any party as a sanction .

**DONE AND ORDERED** in Fort Lauderdale, Florida this 4th day of December, 2019.

_____
**RODOLFO RUIZ
UNITED STATES DISTRICT JUDGE**